

# Life After Death



# THE FAMILY II

## Antonne M. Jones

Exhibit C

**CERTIFICATE OF REGISTRATION**



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
REGISTER OF COPYRIGHTS
United States of America

Examined By
Correspondence ☑

**SHORT FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

Registration Number
**TXu 843-826**

Effective Date of Registration
Month **JAN** Day **15** Year **1998**

Application Received
**JAN. 15. 1998**  **JUL. 02. 1998**

Deposit Received
One **JAN. 15. 1998**  Two

Fee Received

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work:** | 1 | "THE FAMILY" |
| Alternative title or title of larger work in which this work was published: | | |
| **Name and Address of Author/Owner of the Copyright:** | 2 | ANTONNE M. JONES<br>410 TASKER STREET<br>PHILADELPHIA, PA. 19148 |
| ...ality or domicile: fax, and email: | | Phone (215) 389-4785  Fax ( )  Email |
| **Creation:** | 3 | 1997 |
| has been published, ...d Nation of ...ation: | 4 | a. Date ____ ____ ____ (Month, day, and year all required)<br>(Month)  (Day)  (Year)<br>b. Nation |
| ...Authorship Work: (check all that this author created.) | 5 | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☐ Illustrations<br>☐ Photographs<br>☐ Compilation of terms or data |
| **Signature:** | 6 | I certify that the statements made by me in this application are correct to the best of my knowledge.*<br>Check one: ☑ Author  ☐ Authorized agent<br>*Antonne M. Jones* |
| **Name and Address of Person to Contact for Rights and Permissions:** | 7 | ☑ Check here if same as #2 above. |
| Phone, fax, and email: | | Phone ( )  Fax ( )  Email |

8  Certificate will be mailed in window envelope to this address:
Name ▼ ANTONNE M. JONES
Number/Street/Apt ▼ 410 TASKER STREET
City/State/ZIP ▼ PHILA, P.A. 19148

9 —Space Deleted—

10 Deposit Account # ____
Name ____

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1995—100,000  ⟲ PRINTED ON RECYCLED PAPER  ☆U.S. GOVERNMENT PRINTING OFFICE: 1996-405-104/40,014

Exhibit D

# THE FAMILY II
## Life After Death

From Antonne M. Jones, author of best sellers **The Family: A Philadelphia Mob Story** and **La Familia** comes the sequel

Every since Anthony was a little boy he was obsessed with the lifestyle of gangsters and wanted to travel down the same path. As he clawed his way to the top he came to realize "because of the duality of nature for every reward there is a cost". The price would be a dreadful trip to death row. After spending nearly a decade in lock up for twenty three hours a day the nearly impossible occurs. The U.S. Supreme Court overturned the death sentence and he is granted parole. Now in a race against time to regain what was lost, Anthony find himself between a rock and hard place. However, desperate times call for desperate measures. The old crew was dismantled and replaced by a new wave of young desperado's making a name for themselves and taking over the streets of Philadelphia. The streets are calling him back but will Anthony choose the narrow path of legitimate Life or the broad and spacious road leading to Death?

"Perhaps only an African-American writer with deep Philadelphia roots and passions could succeed as Mr. Jones has in symbolizing a dark society through the acts of true to life gangsters. Also, in revealing how thin the line is that separates politicians from criminals.
A true masterpiece! ★★★★★"

- **R.T. Welton**
*Wilmington Press*

ISBN 0-9662541-3-9


9 780966 254136

$14.95

CLEARVISION ENTERTAINMENT

Exhibit E

You can stay in tonight...

**Wayman Tisdale - Face to Face**

**Brian Culbertson - nice & slow**

**Gerald Albright - The Very Best of**

...But you may not get any sleep

**CIRCUIT CITY**
Imagine that

www.atlantic-records.com The Atlantic Group ©2001
Atlantic Recording Corp. An AOL TIME WARNER COMPANY

# ESSENCE BEST-SELLERS



### HARDCOVER FICTION
1. **Baggage Check** by Curtis Bunn (A&B Books, $21.95)*
2. **The Future Has a Past** by J. California Cooper (Doubleday, $23.95) (3)
3. **It's a Thin Line** by Kimberla Lawson Roby (Kensington, $23)*
4. **Four Guys and Trouble** by Marcus Major (Dutton, $23.95)*
5. **For the Love of Money** by Omar Tyree (Simon & Schuster, $24) (4)



### HARDCOVER NONFICTION
1. **PowerNomics: A National Plan to Empower Black America** by Claud Anderson, Ed.D. (PowerNomics Corp., $31.95) (5)
2. **Forced Into Glory** by Lerone Bennett, Jr. (Johnson Publishing Co., $35)*
3. **Until Today!** by Iyanla Vanzant (Simon & Schuster, $22) (3)
4. **How to Make Black America Better** by Tavis Smiley (Doubleday, $21.95) (1)
5. **Sacred Woman** by Queen Afua (Ballantine, $28)*

### PAPERBACK FICTION
1. **The Coldest Winter Ever** by Sister Souljah (Pocket Books, $6.99) (1)
2. **Addicted** by Zane (Strebor Books, $15)*
3. **The Family** by Anton M. Jones (Eldon Publishing, $12.95)
4. **True to the Game** by Teri Woods (Meow Meow Productions, $15)*
5. **The Sex Chronicles** by Zane (Strebor Books, $15)*



### PAPERBACK NONFICTION
1. **Yesterday, I Cried** by Iyanla Vanzant (Fireside, $13)*
2. **Souls of My Sisters** by Dawn Marie Daniels and Candace Sady (Kensington, $15)*
3. **The Debt** by Randall Robinson (Plume, $13) (4)
4. **The Mis-Education of the Negro** by Carter G. Woodson and Jawanza Kunjufu (African-American Images, $14) (2)
5. **Willie Lynch Letter** by Kashif Malik Hassan-El (Lushena Books, $3.95)



BOOKSTORE SPOTLIGHT ON
**James Watson** of Pyramid Books (Boynton Beach, Florida). He is currently reading *Hot Johnny* by Sandra Jackson-Opoku.

ABOUT THIS LIST: The ESSENCE Best-Sellers list is based on reports of retail sales. Respondents are African-American bookstores. Numbers in parentheses indicate last month's position. An asterisk indicates a debut title on this list.

REPORTING STORES: Haneef's Bookstore (Wilmington, Delaware), Paradise Bookstore (Peoria, Arizona), Cushcity.com (Houston, Texas), The Reader's Choice (Milwaukee), Dorothea's African-American Books (Columbia, South Carolina), OurStory (Plainfield, New Jersey), Apple Book Center (Detroit), A Different Booklist (Toronto), A&B Distributors (Brooklyn), UJamaa African Bookstore (Fort Lauderdale, Florida), Books for Thought (Tampa), X-pression Bookstore (Indianapolis), theblackberry.com (Boston), Truth Bookstore (Southfield, Michigan), Pyramid Books (Boynton Beach, Florida), Brownstone Books (Brooklyn), Black Classics (Mobile, Alabama), Jokae's African-American Books (Dallas), African-American Images (Chicago), Special Occasions (Winston-Salem, North Carolina).

For the extended list, log on to essence.com.

Exhibit F

# BOOK OF THE MONTH
## DRUGS. DRAMA. PRISON. DEATH...



### THE FAMILY
### ANTONNE M JONES
(WWW.PHILLYMOBSTORY.COM)

**Mob deep**

The gamut of emcees who'd like you to believe that their progression to the rap game – with all the relative legitimacy that implies – after lording it in the drug trade are legion. Look no further than this month's cover star, those exit wounds and that distinctive lisp a constant reminder of a more nefarious past. Or think how Eazy-E allegedly bankrolled Ruthless Records and NWA on the back of his ill gotten drug profits.



ANTONNE M. JONES

It's a dichotomy that Jones tackles head on in *The Family*, as four young Philly guys pursue their dreams of ghetto glory. After a few faltering first steps pushing weed for meagre returns, the progression to coke dealing quickly changes everything. After hooking up an unbeatable deal with an out-of-town Colombian cartel, their business soon starts to bring in profits beyond their wildest dreams – and it's here the problems inevitably begin. Temptation, greed, envy and paranoia soon compound the short-term gains furnished by instant wealth, and it's not long before the incessant in-fighting starts to end fatally. It reaches its grisly denouement as central character Anthony – a self-styled 'black John Gotti' – decides to opt out of the game for the sake of his young family. But crippled by greed, he wants one last big deal first. Guess the consequences.

Jones pens *The Family* in a breakneck style that keeps the pages turning swiftly – you can whip through this in an hour or two – though the odd clunky turn of phrase can stop you in your tracks. The plot itself is rock solid, though Jones' ultimately needs to put more flesh on the bones of his characters; and if the devil is in the details there's more than a few loose ends that need tying up. That said, it's easy to imagine this being tidied up by some hotshot screenwriter, such are its enduring cinematic resonances. And look out also for a couple of cameos from hip-hop artists who've more than flirted with the drugs trade, at least in their rhymes. Really, you couldn't make it up. *Barry Sugarman*

# Exhibit G



# GREETINGS

*Be it hereby known that*

## *Antonne M. Jones*

*has, on this day, been made an*

**HONORARY CITIZEN**
**OF**
**LUBBOCK, TEXAS**

*Hub of the Plains, Music Crossroads of Texas,*

*City of Land and Sky, and a Texas legend*

*with a proud history, heritage and culture.*

June 11, 2005

Marc McDougal
Mayor

Tom Martin
Mayor Pro Tem

Linda DeLeon
Council member

Floyd Price
Council member

Gary O. Boren
Council member

Phyllis S. Jones
Council member

Jim Gilbreath
Council member

Exhibit H

 Search Records Results

Registered Works Database (Title Search)
**Search For:** STATE PROPERTY
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

|  |  |
|---|---|
| 1. Registration Number: | PA-1-148-571 |
| Title: | State property / Lions Gate Films and aRoc-A-Fella Films present a film by Abdul Malik Abbot ; directed by Abdul Malik Abbott. |
| Description: | 5 film reels ; 35 mm. |
| Claimant: | Lions Gate Films, Inc. |
| Created: | 2002 |
| Published: | 18Jan02 |
| Registered: | 23Jun03 |
| Title on © Application: | Get down or lay down. |
| Author on © Application: | Get Down Productions, Inc., employer for hire. |
| Previous Related Version: | Screenplay prev. reg. as "Get down or lay down" 2000, PAu 2-505-921. |
| Claim Limit: | NEW MATTER: motion picture dramatization. |
| Special Codes: | 4/X/L |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

Exhibit I

 Search Records Results

Registered Works Database (Title Search)
**Search For:** STATE PROPERTY : NO. 2
**Item 1 of 1**

|  |  |
|--|--|
| 1. Registration Number: | PAu-3-004-722 |
| Title: | State property : no. 2. |
| Description: | Videocassette ; 1/2 in. |
| Claimant: | Lions Gate Films, Inc. |
| Created: | 2004 |
| Registered: | 7Apr05 |
| Author on © Application: | Philly Productions, Inc., employer for hire. |
| Previous Related Version: | Screenplay entitled Philly streets preexisting. |
| Claim Limit: | NEW MATTER: dramatization. |
| Special Codes: | 4/X/L |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000