UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X 07-CIV. 3648 (BAER)
ANTONNE M. JONES,
                         Plaintiff
  -against-                                        AFFIDAVIT OF SERVICE

ROC-A-FELLA FILMS, INC., LIONS GATE FILMS, INC.,
DAMON DASH, and SHAWN CARTER,

                     Defendant(s)
-----------------------------------------------------------------------------X

I, ENRIQUE N. RILEY, deponent is no a party to the action, is over 18 years and resides at 789 St Marks Avenue, Brooklyn, New York 11213 that on May 22, 2007 at 10:43 A.M., at **Dash Enterprise 1**, LLC., 25 W. 39th Street 14th Floor, New York, New York 10018, deponent served an Summons and Complaint on, **DAMON DASH**, defendant named herein.

INDIVIDUAL
1. ☐   by delivering a true copy of each to said defendant personally; deponent knew the person described as said defendant therein.

CORPORATION
2. ☐   a private corporation, by delivering thereat a true copy of each to_____
_____personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be one of the _____, for the said defendant thereof.

SUITABLE
AGE PERSON
3. ☒   by delivering thereat a true copy of each to **MS. NANCY NORGARRD**, a person of, suitable age and discretion. Said premises is **Defendant's-actual place of Business-** dwelling house-usual place of Abode-within the state.

AFFIXING TO
DOOR, ETC.
4. ☐   by affixing a true copy of each to the door of said premises, which is defendant's-actual place of abode-within the state. Deponent was unable, with due diligence to to find defendant or a person of suitable age and discretion thereat, having called there.

MAILING
USE WITH
1 or 3
☐   Deponent also enclosed a copy of same in a post-paid sealed wrapper properly addressed to defendant at defendant's last known residence, at_____ and deposited said wrapper in a post office-official depository under exclusive care and custody and care of the United States Postal Service within New York State.

DESCRIPTION   Deponent describes the individual served as follows:

☐ Male   ☒ White Skin   ☐ Black Hair   ☐ 14-20 Yrs   ☐ Under 5'   ☐ Under 100 lbs.
☒ Female   ☐ Black Skin   ☒ Brown Hair   ☒ 21-35 Yrs   ☐ 5'0" 5'3"   ☒ 100-130 lbs.
          ☐ Yellow Skin   ☐ Blond Hair   ☐ 36-50 Yrs   ☒ 5'4" 5'8"   ☐ 131-160 lbs.
          ☐ Brown   ☐ Gray Hair   ☐ 51-65 Yrs   ☐ 5'9" 6'0"   ☐ 161-200 lbs.
          ☐ Red Skin   ☐ Red Hair   ☐ over 65 Yrs.   ☐ Over 6"   ☐ over 200 lbs.
                  ☐ White Hair
                  ☐ Balding

other identifying features:

Comments: MS. NANCY NORGARRD STATED TO YOU DEPONENT, THAT SHE WAS THE EXECUTIVE ASSISTANT TO THE DEFENDANT MR. DAMON DASH AND THAT SHE WAS ACCEPTING SERVICE ON BEHALF.

State of New York
County of New York

_____
ENRIQUE N. RILEY

Sworn to before me on
MAY 2 5 2007, 200 7

_____
NOTARY PUBLIC

MARGARET A. SCHWARTZ
Notary Public, State of New York
Reg. No. 04SC6152068
Qualified in New York County
Commission Expires Aug. 23, 20 09

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-----------------------------------------------------------------X  07-CIV. 3648 (BAER)
ANTONNE M. JONES,
                           Plaintiff

    -against-                                      AFFIDAVIT OF SERVICE

ROC-A-FELLA FILMS, INC., LIONS GATE FILMS, INC.,
DAMON DASH, and SHAWN CARTER,

                       Defendant(s)
-----------------------------------------------------------------X

I, ENRIQUE N. RILEY, deponent is no a party to the action, is over 18 years and resides at 789 St Marks Avenue, Brooklyn, New York 11213 that on May 24, 2007 at 10:49 A.M., a t 111 8th Avenue 13th Floor , New York, New York 100___ , deponent served an Summons and Complaint on, **CT CORPORATION AGENTS FOR, LIONS GATE FILMS, INC.**, defendant named herein.

INDIVIDUAL      by delivering a true copy of each to said defendant personally; deponent knew the
1.                 person described as said defendant therein.

CORPORATION   a private corporation, by delivering thereat a true copy of each to **MS. PAULA KASH**
2. ☑                _____ personally, deponent knew said corporation so served to be the
                    corporation described in said summons as said defendant and knew said individual to be one
                    of the **SENIOR PROCESS SPECIALIST**, for the said defendant thereof.

SUITABLE         by delivering thereat a true copy of each to_____, a person of,
AGE PERSON   suitable age and discretion. Said premises is defendant's-actual place of Business-

3                   dwelling house-usual place of Abode-within the state.
AFFIXING TO   by affixing a true copy of each to the door of said premises, which is defendant's-
DOOR, ETC.    actual place of abode-within the state. Deponent was unable, with due diligence to
4.                to find defendant or a person of suitable age and discretion thereat, having called
                    there.

MAILING         Deponent also enclosed a copy of same in a post-paid sealed wrapper properly
USE WITH       addressed to defendant at defendant's last known residence, at_____
1 or 3            and deposited said wrapper in-a post office-official depository under exclusive care
                    and custody and care of the United States Postal Service within New York State.

DESCRIPTION   Deponent describes the individual served as follows:

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☑ White Skin | ☐ Black Hair | ☐ 14-20 Yrs | ☐ Under 5' | ☐ Under 100 lbs. |
| ☑ Female | ☐ Black Skin | ☐ Brown Hair | ☐ 21-35 Yrs | ☐ 5'0" 5'3" | ☑ 100-130 lbs. |
| | ☐ Yellow Skin | ☑ Blond Hair | ☑ 36-50 Yrs | ☑ 5'4" 5'8" | ☐ 131-160 lbs. |
| | ☐ Brown | ☐ Gray Hair | ☐ 51-65 Yrs | ☐ 5'9" 6'0" | ☐ 161-200 lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ over 65 Yrs. | ☐ Over 6" | ☐ over 200 lbs. |
| | | ☐ White Hair | | | |
| | | ☐ Balding | | | |

other identifying features: Glases

Comments:

                                                                _____
                                                                ENRIQUE N. RILEY

Sworn to before me on     State of New York
MAY 2 5 2007 ,200 7    County of New York

_____
NOTARY PUBLIC

                                   MARGARET A. SCHWARTZ
                                   Notary Public, State of New York
                                   Reg. No. 04SC6152068
                                   Qualified in New York County
                                   Commission Expires Aug. 23, 20 10

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------------X  07-CIV. 3648 (BAER)
ANTONNE M. JONES,
                          Plaintiff
    -against-                                   AFFIDAVIT OF SERVICE

ROC-A-FELLA FILMS, INC., LIONS GATE FILMS, INC.,
DAMON DASH, and SHAWN CARTER,

                      Defendant(s)
------------------------------------------------------------X

I, ENRIQUE N. RILEY, deponent is no a party to the action, is over 18 years and resides at 789 St Marks Avenue, Brooklyn, New York 11213 that on May 22, 2007 at 4:22 P.M., a t 1790 Broadway 20th Floor New York, New York 10019, deponent served an Summons and Complaint on, **CARROLL GUIDO & GROFFMAN, LLP., AGENTS FOR, ROC-A-FELLA FILMS, INC.**, defendant named herein.

| | |
|---|---|
| INDIVIDUAL 1. | by delivering a true copy of each to said defendant personally; deponent knew the person described as said defendant therein. |
| CORPORATION 2. ☒ | a private corporation, by delivering thereat a true copy of each to **MS. ANGELINA GARCIA** personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be one of the **ASSISTANT TO MR. GUIDO**, for the said defendant thereof. |
| SUITABLE AGE PERSON 3 | by delivering thereat a true copy of each to_____, a person of, suitable age and discretion. Said premises is defendant's-actual place of Business- dwelling house-usual place of Abode-within the state. |
| AFFIXING TO DOOR, ETC. 4. | by affixing a true copy of each to the door of said premises, which is defendant's- actual place of abode-within the state. Deponent was unable, with due diligence to to find defendant or a person of suitable age and discretion thereat, having called there. |
| MAILING USE WITH 1 or 3 | Deponent also enclosed a copy of same in a post-paid sealed wrapper properly addressed to defendant at defendant's last known residence, at_____ and deposited said wrapper in-a post office-official depository under exclusive care and custody and care of the United States Postal Service within New York State. |
| DESCRIPTION | Deponent describes the individual served as follows: |

☐ Male    ☒ White Skin    ☐ Black Hair    ☒ 14-20 Yrs    ☐ Under 5'    ☐ Under 100 lbs.
☒ Female    ☐ Black Skin    ☒ Brown Hair    ☒ 21-35 Yrs    ☐ 5'0"-5'3"    ☒ 100-130 lbs.
                     ☐ Yellow Skin    ☐ Blond Hair    ☐ 36-50 Yrs    ☒ 5'4"-5'8"    ☐ 131-160 lbs.
                     ☐ Brown    ☐ Gray Hair    ☐ 51-65 Yrs    ☐ 5'9"-6'0"    ☐ 161-200 lbs.
                     ☐ Red Skin    ☐ Red Hair    ☐ over 65 Yrs.    ☐ Over 6"    ☐ over 200 lbs.
                                     ☐ White Hair
                                     ☐ Balding

other identifying features:

Comments:

Sworn to before me on

MAY 2 5 2007 ,200__

_____
NOTARY PUBLIC

State of New York
County of New York

_____
ENRIQUE N. RILEY

MARGARET A. SCHWARTZ
Notary Public, State of New York
Reg. No. 04SC6152068
Qualified in New York County
Commission Expires Aug. 23, 20__

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-----------------------------------------------------------------X  07-CIV. 3648 (BAER)
ANTONNE M. JONES,

                              Plaintiff

     -against-

ROC-A-FELLA FILMS, INC., LIONS GATE
FILMS, INC., DAMON DASH, and SHAWN
CARTER,

                         Defendant(s)
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

DUNLOP & ASSOCIATES, P.C.
55 WASHINGTON STREET
SUITE 451
BROOKLYN, NEW YORK 11201
TEL.(718) 403-9261
FAX. (718) 403-9593