UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ANTONNE M. JONES                                :
                                                :
           Plaintiff,                       :   07 Civ. 3648 (HB)(KNF)
                                                :
   v.                                           :
                                                :
ROC-A-FELLA FILMS, INC., LIONS GATE FILMS,      :   RULE 7.1 STATEMENT
INC.,  DAMON DASH, and SHAWN CARTER             :
                                                :
                                                :
           Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Roc-A-Fella Films, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

*[signature: Maryhui E. Behrman]*

      July 6, 2007
**Date:** _____     _____
                                                     **Signature of Attorney**

                                                 **Attorney Bar Code: MB-8993**

Case 1:07-cv-03648-HB-KNF     Document 6     Filed 07/06/2007     Page 2 of 2