Tom J. Ferber
Mark A. Tamoshunas
PRYOR CASHMAN LLP
410 Park Avenue
New York, NY 10022

Attorneys for Defendant Lions Gate Films, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTONNE M. JONES                              :
                        Plaintiff,            :     07 Civ. 3648 (HB)
     -against-                                :
                                              :     **RULE 7.1 DISCLOSURE**
ROC-A-FELLA FILMS, INC., LIONS GATE           :     **STATEMENT OF LIONS**
FILMS, INC., DAMON DASH and                   :     **GATE FILMS, INC.**
SHAWN CARTER                                  :
                                              :
                        Defendants.           :
----------------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for defendant Lions Gate Films, Inc. hereby certifies that its parent corporation is Lions Gate Entertainment, Inc., a Delaware corporation. Lions Gate Entertainment, Inc. is in turn wholly owned by Lions Gate Entertainment Corp., a British Columbia corporation which is publicly traded.

Dated: July 6, 2007
      New York, New York

                                     PRYOR CASHMAN LLP

                                     By: _____
                                          Tom J. Ferber
                                          Mark A. Tamoshunas

                                   410 Park Avenue
                                   New York, NY 100022
                                   (212) 421-4100
                                   Attorneys for Defendant Lions Gate Films, Inc.

523807

TO: Victor A. Dunlop
Dunlop & Associates, P.C.
55 Washington Street, Suite 451
Brooklyn, New York 11201
Attorneys for Plaintiff Antonne M. Jones