SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antonne M. Jones         Plaintiff,

- against -

Roc-A-Fella Films, Inc. et. Defendant.
a.

07 cv 3648 (HB)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Marjorie E. Berman a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Michael L. Novicoff
Firm Name: Liner Yanelevitz Sunshine & Regenstreif
Address: 1100 Glendon Avenue, 14th Floor
City/State/Zip: Los Angeles, CA 90024
Phone Number: (310) 500-3500
Fax Number: (310) 500-3501

Michael L. Novicoff is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against Michael L. Novicoff in any State or Federal court.

Dated: 7/13/2007
City, State: New York, New York

Respectfully submitted,

*[signature]*
Sponsor's
SDNY Bar MB-8993
Firm Name: KRANTZ & BERMAN LLP
Address: 747 Third Ave, 32nd Floor
City/State/Zip: NY NY 10017
Phone Number: 212 661 0009
Fax Number: 212 355 5009

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ANTONNE M. JONES                              :
                                              :
            Plaintiff,                        :    07 Civ. 3648 (HB)(KNF)
                                              :
      v.                                      :
                                              :    **AFFIDAVIT OF**
ROC-A-FELLA FILMS, INC., LIONS GATE FILMS,:   **MARJORIE E. BERMAN**
INC., DAMON DASH, and SHAWN CARTER            :    **IN SUPPORT OF MOTION**
                                              :    **TO ADMIT COUNSEL**
                                              :    ***PRO HAC VICE***
            Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

  Marjorie E. Berman, being duly sworn, hereby deposes and says as follows:

1. I am a member of Krantz & Berman LLP, counsel for defendants Roc-A-Fella Films, Inc. and Damon Dash in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Michael Louis Novicoff as counsel *pro hac vice* to represent defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on May 7, 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michael Louis Novicoff since 1989.

4. Mr. Novicoff is a partner at Liner Yankelevitz Sunshine & Regenstreif LLP in Los Angeles, California.

5. I have found Mr. Novicoff to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael Louis Novicoff *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Michael Louis Novicoff, *pro hac vice*, which is attached hereto as Exhibit A.

  WHEREFORE it is respectfully requested that the motion to admit Michael Louis Novicoff, *pro hac vice*, to represent defendants Roc-A-Fella Films, Inc. and Damon Dash in the above captioned matter, be granted.

Dated: July 12, 2007
     New York, New York

                                                  Marjorie E. Berman (MB-8993)

Sworn to before me this 12th day of July, 2007

Notary Public

         ROBERT L. KAHN
    Notary Public, State of New York
        No. 02KA5031205
     Qualified in New York County
    Commission Expires July 10, 20__

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 9, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL LOUIS NOVICOFF, #120133 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1985; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antonne Jones     Plaintiff,

7   cv  3648   (HB )

- against -

Roc-A-Fella Films, Inc.     Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Marjorie E. Berman   attorney for  Roc-A-Fella Films, Inc. and Damon Dash

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Michael Louis Novicoff

Firm Name:   Liner Yankelevitz Sunshine & Regenstreif LLP

Address:   1100 Glendon Avenue, 14th Floor

City/State/Zip:   Los Angeles, CA 90024-3503

Telephone/Fax:   (310) 500-3501

Email Address:   mnovicoff@linerlaw.com

is admitted to practice pro hac vice as counsel for  Roc-A-Fella Films, Inc. and Damon Da  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

STATE OF NEW YORK )
                             )SS:
COUNTY OF NEW YORK )

### SERVICE BY FIRST CLASS MAIL

        Yael J. Coppleson, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and resides in Essex County, New Jersey. That on the 13th day of July, 2007, deponent served by First Class Mail the within **MOTION TO ADMIT COUNSEL PRO HAC VICE** and supporting documents upon:

Tom J. Ferber
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

and;

Victor A. Dunlop
Dunlop & Associates, P.C.
55 Washington Street, Suite 451
Brooklyn, NY 11201

the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

                                                                                  Yael J. Coppleson

Sworn to before me this
13th day of July, 2007

_____
Notary Public

