SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Antonne M. Jones        Plaintiff,

- against -

Roc-A-Fella Films, Inc. et Defendant.
a.

07 ___ cv ___ 3648 ___ (HB)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Marjorie E. Berman    a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Ryan Matthew Lapine |
| Firm Name: | Liner Yanelevitz Sunshine & Regenstreif |
| Address: | 1100 Glendon Avenue, 14th Floor |
| City/State/Zip: | Los Angeles, CA 90024 |
| Phone Number: | (310) 500-3500 |
| Fax Number: | (310) 500-3501 |

Ryan Matthew Lapine    is a member in good standing of the Bar of the States of

California

There are no pending disciplinary proceeding against  Ryan Matthew Lapine
in any State or Federal court.

Dated:    7/13/2007

City, State:  New York, New York

Respectfully submitted,

Magu E B

Sponsor's
SDNY Bar MB8993
Firm Name: KRANTZ & BERMAN LLP
Address: 747 Third AVC, 32nd Fl.
City/State/Zip: NY, NY 10017
Phone Number: 212-661-0009
Fax Number: 212-355-5009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ANTONNE M. JONES                              :
                                              :
                Plaintiff,                    :        07 Civ. 3648 (HB)(KNF)
                                              :
        v.                                    :
                                              :    **AFFIDAVIT OF**
ROC-A-FELLA FILMS, INC., LIONS GATE FILMS:    **MARJORIE E. BERMAN**
INC.,  DAMON DASH, and SHAWN CARTER     :     **IN SUPPORT OF MOTION**
                                              :    **TO ADMIT COUNSEL**
                                              :    ***PRO HAC VICE***
                Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Marjorie E. Berman, being duly sworn, hereby deposes and says as follows:

1.       I am a member of Krantz & Berman LLP, counsel for defendants Roc-A-Fella
Films, Inc. and Damon Dash in the above captioned action. I am familiar with the
proceedings in this case. I make this statement based on my personal knowledge of the
facts set forth herein and in support of plaintiff's motion to admit Ryan Matthew Lapine
as counsel *pro hac vice* to represent defendants in this matter.

2.       I am a member in good standing of the bar of the State of New York, and was
admitted to practice law on May 7, 1990.  I am also admitted to the bar of the United
States District Court for the Southern District of New York, and am in good standing
with this Court.

3.       I have known Ryan Matthew Lapine since the inception of this matter.

4.       Mr. Lapine Klein is an associate at Liner, Yankelevitz, Sunshine & Regenstreif
LLP in Los Angeles, California.

5.       I have found Mr. Lapine to be a skilled attorney and a person of integrity. He is
experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.       Accordingly, I am pleased to move the admission of Ryan Matthew Lapine *pro
hac vice.*

7.       I respectfully submit a proposed order granting the admission of Ryan Matthew
Lapine,  *pro hac vice*, which is attached hereto as Exhibit A.

        WHEREFORE it is respectfully requested that the motion to admit Ryan Matthew
Lapine, *pro hac vice*, to represent defendants Roc-A-Fella Films, Inc. and Damon Dash
in the above captioned matter, be granted.

Dated: July 12, 2007
      New York, New York

_____
Marjorie E. Berman (MB-8993)

Sworn to before me this 12th day of July, 2007

_____
Notary Public

ROBERT L. KAHN
Notary Public, State of New York
No. 02KA5031205
Qualified in New York County
Commission Expires July 10, 20 11

**THE STATE BAR
OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

July 9, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RYAN MATTHEW LAPINE, #239316 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*J. Robert McPhail*

J. Robert McPhail
Custodian of Membership Records

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Antonne Jones                             Plaintiff,

                                                        O7    cv  3648      (HB )

               - against -

Roc-A-Fella Films, Inc.                   Defendant.         **ORDER FOR ADMISSION**
                                                            **PRO HAC VICE**
                                                            **ON WRITTEN MOTION**

Upon the motion of  Marjorie E. Berman    attorney for  Roc-A-Fella Films, Inc. and Damon Dash

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Applicant's Name:    Ryan Matthew Lapine
>
> Firm Name:           Liner Yankelevitz Sunshine & Regenstreif LLP
>
> Address:             1100 Glendon Avenue, 14th Floor
>
> City/State/Zip:      Los Angeles, CA 90024-3503
>
> Telephone/Fax:       (310) 500-3501
>
> Email Address:       Rlapine@linerlaw.com

is admitted to practice pro hac vice as counsel for    Roc-A-Fella Films, Inc. and Damon Da in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:
City, State:

                                    _____
                                    United States District/Magistrate Judge

STATE OF NEW YORK     )
                                 )SS:
COUNTY OF NEW YORK   )

## SERVICE BY FIRST CLASS MAIL

         Yael J. Coppleson, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and resides in Essex County, New Jersey. That on the 13th day of July, 2007, deponent served by First Class Mail the within **MOTION TO ADMIT COUNSEL PRO HAC VICE** and supporting documents upon:

Tom J. Ferber
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

and;

Victor A. Dunlop
Dunlop & Associates, P.C.
55 Washington Street, Suite 451
Brooklyn, NY 11201

the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

Yael J. Coppleson

Sworn to before me this
13th day of July, 2007

Notary Public

SILVIA L. SERPE
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02SE6156029
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 16, 2011