UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X  CIV. 07-3648 (BAER)

ANTONNE M. JONES
                Plaintiff,

  -against-                                 AFFIDAVIT OF SERVICE

ROC-A-FELLA FILMS, INC., LIONS GATE
FILMS, INC., DAMON DASH, and SHAWN
CARTER,
                Defendant(s)
------------------------------------------------------------X

I, ENRIQUE N. RILEY, deponent is no a party to the action, is over 18 years and resides at 789 St Marks Avenue, Brooklyn, New York 11213 that on **July 17, 2007 at 4:01 P.M.**, at **CLUB 40/40 6th West 25th Street New York, New York 10010**, deponent served a Summons and Complaint on **SHAWN CARTER**, defendant named herein.

| | |
|---|---|
| INDIVIDUAL<br>1. ☐ | by delivering a true copy of each to said defendant personally; deponent knew the person described as said defendant therein. |
| CORPORATION<br>2. ☐ | a private corporation by delivering thereat, a true copy of each to, _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be one of the _____ for the said defendant thereof. |
| SUITABLE AGE PERSON<br>3. ☑ | by delivering thereat a true copy of each to, **MS. CANDICE WILLIAMS** _____ a person of, suitable age and discretion. Said premises is **defendant's-actual place of Business**-dwelling house-usual place of Abode-within the state. |
| AFFIXING TO DOOR, ETC.<br>4. ☐ | by affixing a true copy of each to the door of said premises, which is defendant's-actual place of abode-within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there. |
| MAILING USE WITH 1 or 3<br>☑ | Deponent also enclosed a copy of same in a post-paid sealed wrapper properly addressed to defendant at defendant's last known residence and/or **place of business**, at Club 40/40 6th West 25th Street, New York, New York on July 18, 2007 and deposited said wrapper in a post office-official depository under exclusive care and custody and care of the United States Postal Service within New York State. |

**DESCRIPTION:** Deponent describes the individual served as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male ☑ | White Skin ☐ | Black Hair ☑ | 14-20 Yrs ☐ | Under 5' ☑ | Under 100 lbs. ☐ |
| Female ☑ | Black Skin ☐ | Brown Hair ☑ | 21-35 Yrs ☑ | 5'-0" 5'-3" ☐ | 100-130 lbs. ☑ |
| | Yellow Skin ☐ | Blond Hair ☐ | 36-50 Yrs ☐ | 5'4"- 5' 8" ☑ | 131-160 lbs. ☐ |
| | Brown Skin ☑ | Gray Hair ☐ | 51-65 Yrs ☐ | 5' 9"- 6' 0" ☐ | 161-200 lbs. ☐ |
| | Red Skin ☐ | Red Hair ☐ | over 65 Yrs. ☐ | Over 6' ☐ | over 200 lbs. ☐ |
| | | White Hair ☐ | | | |
| | | Balding ☐ | | | |

other identifying features: .

*[signature]*
ENRIQUE N. RILEY

Sworn to before me on
July 20, 2007

*[signature]*
NOTARY PUBLIC

DIANA M. COLLINS
Notary Public, State of New York
No. 04CO6060725
Qualified in Bronx County
Commission Expires July 2, 20\_\_

