SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antonne Jones         Plaintiff,

- against -

Roc-A-Fella Films, Inc.    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 8/3/07

07  cv  3648(KNF)(HB)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Marjorie E. Berman attorney for Roc-A-Fella Films, Inc. and Damon Dash and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Edward Allan Klein |
| Firm Name: | Liner Yankelevitz Sunshine & Regenstreif LLP |
| Address: | 1100 Glendon Avenue, 14th Floor |
| City/State/Zip: | Los Angeles, CA 90024-3503 |
| Telephone/Fax: | (310) 500-3501 |
| Email Address: | Aklein@linerlaw.com |

is admitted to practice pro hac vice as counsel for Roc-A-Fella Films, Inc. and Damon Da in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/3/07
City, State: New York, New York

*Kevin Nathaniel Fox*
United States District/Magistrate Judge

FOR OFFICE USE ONLY  FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006