SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED. 8|3|07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antonne Jones                    Plaintiff,

                                                    07    cv  3648(KNF)(HB.)

        - against -

Roc-A-Fella Films, Inc.          Defendant.          ORDER FOR ADMISSION
                                                       PRO HAC VICE
                                                    ON WRITTEN MOTION

Upon the motion of  Marjorie E. Berman    attorney for  Roc-A-Fella Films, Inc. and Damon Dash

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Ryan Matthew Lapine

    Firm Name:           Liner Yankelevitz Sunshine & Regenstreif LLP

    Address:             1100 Glendon Avenue, 14th Floor

    City/State/Zip:      Los Angeles, CA 90024-3503

    Telephone/Fax:       (310) 500-3501

    Email Address:       Rlapine@linerlaw.com

is admitted to practice pro hac vice as counsel for   Roc-A-Fella Films, Inc. and Damon Da in the above
captioned case in the United States District Court for the Southern District of New York.  All attorneys
appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated: 8|3|07
City, State: New York, New York

                                        _____
                                        United States District/Magistrate Judge

FOR OFFICE USE ONLY  FEE PAID $_____     SDNY RECEIPT#_____
SDNY Form Web 10/2006