Case 1:07-cv-03648-HB-KNF    Document 17    Filed 08/03/2007    Page 1 of 1

≋SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antonne Jones                             Plaintiff,

                                                          07   cv   3648 (KNF)(HB)

        - against -
Roc-A-Fella Films, Inc.                   Defendant.       ORDER FOR ADMISSION
                                                              PRO HAC VICE
                                                           ON WRITTEN MOTION

Upon the motion of Marjorie E. Berman    attorney for Roc-A-Fella Films, Inc. and Damon Dash
and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

        Applicant's Name:    Michael Louis Novicoff
        Firm Name:           Liner Yankelevitz Sunshine & Regenstreif LLP
        Address:             1100 Glendon Avenue, 14th Floor
        City/State/Zip:      Los Angeles, CA 90024-3503
        Telephone/Fax:       (310) 500-3501
        Email Address:       mnovicoff@linerlaw.com

is admitted to practice pro hac vice as counsel for   Roc-A-Fella Films, Inc. and Damon Da   in the above
captioned case in the United States District Court for the Southern District of New York. All attorneys
appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated: 8/3/07
City, State: New York, New York

                                                         _____
                                                         United States District/Magistrate Judge

FOR OFFICE USE ONLY   FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10-2006