UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTONNE M. JONES,                                  :

        Plaintiff,                                :     Case No. 07 Civ. 3648 ▓▓ (KNF)

  - against -                                       :

ROC-A-FELLA FILMS, INC., LIONS GATE    :     STIPULATION
FILMS, INC., DAMON DASH and
SHAWN CARTER,                                      :

        Defendants.                              :
------------------------------------------------------------X

IT IS HEREBY STIPULATED and agreed by and between the parties represented by the undersigned attorneys that the time for Defendant Shawn Carter to respond to the Complaint is extended to and including September 12, 2007.

Dated: New York, New York
       August 22, 2007

DUNLOP & ASSOCIATES, PC                         SILLER WILK LLP

By: _____                     By: _____
   Victor A. Dunlop (VAD-8571)                      Stuart M. Riback (SMR-2443)
55 Washington Street, Suite 451                 675 Third Avenue
Brooklyn, New York 11201                        New York, New York 10017
(718) 403-9261                                  (212) 421-2233

*Attorneys for Plaintiff Antonne Jones*           *Attorneys for Defendant Shawn Carter*

SO ORDERED.  8/30/07

_____
United States Magistrate Judge

{00180555v1}