UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTONNE M. JONES,

              Plaintiff,          :          ORDER

     -against-                :          07 Civ. 3648 (KNF)

ROC-A-FELLA FILMS, INC., et al.,          :

              Defendants.       :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    An application was made by Liner Yankelevitz Sunshine & Regenstreif LLP and Krantz & Berman LLP, counsel to defendants Roc-A-Fella Films, Inc. and Damon Dash, that they be relieved of the obligation of continuing to represent those defendants in this action. See Local Civil Rule 1.4 of this court. A hearing was held in connection with the application on October 5, 2007. Neither Mr. Dash nor a representative of Roc-A-Fella Films, Inc. appeared at the hearing, although the Court was advised that they were given notice of the date and time of the proceeding.

    Based upon the declarations submitted in support of the application and the arguments urged on the Court during the hearing, the application is granted and the above-noted counsel are relieved of the obligation of continuing to represent Mr. Dash and Roc-A-Fella Films, Inc.

    Mr. Dash and Roc-A-Fella Films, Inc. shall, on or before October 12, 2007, have new counsel file a notice of appearance with the Clerk of Court and serve all other parties with a copy of that document. In addition, a copy of the notice of appearance should be sent to the Court's chambers.

Marjorie E. Berman, Esq. shall serve a copy of this order on Mr. Dash and Roc-A-Fella Films, Inc., expeditiously.

Dated: New York, New York  
       October 5, 2007

SO ORDERED:

*Kevin Nathaniel Fox*  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE