# THE WALLACK FIRM, P.C.

444 MADISON AVENUE
17TH FLOOR
NEW YORK, NEW YORK 10022
(212) 223-1300
FACSIMILE (212) 223-1301
WWW.WALLACKFIRM.COM

ROBERT M. WALLACK
RWALLACK@WALLACKFIRM.COM



## MEMO ENDORSED

October 12, 2007

**VIA FACSIMILE & REGULAR MAIL**
Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court, Southern District of New York
40 Foley Square, Room 540
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 10/15/07

Re:    Jones v. Roc-A-Fella Films, Inc., et al.

Dear Judge Fox:

I am an attorney for Damon Dash (on other matters), a co-defendant in the above-referenced case, and I have been provided a copy of your Honor's Order dated October 5, 2007, relieving Liner Yankelevitz Sunshine & Regenstreif LLP and Krantz & Berman LLP as counsel of record for Mr. Dash and Roc-A-Fella Films, Inc.

Mr. Dash informs me that he was never notified that such an application had been made, nor was he informed of the date and time of the proceeding which resulted in the issuing of this Court's Order. Mr. Dash did not appear at the hearing because he was not provided proper notice and was not aware that it was taking place.

Nevertheless, Mr. Dash has asked that I represent him going forward in connection with this proceeding. However, there is a complication in that I am not yet admitted to practice before this Court; I am a former Assistant District Attorney in New York County, and have been in private practice for the last four years (and recently started my own law firm). For this reason, I cannot submit a notice of appearance on Mr. Dash's behalf; although, I am beginning the process now and hope to gain admission expeditiously. Alternatively, if the Court prefers and if it would minimize delay, I will seek admission Pro Hac Vice in this case. Either way, upon being admitted I plan to immediately file a notice of appearance and proceed with representing Mr. Dash.

I thank the Court in advance for its understanding and consideration, and I will happily heed any suggestions you may have.

10|15|07

*Only counsel admitted to practice before the court may do so. The instant writing will be deemed an application for an enlargement for the defendant to have counsel file a notice of appearance. The application is granted. A notice of appearance by counsel admitted to practice before this court shall be filed by defendants Damon Dash and Roc-A-Fella Films, Inc., on or before October 29, 2007.*

*SO ORDERED: Kevin Nathaniel Fox, U.S.M.J.*

Respectfully submitted,

Robert M. Wallack