# THE WALLACK FIRM, P.C.

444 MADISON AVENUE
17TH FLOOR
NEW YORK, NEW YORK 10022
(212) 223-1300
FACSIMILE (212) 223-1301
WWW.WALLACKFIRM.COM

**MEMO ENDORSED**

ROBERT M. WALLACK
RWALLACK@WALLACKFIRM.COM



RECEIVED
OCT 29 2007
KEVIN NAT...
U.S. MAGIST... JUDGE

October 29, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/31/07

**VIA FACSIMILE & REGULAR MAIL**
Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court, Southern District of New York
40 Foley Square, Room 540
New York, New York 10007-1312

Re: <u>Jones v. Roc-A-Fella Films, Inc., et al.</u>, 07 Civ. 3648 (KNF)

Dear Judge Fox:

I am in receipt of Your Honor's memo endorsement of my letter to the Court dated October 12, 2007. I am aware that the Court set today's date, October 29, 2007, as the deadline for filing a Notice of Appearance on behalf of Damon Dash and Roc-A-Fella Films, Inc. However, despite Mr. Dash's statements to me that he would like me to represent him in this matter, he has not yet officially retained my firm.

I therefore respectfully request that Mr. Dash and Roc-A-Fella Films, Inc. be granted an additional one week enlargement of time to retain counsel and for a Notice of Appearance to be filed on their behalf. I have been in communication with counsel for the other parties regarding the scheduling of depositions, and am certain that the granting of this application would not delay these proceedings or cause prejudice to any of the parties.

I thank the Court in advance for its consideration.

10/31/07
Application denied.
Defendants Damon Dash and Roc-A-Fella Films, Inc. have failed, since mid-September, to resolve all representational issues. The litigation must move forward. Mr. Dash shall proceed pro se, until such time as he determines to engage counsel admitted to practice in this court to represent him.
SO ORDERED:
Kevin Nathaniel Fox, U.S.M.J.

Respectfully submitted,

Robert M. Wallack

cc: Mark A. Tamoshunas, Esq. (via facsimile)
Stuart M. Riback, Esq. (via facsimile)
Victor A. Dunlop, Esq. (via facsimile)
Mr. Damon Dash