UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANTONNE M. JONES,

        Plaintiff,

    -against-

ROC-A-FELLA FILMS, INC., et al.

        Defendants.
-------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

ORDER

07 Civ. 3648 (KNF)

IT IS HEREBY ORDERED that the telephonic status conference, scheduled previously

for January 22, 2008, will be held on February 11, 2008, at 2:00 p.m.  The telephonic conference

shall be initiated by counsel to the plaintiff to (212) 805-6710.

Dated: New York, New York
       February 1, 2008

SO ORDERED:

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Victor A. Dunlop, II, Esq.
Tom J. Ferber, Esq.
Stuart M. Riback, Esq.
Damon Dash