AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 07-cv-03648-HB-KNF

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Roc-A-Fella Films, Inc. and Damon Dash.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/11/2008 | *[signature]* |
| Date | Signature |
| | Andrea J. Lawrence — AL-1373 |
| | Print Name — Bar Number |
| | Cohen Tauber Spievack & Wagber P.C. 420 Lexington Ave, |
| | Address |
| | New York — NY — 10170 |
| | City — State — Zip Code |
| | (212) 586-5800 — (212) 586-5895 |
| | Phone Number — Fax Number |