**LAW OFFICES OF**
# AMBROSE WOTORSON
A PROFESSIONAL CORPORATION
SUITE 1811
26 COURT STREET
BROOKLYN, N.Y. 11242
TELEPHONE: 718 797-4861
FACSIMILE: 718 797-4863

**MEMO ENDORSED**

February 26, 2008

RECEIVED
FEB 2 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/28/08

VIA FACSIMILE (212) 805-6712
Honorable Magistrate Judge Fox
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Antonne M. Jones v. Roc-A-Fella Films, Inc., et. al.
     Docket No.: 07-Cv-3648 (KNF)

Dear Honorable Magistrate Fox:

We write to respectfully request that this Honorable Court fix a date by which defendants Damon Dash and Roc-A-Fella Films shall respond to Plaintiff's Initial Combined Discovery Demands that were served on November 10, 2007.

While this Honorable Court has ruled that these defendants have now waived their objections to Plaintiff's Initial Combined Discovery Demands, these defendants continue to engage in silly dilatory tactics. Indeed, it was only yesterday, that defendants, for the first time, claimed that they had "misplaced" Plaintiff's Initial Combined Discovery Demands, and therefore, were unable to respond to them.[1] At this rate, it is unclear when, or if, defendants will fully and honestly respond to Plaintiff's Initial Combined Discovery Demands before the discovery deadline of March 12, 2008.

We therefore request that this Honorable Court fix a date certain by which defendants shall respond to all outstanding discovery demands, lest be subject to a possible motion by plaintiff, seeking to strike these defendants' Answers.

Respectfully submitted,

Ambrose W. Wotorson, Jr. (AWW-2412)

cc: Andrea Lawrence, Esq.
    Victor A. Dunlop, Esq.
    Tom Ferber, Esq.
    Stuart Riback, Esq.

> 2/27/08
> Application denied. The Court is unaware of the scope of the plaintiff's discovery demands and, consequently, believes it would not be prudent to fix a date for compliance arbitrarily, out of ignorance. However, compliance by the above-noted defendants, with their discovery obligations, must occur expeditiously to ensure that all discovery the parties wish to pursue will be completed by March 12, 2008.
> SO ORDERED:
> Kevin Nathaniel Fox
> KEVIN NATHANIEL FOX, U.S.M.J.

---

[1] Two weeks ago, Defendants Dash and Roc-A-Fella Films were ordered to promptly respond to plaintiff's Initial Combined Discovery Demands, without objections. It was only yesterday that Dash and Roc-A-Fella Films claimed that they had "misplaced" Plaintiff's Initial Discovery Demands, and thus, could not respond to them.