UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTONNE M. JONES,                             :

           Plaintiff,                     :           ORDER

      -against-                           :           07 Civ. 3648 (KNF)

ROC-A-FELLA FILMS, INC., et al.,         :

           Defendants.               :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic status conference was held with counsel to the respective parties on February 11, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.     all discovery, of whatever nature, shall be initiated so as to be completed on or before March 12, 2008, all other milestone dates in the order of the Court dated August 21, 2007 remain in full force and effect;

2.     the parties are directed to contact Judge Henry Pitman regarding any request to alter the date fixed by Judge Pitman for a settlement conference; and

3.     defendants Damon Dash and Roc-A-Fella Films, Inc. shall respond to the plaintiff's outstanding discovery demands without objection since their responses are being made untimely.

Dated: New York, New York                   SO ORDERED:
       February 27, 2008

                                                                   KEVIN NATHANIEL FOX
                                                                   UNITED STATES MAGISTRATE JUDGE