UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ANTONNE JONES,                                    :

              Plaintiff,              :

  - against -                                         :     Case No. 07 Civ. 3648 (KNF)

ROC-A-FELLA FILMS, INC., LIONS GATE,              :
FILMS, INC., DAMON DASH and
SHAWN CARTER                                      :     **STIPULATION AND ORDER OF**
                                                                          **DISMISSAL**
              Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      **WHEREAS**, none of the parties to the above-captioned action is an infant or incompetent person; and

      **WHEREAS**, the parties in the above-captioned action wish to discontinue the litigation with respect to defendant Shawn Carter;

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that the above-captioned action is dismissed and discontinued with prejudice as to defendant Shawn Carter, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       February _25_, 2008

**SILLER WILK LLP**                              **LAW OFFICES OF AMBROSE WOTORSON**
*Attorneys for Defendant Shawn Carter*            *Attorneys for Plaintiff Antonne Jones*

By: _____                   By: _____
   Stuart M. Riback                                 Ambrose W. Wotorson, Jr. (AWW-2142)
   675 Third Avenue                                 26 Court Street, Suite 1811
   New York, NY 10017-5704                          Brooklyn, NY 11242
   (212) 421-2233                                   (718) 797-4861

**SO ORDERED:**

                                                                            United States Magistrate Judge

Dated: New York, New York
       February _27_, 2008

1