

# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022   Tel: 212-421-4100   Fax: 212-326-0806            www.pryorcashman.com



**MEMO ENDORSED**

Mark A. Tamoshunas
Attorney at Law

Direct Tel: 212-326-0438
Direct Fax: 212-798-6932
mtamoshunas@pryorcashman.com

March 14, 2008



Via Facsimile

Hon. Kevin Nathaniel Fox
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 540
New York, NY 10007

    Re:    Jones v. Roc-A-Fella Films, Inc. et al., 07 Civ. 3648

Dear Judge Fox:

    We represent Lions Gate Films, Inc. and write in response to Mr. Dunlop's letter earlier today opposing Defendants' request for an extension of the discovery schedule to depose Mr. Welton and Mr. Guido.

    Mr. Dunlop opposes the request to depose Mr. Welton on the grounds that Plaintiff testified at his deposition in December of 2007 that Mr. Welton accompanied him to two meetings with Damon Dash and others. Plaintiff, however, failed to identify Mr. Welton in his initial disclosures as an individual who is likely to have discoverable information that Plaintiff "may use to support [his] claims." Fed.R.Civ.Proc. 26(a)(1)(A). Nor did he identify Mr. Welton in response to Lions Gate's Interrogatory requesting that Plaintiff identify "each person who has, claims to have or whom you believe may have knowledge or information pertaining to any of the allegations contained in the Complaint or to the underlying subject matter of this action." Finally, even after Plaintiff's deposition, he failed to amend his initial disclosures and interrogatory responses until the last day of discovery.

    Now that Defendants have relied on Plaintiff's initial disclosures and interrogatories, Plaintiff should not be permitted to sandbag Defendants by belatedly designating Mr. Welton as a witness. Either Defendants should be permitted to take his deposition or his testimony should be precluded.

699149

# PRYOR CASHMAN LLP

Hon. Kevin Nathaniel Fox
March 14, 2008
Page 2

      With respect to Mr. Guido, Plaintiff similarly failed to disclose him as a person whose testimony may be used to support his claims until the last day of discovery. As with Mr. Welton, his identity as a witness was known to Plaintiff before this case was commenced. Indeed, Plaintiff claims that he spoke to Mr. Guido to discuss selling his work while Mr. Guido was acting on Mr. Dash's behalf. As Defendants still have not been able to even speak to Mr. Guido, they should be permitted to depose him if necessary. If Defendants do not have that opportunity, we respectfully request that Plaintiff be precluded from calling him as a witness.

Respectfully submitted,

Mark A. Tamoshunas

cc: Ambrose Wotorson, Esq., counsel for Plaintiff, via fax
    Victor A. Dunlop, Esq., counsel for Plaintiff, via fax
    Stephen Wagner, Esq., counsel for Defendants
       Roc-A-Fella Films, Inc. and Damon Dash, via fax

---

3/17/08

The depositions of Ronald T. Welton and Michael Guido are to be taken on or before March 31, 2008. Any dispositive motion shall be served and filed on or before April 15, 2008. The response to any such motion shall be served and filed on or before May 13, 2008; any reply shall be served and filed on or before May 27, 2008.

SO ORDERED:

Kevin Nathaniel Fox
Hon. Kevin Nathaniel Fox
United States Magistrate Judge