| | |
|---|---|
| From: | Tamoshunas, Mark A. [MTamoshunas@PRYORCASHMAN.com] |
| Sent: | Thursday, February 14, 2008 11:47 AM |
| To: | Wotor1@aol.com; moreno@sundree.tv; sriback@sillerwilk.com; Andrea Lawrence; Steve Wagner |
| Cc: | Ferber, Tom J. |
| Subject: | Lions Gate/Jones |

Counsel:

I received a call from Judge Pitman's chambers that the settlement conference has been adjourned to April 3, 2008 at 10 a.m.

Regards,
Mark

This message is intended only for the use of the addressee
and may contain information that is privileged and confidential
by law. If you are not the intended recipient, you are hereby
notified that any review, use, dissemination, or copying of this
communication is strictly prohibited. If you have received this
communication in error, please forward the email back and delete
all copies of the message and attachments.

---

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the Internal
Revenue Service, we inform you that any U.S. tax advice contained
in this communication (including attachments) is not intended
or written to be used, and cannot be used, for the purpose of
(i) avoiding penalties under the Internal Revenue Code or
applicable provisions of state and local tax law or (ii) promoting,
marketing, or recommending to another party any transaction or
matter addressed herein.