UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTONNE M. JONES,

                Plaintiff,

      - against -

ROC-A-FELLA FILMS, INC., LIONS GATE
FILMS, INC., DAMON DASH and
SHAWN CARTER,

                Defendants.
------------------------------------------------------------x

07 Civ. 3648 (KNF)(HBP)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the defendants Roc-A-Fella Films, Inc. ("Roc-A-Fella") and Damon Dash ("Dash," collectively, "Defendants") will move this Court (Hon. Henry Pitman) at the Courthouse, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, in Room 18A, pursuant to the Procedures Applicable to Cases Referred to Settlement to Magistrate Judge Pitman, and the Court's inherent power in awarding fees pursuant to *United States v. Seltzer*, 227 F.3d 36 (2d Cir. 2000), for an Order awarding defendants their attorneys fees incurred in connection with attending the April 3, 2008 mediation conference to which Plaintiff Antonne M. Jones and his counsel failed to appear, and for the costs incurred in the preparation of this Motion.

{00025892.DOC; 2}

This Motion is based on this Notice of Motion and the declaration of Stephen Wagner, filed and served concurrently herewith.

Dated: New York, New York
April 8, 2008

                        COHEN TAUBER SPIEVACK & WAGNER P.C.

By: _____
        Stephen Wagner (SW 2900)
        Ginnine Fried   (GF 6705)
420 Lexington Avenue, Suite 2400
New York, New York  10170
(212) 586-5800

*Attorneys for Defendants Damon Dash and Roc-A-Fella Films, Inc.*

2

{00025892.DOC; 2}