# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022   Tel: 212-421-4100   Fax: 212-326-0806          www.pryorcashman.com

Mark A. Tamoshunas
Attorney at Law

Direct Tel: 212-326-0438
Direct Fax: 212-798-6932
mtamoshunas@pryorcashman.com

February 14, 2008

<u>Via Facsimile</u>

Hon. Henry Pitman
Chief United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 750
New York, NY 10007

Re:   <u>Jones v. Roc-A-Fella Films, Inc. et al.</u>, 07 Civ. 3648

Dear Judge Pitman:

We represent Lions Gate Films, Inc. in the above-captioned matter and I write regarding the settlement conference scheduled for February 21, 2008.

As I stated in my voicemail to Mr. Ortiz yesterday, all parties respectfully request an adjournment of the settlement conference.  This request is being made in light of an extension of the discovery deadline by Judge Fox earlier this week from February 20 (the day before the mediation) until March 12, 2008.  After extending the discovery cutoff deadline, Judge Fox directed counsel to contact Your Honor regarding rescheduling the mediation for a date following the new discovery deadline.

The parties believe that a settlement conference next week would be less productive than one held after discovery has been completed, so that all parties would be better able to assess their positions. Moreover, postponing the settlement conference would permit new counsel for defendants Damon Dash and Roc-A-Fella Films, Inc., who filed a notice of appearance only this week, an opportunity to become fully familiar with the case and their clients' settlement positions.

530042

# PRYOR CASHMAN LLP

Hon. Henry Pitman
February 14, 2008
Page 2

Pursuant to Your Honor's rules, the parties propose March 28, 2008 and April 3, 2008 as alternative dates. Thank you for your consideration in this matter.

Respectfully submitted,

Mark A. Tamoshunas

MAT

cc: Victor A. Dunlop, Esq., counsel for Plaintiff, via fax
    Ambrose Wotorson, Esq., counsel for Plaintiff, via fax
    Stuart Riback, Esq., counsel for Defendant
       Shawn Carter, via fax
    Stephen Wagner, Esq., counsel for Defendants
       Roc-A-Fella Films, Inc. and Damon Dash, via fax