Tom J. Ferber (tferber@pryorcashman.com)
Mark A. Tamoshunas (mtamoshunas@pryorcashman.com)
PRYOR CASHMAN LLP
410 Park Avenue
New York, NY 10022

Attorneys for Defendant Lions Gate Films, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANTONNE M. JONES,

                                    Plaintiff,                        07 Civ. 3648 (KNF)

   -against

**NOTICE OF MOTION**

ROC-A-FELLA FILMS, INC., LIONS GATE
FILMS, INC., DAMON DASH and                   **Oral Argument Requested**
SHAWN CARTER,

                                    Defendants.
-------------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the annexed Declaration of Tom J. Ferber dated April 15, 2008 and the exhibits annexed thereto, the accompanying memorandum of law and accompanying Local Rule 56.1 statement of undisputed material facts, the undersigned will move this Court before the Honorable Kevin N. Fox, in Room 20A at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be directed by the Court, for an Order granting summary judgment pursuant to Fed. R. Civ. P. 56 and dismissing the Complaint of plaintiff Antonne M. Jones in its entirety, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that, pursuant to this Court's scheduling order, answering papers, if any, shall be filed and served on or before May 13, 2008.

711761

PLEASE TAKE FURTHER NOTICE, that, pursuant to this Court's scheduling order, reply papers, if any, shall be filed and served on or before May 27, 2008.

Dated: New York, New York
April 15, 2008

            PRYOR CASHMAN LLP

            By: _____
            Tom J. Ferber (tferber@pryorcashman.com)
            Mark A. Tamoshunas (mtamoshunas@pryorcashman.com)
            410 Park Avenue
            New York, New York  10022
            (212) 421-4100

            *Attorneys for Defendant Lions Gate Films, Inc.*