Exhibit A to Ferber Declaration
Part 2

96.   Plaintiff is entitled to and therefore, requests a permanent injunction restraining

Defendants and their respective officers, agents and employees, and all persons acting in

concert with them, from engaging in any further acts in violation of 15 U.S.C. §1125.

97.   Plaintiff is further entitled to recover from Defendants, damages he sustained and will

continue to sustain, trebled pursuant to 15 U.S.C. §1117(a), and any gains, profits and

direct or indirect advantages obtained by Defendants as a result of the acts of violation

of 15 U.S.C. §1125.  At the present, the amount of such damages, profits, gains, and

advantages cannot be fully ascertained by Jones but are believed to exceed Five Million

($5,000,000) Dollars.

98.   Plaintiff has no adequate remedy at law.

### AS AND FOR A THIRD CAUSE OF ACTION
### COMMON LAW MISAPPROPRIATION
### (As to Defendants Dash and Carter)

99.   Plaintiff reaffirms, realleges, repeats and incorporates by reference each and every

allegation of this Complaint as set forth in Paragraphs 1 through 98 of the Complaint as

fully set forth herein.

100.  Jones expended considerable time and expense in creating the characters, plot, setting,

storyline, and overall essence of The Family.  This undertaking required considerable

dedication, skill and experience as a writer and was based in part on his personal

observations of aspects of the Philadelphia criminal sub-culture upon which The Family

was based.

101.  Upon information and belief, Defendants Dash and Carter used Jones's collective

efforts, as evinced in The Family, as the sole source of State Property.

19

102. Defendants Dash and Carter's actions essentially destroyed Jones's efforts in successfully creating or successfully causing the creations of a full-length feature film based on The Family.

103. Upon information and belief, prior to the release of State Property, various media entities were interested in adapting The Family into a film. However, subsequent to State Property's release, Jones was told, "The story is good but it sounds like State Property". Therefore, since Defendants Dash and Carter wrongfully misappropriated The Family, no one will independently create a film version of The Family.

104. As a direct and proximate result of Defendants Dash and Carter's misappropriation of The Family, they gained an advantage over Jones because they simply copied copyrightable expressions of The Family, without bearing the burden of writing, researching, developing, and witnessing the subculture of Philadelphia upon which The Family is based.

105. As a direct and proximate result of Defendants Dash and Carter's misappropriation of The Family, Jones has suffered significant commercial monetary damages.

106. Defendants Dash and Carter's misappropriation of Jones's work and sole creation in The Family was done intentionally, maliciously, and with wanton and willful disregard for Jones's valuable copyrights. In that regard, Jones is entitled to treble damages in an amount to be determined by the trier of fact.

107. Plaintiff has no adequate remedy at law.

## AS AND FOR A FOURTH CAUSE OF ACTION
## ACCOUNTING

20

108. Plaintiff reaffirms, realleges, repeats and incorporates by reference each and every allegation of this Complaint as set forth in Paragraphs 1 through 107 of the Complaint as fully set forth herein.

109. Jones is entitled, pursuant to 17 U.S.C. §504 and 15 U.S.C. §1117, to recover any and all profits of Defendants that are attributable to their acts of willful infringement.

110. Jones is entitled, pursuant to 17 U.S.C. §504 and 15 U.S.C. §1117, to actual damages or statutory damages sustained by virtue of Defendants' acts of willful infringement.

111. The specific amount of damages due to Jones is unknown and cannot be ascertained without a detailed accounting by all of Defendants of the precise number of units of infringing copies of State Property and State Property 2 offered for and actually distributed by Defendants.

112. Jones has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against all Defendants in the following:

1. On the First Cause of Action:

(a) That Defendants have willfully infringed Jones's copyrights in and to the Family, in violation of 17 U.S.C. §501;

(b) That Defendants, their agents and servants, be enjoined during the pendency of this action and permanently from infringing, or contributing to the infringement of, Plaintiff's copyrights in any manner, and from copying, selling, marketing, distributing, displaying or otherwise exploiting infringing copies or reproductions of State Property and State Property 2, and that Defendants be

21

required to deliver up to Plaintiff all copies and other materials used in the making of infringing copies or reproductions of State Property and State Property 2;

(c)    That Defendants be required to pay Plaintiff pursuant to 17 U.S.C. §504 et seq:

(i)    Such damages as Plaintiff has sustained in consequence of Defendants' willful infringement of Jones's copyrights in and to The Family, including but limited to the injury to the value of Plaintiff's copyrights, and all other damages sustained by Plaintiff, and to account for a pay to Plaintiff all gains, direct and indirect profits and advantages derived by Defendants by reason of their wanton and willful infringements, in an amount of at least $10,000,000; or

(ii)    At Plaintiff's election as to any or all of the copyrights that have been infringed, statutory *in lieu* damages of at least $150,000 per copyright infringed;

2.    On the Second Cause of Action:

(a)    The Defendants, their agents and servants, be enjoined during the pendency of this action and permanently from their continued violation of the Lanham Act;

(b)    That Defendants be required to pay Plaintiff such damages as Plaintiff has sustained in consequence of Defendants' violations of the Lanham Act, those damages to be trebled, and to account for and pay to Plaintiff all gains, direct and indirect profits and advantages derived by reason of their wrongful conduct, in the amount of at least $5,000,000;

3.    On the Third Cause of Action against Defendants Dash and Carter:

(a)    That an order to be entered against Defendants Dash and Carter awarding Jones actual damages in an amount to be determined by the trier of fact;

(b)    That an order be entered awarding Jones profits of Defendants Dash and Carter in an amount to be determined by the trier of fact;

22

(c)      That an order be entered awarding Jones treble damages in an amount to be determined by

the trier to fact;

4.       On the Fourth Cause of Action pursuant to 17 U.S.C. §504 and 15 U.S.C. § 1117:

(a)      That an order be entered against Defendants in favor of Plaintiff to recover any and all of

Defendants' profits that are attributable to his act of willful infringement;

(b)      That an order be entered against Defendants in favor of Plaintiff to actual or statutory

damages sustained by virtue of Defendants' acts of willful infringement;

5.       That the costs of this Action be awarded to Plaintiff;

6.       That this is an exceptional case and that Plaintiffs be awarded their reasonable attorney fees;

and

7.       That this Court grant such other and further relief as it shall deem just.


                                                    Respectfully submitted,
                                                    DUNLOP & ASSOCIATES, P.C.

                                            By:     _____
                                                    Victor A. Dunlop (VAD-8571)

DATED:       Brooklyn, New York                     Attorneys for Plaintiff
             April 17, 2007                         Antonne M. Jones
                                                    Office & P.O. Address
                                                    55 Washington Street, Suite 451
                                                    Brooklyn, New York 11201
                                                    (718) 403-9261 Telephone
                                                    (614) 445-9261 Facsimile


23

## INDIVIDUAL VERIFICATION

STATE OF NEW YORK            )
                             ) SS:
COUNTY OF NEW YORK           )

ANOTNNE M. JONES, being duly sworn, deposes and says that he is the plaintiff in the within entitled action; that he has read the foregoing COMPLAINT and that he knows the contents thereof, and that the same are true to his own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters he believes them to be true.

ANTONNE M. JONES

Sworn to before me this 17ᵀᴴ
Day of  APRIL , 2007

Notary Public

CRAIG DAVIDOWITZ
Notary Public, State of New York
No. 02DA4988463
Qualified in New York County
Commission Expires 12/11/35

BestBuy.com – Search Results

04/25/2007 03:04 PM



| Thousands of Possibilities | GET YOURS | | WEEKLY AD STORE LOCATOR WISH LIST | GIFT CARDS CREDIT CARDS REWARD ZONE | ORDER STATUS MY ACCOUNT CUSTOMER SERVICE | CART 0 Items |

ELECTRONICS · | CAMERAS & CAMCORDERS · | COMPUTERS · | MUSIC, MOVIES GAMES & TOYS · | HOME & APPLIANCES · | PHONES & COMMUNICATIONS · | OFFICE PRODUCTS · | GIFT IDEAS ·

SEARCH FOR [Keyword or Item #        ]  IN [All Categories    ] 🔍    Welcome.
Please create an account or Sign in.

## 9 Items found for "State Property" in All Categories

**Narrow your results by:**

**Special Offers**
Free Shipping (1)

**Learn More**
The Independent Sound You're Searching For...

**Categories**

Music (6)       Movies (2)       Computers (1)

See all 9 items at once

---

**MOVIES | 2 items found for "State Property"**


**State Property 2 – Widescreen Subtitle Dolby**
SKU: 7246009
Format: **DVD**
List Price: $14.98
**Our Price: $12.99**


**State Property – Subtitle**
SKU: 4534766
Format: **DVD**
List Price: $14.98
**Our Price: $10.99**

» See all 2 matches in Movies

---

**MUSIC | 6 items found for "State Property"**


**State Property Presents The Chain... [PA]**
State Property
SKU: 5745045
Format: **CD**
**Our Price: $13.99**

**State Property [PA] – Original**
Original Soundtrack
SKU: 4483491
Format: **CD**
**Our Price: $14.99**


**State Property [Edited] – Edited Original Soundtrack**
Original Soundtrack
SKU: 4504398
Format: **CD**
**Our Price: $14.99**

» See all 6 matches in Music

---

**COMPUTERS | 1 items found for "State Property"**          See All Subcategories


**Quicken WillMaker Plus 2007**
SKU: 7974052
Platform: **Windows**
**Our Price: $49.99**

» See all 1 matches in Computers

---

**Need Help?**

Legal Notices
Privacy Policy

---

**New Search**

Buy Run The Wild Fields DVD and VHS – Movie Quotes and Pictures from Run The Wild Fields
04/25/2007 03:09 PM



**Run The Wild Fields [DVD] (2000)**
A woman, left to care for her daughter and family farm on her own when her husband is declared missing in action during World War II, finds solace and love with a handsome drifter who works for her in this tender drama. Joanne Whalley, Sean Patrick Flanery, Cotter Smith. 101 min. Standard; Soundtracks: English Dolby Digital Surround, Spanish Dolby Digital Surround; photo gallery; filmographies.
**Category:** Drama   **Director:** Paul A. Kaufman
**Cast:** Sean Patrick Flanery, Paulette Sinclair, Cotter Smith, Alexa Vega

**Rated:** NR     Color   #D28790
**Was $14.99**        **$14.24 DVD**

**Also featured in our 800-page catalog...**

**Othello [DVD] (2001)**
Screenwriter Andrew Davies ("Bridget Jones's Diary") boldly updates Shakespeare's timeless drama of jealousy, passion and mistrust, transferring the action to contemporary London. There, newly appointed police commissioner John Othello (Eamonn Walker) is the object of envious colleague Ben Jago's (Christopher Eccleston) scheme to destroy him by making Othello suspect his wife Dessie (Keeley Hawes) is unfaithful. Joss Ackland also stars. 96 min. Standard; Soundtrack: English Dolby Digital stereo; filmographies.
**Category:** Drama   **Director:** Geoffrey Sax
**Cast:** Joss Ackland, Richard Coyle, Christopher Eccleston, Keeley Hawes, Bill Paterson, Eamonn Walker
**Also Available:** VHS

**Rated:** NR   Color   #D28565
**Was $19.99**        **$17.99 DVD**

**State Property [DVD] (2001)**
A small-time Philly street hood (Beanie Sigel) sets out to form his own posse and make a name for himself in the drug "business," but discovers that the life he's made for himself comes with a heavy price, in this intense urban gangsta drama. Jay-Z, Damon Dash and Sundy Carter also star. 93 min. Standard; Soundtrack: English Dolby, Digital stereo; Subtitles: English, Spanish; theatrical trailer; deleted scenes; music videos; behind-the-scenes footage.
**Category:** Drama   **Director:** Abdul Malik Abbott
**Cast:** Memphis Bleek, Damon Dash, Beanie Sigel

**Rated:** R   Color   #D28646
**Was $14.99**        **$14.24 DVD**

**State Property 2 [DVD] (2005)**
While incarcerated, hardcore gangsta Beans attempts to maintain his Philadelphia-based criminal empire while his crew goes on without him. Deciding to team with a brilliant fellow inmate, he hatches a plan that will put him back on top. But when he and his new partner finally get back on the streets, Beans learns a lesson in betrayal while the City of Brotherly Love prepares for a bloodbath. Beanie Sigel, Victor N.O.R.E. Santiago, Damon Dash (who also directed and co-wrote) star; with cameos by Mariah Carey, Dirt McGirt (Ol' Dirty Bastard). 95 min. Widescreen; Soundtracks: English Dolby Digital 5.1, Dolby Digital stereo; Subtitles: English, Spanish; audio commentary; featurette; bonus footage; music videos.
**Category:** Drama   **Director:** Damon Dash
**Cast:** Loon
**Also Available:** VHS

**Rated:** R     Color   #D77287

Gift Items
Apparel
Books
New Releases
Action & Adventure
Comedy
Cult
Documentary
Drama
Family/Animation
Family/Live Action
Foreign
Historical & War
Horror
Martial Arts
Musicals
Mystery & Suspense
Religious
Science Fiction &
Fantasy
Silents
Westerns

Get TCM's bi-monthly
newsletter to stay up-to-
date on all the latest
shopping news.

04/25/2007 03:16 PM



**State Property** 2002 (R)



Eager to achieve the American Dream, a broke gangsta and his crew kick their hustling game into overdrive. The money comes fast and free until they begin doing business in an even more powerful rival gang's territory.

**Starring:** Beanie Sigel, Memphis Bleek... View Full Credits
**Director:** Abdul Malik Abbott



Rated R.Strong violence and sexuality, nonstop language, and drug content



Suspense, Drama (88 Minutes)

**May be available for rent at Hollywood Video**
Find a store near you.

**COMMUNITY RATING**

 **ADD TO WISH LIST**

**Credits**

**Cast**

| | | |
|---|---|---|
| Beanie Sigel | Oschino | Christopher 'Young Chris' Ries |
| Jay-Z | Sundy Carter | Damon Dash |
| Hanif 'Young Neef' Muhammed | Memphis Bleek | |

**Director**
Abdul Malik Abbott

 **Buy Related Products**

| Description: | Format: | |
|---|---|---|
| State Property (2002) | DVD | Buy Now |
| State Property (2002)[CC] | VHS | Buy Now |
| State Property (2002)(Spanish Subtitles) | VHS | Buy Now |

**DVD Details**

**State Property (2002)**

**Theatrical Trailer**

| **Viewing Format** | Full Frame |
|---|---|
| **Subtitles** | Spanish |



# THE FAMILY

THE COLOM...
THE BLACK...CONTROLLED...

THE GOVER...ENT FEARED...

A PHILADELPHIA

ANTONNE M. JONES

# LA FAMILIA

Es Todo
Lo
Mas
Importante!

## ANTONNE M. JONES





Antonne M. Jones

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**SHORT FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

Registration Number

TXu 843-826

Effective Date of Registration
Month JAN Day 5 Year 1998

Application Received JUL 0 2 1998
JAN 15 1998

Deposit Received
One JAN 15 1998  Two

Examined By

Correspondence

Fee Received

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

**1** Title of This Work: "THE FAMILY"

Alternative title or title of larger work in which this work was published:

**2** Name and Address of Author/Owner of the Copyright:
ANTONNE M. JONES
410 TASKER STREET
PHILADELPHIA, PA. 19148

ality or domicile; fax, and email:
Phone (215) 389-4785  Fax ( )  Email

**3** Creation: 1997

**4** n has been published, d Nation of ation:
a. Date ___ (Month) (Day) (Year) (Month, day, and year all required)
b. Nation ___

**5** f Authorship Work: (check all that this author created.)
☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.)
☐ Illustrations
☐ Photographs
☐ Compilation of terms or data

**6** Signature: I certify that the statements made by me in this application are correct to the best of my knowledge.
Check one: ☑ Author ☐ Authorized agent
*Antonne M. Jones*

**7** Name and Address of Person to Contact for Rights and Permissions:
☑ Check here if same as #2 above.
Phone, fax, and email:
Phone ( )  Fax ( )  Email

**8** Certificate will be mailed in window envelope to this address:
Name ▼ ANTONNE M. JONES
Number/Street/Apt ▼ 410 TASKER STREET
City/State/ZIP ▼ PHILA, P.A. 19148

**9** —Space Deleted—

**10** Deposit Account #
Name

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
September 1999—100,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-400-104/40,014



# THE FAMILY II
## Life After Death

From Antoine M. Jones, author of best sellers The Family: A Philadelphia Mob Story and La Familia comes the sequel

Every since Anthony was a little boy he was obsessed with the lifestyle of gangsters and we had to travel down the same path. As he clawed his way to the top he came to realize "because of the duality of nature for every reward there is a cost". The price would be a dreadful trip to death row. After spending nearly a decade in lock up for twenty three hours a day the nearly impossible occurs. The U.S. Supreme Court overturned the death sentence and he is granted parole. Now is a race against time to regain what was lost. Anthony find himself between a rock and hard place. However, desperate times call for desperate measures. The old crew was dismantled and replaced by a new wave of young desperados making a name for themselves and taking over the streets of Philadelphia. The streets are calling him back but will Anthony choose the narrow path of legitimate Life or the broad and spacious road leading to Death?

"Perhaps only an African-American writer with deep Philadelphia roots and passions could succeed as Mr. Jones has in symbolizing a dark society through the acts of true to life gangsters. Also, in revealing how thin the line is that separates politicians from criminals. A true masterpiece! ★ ★ ★ ★ ★"

– R.T. Welton
*Wilmington Press*



ISBN 0-9662540-1-6

9 780966 254068

$14.95

CLEARWATER ENTERTAINMENT



**Wayman Tisdale-Face to Face**



**Brian Culbertson-nice & slow**



**Gerald Albright-The Very Best of**

# You can stay in tonight...

# ...But you may not get any sleep

**CIRCUIT CITY**
imagine that

www.atlantic-records.com The Atlantic Group ©2001
Atlantic Recording Corp. A TIME WARNER COMPANY

# ESSENCE BEST-SELLERS



**HARDCOVER FICTION**
1. Baggage Check by Curtis Bunn (A&B Books, $21.95)*
2. The Future Has a Past by J. California Cooper (Doubleday, $23.95) (3)
3. It's a Thin Line by Kimberla Lawson Roby (Kensington, $23)*
4. Four Guys and Trouble by Marcus Major (Dutton, $23.95)*
5. For the Love of Money by Omar Tyree (Simon & Schuster, $24) (4)



**HARDCOVER NONFICTION**
1. PowerNomics: A National Plan to Empower Black America by Claud Anderson, Ed.D. (PowerNomics Corp., $31.95) (5)
2. Forced Into Glory by Lerone Bennett, Jr. (Johnson Publishing Co., $35)*
3. Until Today! by Iyanla Vanzant (Simon & Schuster, $22) (3)
4. How to Make Black America Better by Tavis Smiley (Doubleday, $21.95) (1)
5. Sacred Woman by Queen Afua (Ballantine, $28)*



**PAPERBACK FICTION**
1. The Coldest Winter Ever by Sister Souljah (Pocket Books, $6.99) (1)
2. Addicted by Zane (Strebor Books, $15)*
3. The Family by Anton M. Jones (Eldon Publishing, $12.95)
4. True to the Game by Teri Woods (Meow Meow Productions, $15)*
5. The Sex Chronicles by Zane (Strebor Books, $15)*

**PAPERBACK NONFICTION**
1. Yesterday, I Cried by Iyanla Vanzant (Fireside, $13)*
2. Souls of My Sisters by Dawn Marie Daniels and Candace Sady (Kensington, $15)*
3. The Debt by Randall Robinson (Plume, $13) (4)
4. The Mis-Education of the Negro by Carter G. Woodson and Jawanza Kunjufu (African-American Images, $14) (2)
5. Willie Lynch Letter by Kashif Malik Hassan-El (Lushena Books, $3.95)



**BOOKSTORE SPOTLIGHT ON**
James Watson of Pyramid Books (Boynton Beach, Florida). He is currently reading *Hot Johnny* by Sandra Jackson-Opoku.

**ABOUT THIS LIST:** The Essence Best-Sellers list is based on reports of retail sales. Respondents are African-American bookstores. Numbers in parentheses indicate last month's position. An asterisk indicates a debut title on this list.

**REPORTING STORES:** Haneef's Bookstore (Wilmington, Delaware), Paradise Bookstore (Peoria, Arizona), Cushcity.com (Houston, Texas), The Reader's Choice (Milwaukee), Dorothea's African-American Books (Columbia, South Carolina), OurStory (Plainfield, New Jersey), Apple Book Center (Detroit), A Different Booklist (Toronto), A&B Distributors (Brooklyn), Ujamaa African Bookstore (Fort Lauderdale, Florida), Books for Thought (Tampa), X-pression Bookstore (Indianapolis), theblackberry.com (Boston), Truth Bookstore (Southfield, Michigan), Pyramid Books (Boynton Beach, Florida), Brownstone Books (Brooklyn), Black Classics (Mobile, Alabama), Jokae's African-American Books (Dallas), African-American Images (Chicago), Special Occasions (Winston-Salem, North Carolina).

For the extended list, log on to essence.com. ☐



# BOOK OF THE MONTH
## DRUGS. DRAMA. PRISON. DEATH...

**ANTONNE M JONES**

**Mob deep**

The genius of emcees who'd like you to believe that their progress on to the rap game – with all the relative legitimacy that implies – after looking in in the drug trade are legion. Look no further than this month's cover star those exit wounds and that distinctive tan a constant reminder of a more nefarious past. Or think how Eazy-E allegedly bankrolled Ruthless Records and NWA on the back of his ill-gotten drug profits.

It's a dichotomy that Jones tackles head on in *The Family* as four young Philly guys curses their dreams of ghetto glory. After a few late nights steps pushing weed for meagre returns, the progress on to coke dealing quickly changes everything. After hooking up an uncle's stash with an out-of-town Colombian cartel, their business soon starts to turn a profit beyond their wildest dreams – and it's here the real temptation really begins. Temptation, greed, envy and paranoia soon come into the short term gains furnished by instant wealth, and it's not long before the incessant in-fighting starts to end fatally. It reaches its climax central character Anthony – a self-styled 'black Louis Ortiz' decides to opt out of the game for the sake of his young family, but before that greed, he wants one last big deal first. Guess the consequences.

Jones pens *The Family* in a breakneck style that keeps the pages turning swiftly – you can whip through this in an hour or two – though the odd clunky turn of phrase can stop you in your tracks. The narrative is rock solid, though. Jones' ultimately needs to put more flesh on the bones of his characters, and if the deals in the details there's more than a few loose ends that need tying up. That said, it's easy to imagine this being tidied up by some hotshot screenwriter, such are its enduring cinematic resonances. And look out also for a couple of cameos from hip-hop artists who've more than flirted with the drugs trade, at least in their rhymes. Really, you couldn't make it up. *Benji Sugarman*



# GREETINGS

*Be it hereby known that*

## Antonne M. Jones

*has, on this day, been made an*

## HONORARY CITIZEN
## OF
## LUBBOCK, TEXAS

*Hub of the Plains, Music Crossroads of Texas,*

*City of Land and Sky, and a Texas legend*

*with a proud history, heritage and culture.*

*June 11, 2005*

Marc McDougal
Mayor

Tom Martin
Mayor Pro Tem

Linda DeLeon
Council member

Floyd Price
Council member

Gary O. Boren
Council member

Phyllis S. Jones
Council member

Jim Gilbreath
Council member

**Copyright**    **Search Records Results**

Registered Works Database (Title Search)
**Search For:** STATE PROPERTY
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

| | |
|---|---|
| 1. Registration Number: | PA-1-148-571 |
| Title: | State property / Lions Gate Films and aRoc-A-Fella Films present a film by Abdul Malik Abbot ; directed by Abdul Malik Abbott. |
| Description: | 5 film reels ; 35 mm. |
| Claimant: | Lions Gate Films, Inc. |
| Created: | 2002 |
| Published: | 18Jan02 |
| Registered: | 23Jun03 |
| Title on © Application: | Get down or lay down. |
| Author on © Application: | Get Down Productions, Inc., employer for hire. |
| Previous Related Version: | Screenplay prev. reg. as "Get down or lay down" 2000, PAu 2-505-921. |
| Claim Limit: | NEW MATTER: motion picture dramatization. |
| Special Codes: | 4/X/L |

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For:** STATE PROPERTY : NO. 2
**Item 1 of 1**

| | |
|---:|:---|
| 1. Registration Number: | PAu-3-004-722 |
| Title: | State property : no. 2. |
| Description: | Videocassette ; 1/2 in. |
| Claimant: | Lions Gate Films, Inc. |
| Created: | 2004 |
| Registered: | 7Apr05 |
| Author on © Application: | Philly Productions, Inc., employer for hire. |
| Previous Related Version: | Screenplay entitled Philly streets preexisting. |
| Claim Limit: | NEW MATTER: dramatization. |
| Special Codes: | 4/X/L |

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000