Exhibit C to Ferber Declaration
Part 1

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
ANTONNE M. JONES,            )
                             )
            Plaintiff,       )
                             )
     -against-               )
                             ) Index No.
                             ) 07 CV 3648
ROC-A-FELLA FILMS, INC.,     )
LION'S GATE FILMS, INC., DAMON )
DASH and SHAWN CARTER,       )
                             )
            Defendants.      )
- - - - - - - - - - - - - - - - X

          DEPOSITION OF ANTONNE M. JONES
                New York, New York
                December 20, 2007

Reported by:
Judi Johnson, RPR, CLR
Job No.: 14542

```
 1                  ANTONNE M. JONES
 2      A     AntonneJ@AOL.
 3      Q     Anything else?
 4      A     Those are my personal E-mails.
 5      Q     Do you have a business E-mail?
 6      A     Yes.  Clearvision.
 7      Q     One word?
 8      A     Yes.  Pub at AOL.
 9      Q     Any other business E-mails?
10      A     No.
11      Q     If you could please describe your
12   educational experience starting with high
13   school.
14      A     Graduated.
15      Q     And what high school?
16      A     I attended Roman Catholic High and
17   graduated at Delaware Valley High School.
18      Q     Where is Roman Catholic High School
19   located?
20      A     Philadelphia.
21      Q     Do you remember the street?
22      A     Yes.  Broad and Vine.
23      Q     Where is Delaware Valley High School?
24      A     Also in Philadelphia.
25      Q     Do you recall the street?
```

1                ANTONNE M. JONES

2        Q    Who is the first person that you
3   remember showing a copy of The Family to?
4             MR. DUNLOP:  Objection as to form.
5             You can answer.
6        A    My mother.
7        Q    What's your mother's name?
8        A    Mardrina, M-A-R-D-R-I-N-A, Jones.
9        Q    Do you recall when that was?
10       A    No, I don't recall.
11       Q    Did you give her a copy of The Family?
12       A    A copy of --
13       Q    The Family when she first looked at
14  it?
15       A    I don't recall if I gave her a copy
16  for her own personal -- but I gave it to her to
17  read.
18       Q    Who is the next person that you recall
19  showing The Family to?
20       A    Mr. Dash.
21       Q    When was that?
22       A    It was the summer of 1998.
23       Q    Do you recall what month?
24       A    I remember the summer of '98.
25       Q    And what about after that?

1           ANTONNE M. JONES

2     A     After that what?

3     Q     Who is the next person you recall
4  giving a copy of The Family to or letting them
5  read it?

6     A     I can't recall offhand.

7     Q     Can you recall any other person that
8  you gave a copy of The Family to or allowed them
9  to read it before it was released?

10    A     It's been -- I can't recall exactly
11 who prior to release right now.

12    Q     Do you recall whether anybody was
13 given The Family by you other than your mother
14 and Mr. Dash before it was released?

15    A     I can't recall at this time.

16    Q     As we're sitting here today, you don't
17 remember giving it to anybody to read or review
18 other than your mother or Mr. Dash before August
19 of 1999?

20    A     I don't recall at this time.  I don't
21 recall.

22         MR. TAMOSHUNAS:  Mark this.

23         (Whereupon, Copy of the book with
24    copyright certification was marked as
25    Defendant's Exhibit 6 for identification, as

1                ANTONNE M. JONES
2  Mr. Anderson wanted to meet you?
3       A    That I'm not sure about, what
4  Mr. Wongus told Mr. Anderson.
5       Q    What did he tell you?
6       A    Well, he gave me Mr. Anderson's phone
7  number; and from that point, on me and
8  Mr. Anderson spoke.
9       Q    When was that conversation?
10      A    I don't remember the exact date.
11      Q    What was the substance of that
12 conversation?
13      A    Okay.  The substance of the
14 conversation was -- let me just go say also that
15 I spoke with Mr. Anderson after it was filed.
16 After it was filed, the complaint was filed.
17      Q    And what was the substance of your
18 first conversation with him?
19      A    Well, the substance of the
20 conversation, he was kind of like venting.
21      Q    What did he say.
22      A    He was talking about his situation as
23 far as with State Property and him not being
24 sufficiently, adequately paid, right.
25      Q    Paid by who?

Page 160

1           ANTONNE M. JONES

2    A    From my recollection, he specifically
3    mentioned Mr. Dash.
4    Q    What else did Mr. Anderson stay?
5    A    The conversation was basically about
6    that and also about him not getting paid, being
7    short-changed from the initial sale and not
8    being involved in the second movie, State
9    Property II, and also and also not getting
10   rights or merchandising rights, to the best of
11   my recollection.
12   Q    What else did he say?
13   A    He detailed how he had tried to hunt
14   Mr. Dash down and make amends and get his money
15   and he's been unsuccessful.
16   Q    What else was said during the
17   conversation?
18   A    He also mentioned how he had contacted
19   another gentleman by the name of Shug Knight to
20   have him contact Mr. Dash to get his money, and
21   he mentioned again how he was unsuccessful.
22   Q    What else was said during this
23   conversation?
24   A    He quoted that Mr. Dash told him that
25   he saw him in the Beverly Hills Hotel, and

1                    ANTONNE M. JONES

2       Mr. Dash told him -- this is a quote from him,

3       he'll have to chase him for his money because he

4       called Mr. Knight.

5           Q    What else was said during this

6       conversation?

7           A    And also I told him about my lawsuit

8       that was filed also.

9           Q    What did Mr. Anderson say about that?

10          A    Well, he didn't really elaborate too

11      much about that.

12          Q    Do you remember anything he said about

13      the lawsuit?

14          A    Not specifically about the lawsuit.  I

15      do remember him telling me at the meeting -- a

16      conversation he had with Mr. Dash.

17          Q    What did he say about that

18      conversation?

19          A    The conversation that Mr. Dash asked

20      him did he know myself -- asked him did he know

21      me.  That's all he said.

22          Q    Dash asked Mr. Anderson if

23      Mr. Anderson knew you?

24          A    Yes.

25          Q    And what did he say?

ANTONNE M. JONES

1
2    A    Anderson told him that he didn't know
3    me.  That's what he told Mr. Dash.
4    Q    What else did you two discuss during
5    that call?
6    A    That's all I can remember at this
7    moment.
8    Q    Did Mr. Anderson say anything about
9    having written State Property?
10   A    Yes.  He did mention about State
11   Property in terms of -- in regards to writing.
12   He also mentioned how he was upset because
13   another gentleman had got writing credits to
14   State Property also.
15   Q    And what did he say about the lawsuit?
16   A    He didn't really say too much about
17   it.
18   Q    Was he familiar with the lawsuit when
19   you spoke to him?
20   A    I don't recall if he was or not,
21   because I don't remember him mentioning -- I'm
22   not really sure at this moment.  I'm not sure.
23   Q    How long was this conversation with
24   Mr. Anderson?
25   A    I was at his house approximately about

1          ANTONNE M. JONES
2   30 to 45 minutes.
3       Q    Did you have any phone conversations
4   prior to this meeting?
5       A    With Anderson?
6       Q    Yes.
7       A    Yes.
8       Q    What was discussed during that call?
9       A    Well, during that call, he gave me his
10  address.
11      Q    So it was a short call, just setting
12  up the meeting?
13      A    Yes.
14      Q    Did you discuss anything of substance
15  on the phone call?
16      A    Not that I can remember.
17      Q    What else was discussed at your
18  meeting with Mr. Anderson?
19      A    I can't really recall at this moment.
20      Q    Did you talk about any potential
21  business opportunities?
22      A    I can't recall.  I don't think so.
23  No, no.  We didn't have a conversation about
24  business opportunities.
25      Q    Did you talk about your book, The

Case 1:07-cv-03648-HB-KNF   Document 41-5   Filed 04/15/2008   Page 11 of 18

Page 164

1          ANTONNE M. JONES

2   Family?

3       A    I don't recall. I don't recall at
4   this moment.

5       Q    Do you recall anything else about your
6   conversation with Mr. Anderson?

7       A    At this moment, I don't recall.

8            Can we take a short break, please?

9       Q    Certainly.

10           (Whereupon, a break was taken.)

11           MR. TAMOSHUNAS: What was the last
12      question of and answer?

13           (Whereupon, the referred to portion
14      was read back by the court reporter.)

15  BY MR. TAMOSHUNAS:

16      Q    Mr. Jones, the entire conversation
17  that you were talking about with Mr. Anderson,
18  that took place at his house, correct?

19      A    At his home, yes.

20      Q    And what else did Mr. Anderson say
21  about writing State Property?

22      A    Well, that's all -- I don't remember
23  anything else at this moment, what else he
24  mentioned about State Property. But I also
25  remember -- I want to add. I also remember him

1        ANTONNE M. JONES

2   mentioning when Mr. Dash asked him did he know

3   me, that Damon, Mr. Dash showed him -- gave

4   him -- showed him a copy of the book and gave it

5   to him.

6        Q     What did Mr. Anderson say about that?

7        A     He didn't embellish anything about

8   that.

9        Q     Did you two talk about your book, The

10  Family, at all?

11       A     Not in detail. He told me -- not in

12  detail.

13       Q     What was discussed about your book,

14  The Family?

15       A     He just told me that he heard about

16  it. There was nothing in the creative content.

17  It was just that he heard about it.

18       Q     What did he say about having heard

19  about your book?

20       A     Well, that was pretty much it.

21       Q     He had heard about it from who?

22       A     Well, he didn't say other than the

23  fact that -- other than that Mr. Dash gave it to

24  him during the first -- when he was talking --

25  when Mr. Dash asked if he knows me, I don't

1      ANTONNE M. JONES
2  know, he didn't tell me who else told him other
3  than him.
4      Q    Did you two discuss the claims made in
5  the complaint that State Property is based on
6  your book, The Family?
7      A    No.
8      Q    When you had this conversation with
9  Mr. Anderson, was he aware of the claims that
10 you were making that your work was the basis of
11 State Property?
12     A    I believe he does.  To the best of my
13 knowledge, I believe he did, yes.
14     Q    And why do you think that?
15     A    Because he -- because I told him
16 about -- I knew -- he knew about the complaint.
17     Q    How did he know about the complaint?
18     A    That, I'm not really sure at this
19 moment.
20     Q    What did he say about the complaint
21 during this meeting?
22     A    Well, again, there was -- well, he
23 didn't really elaborate too much on my
24 complaint.  It was more about his situation with
25 Mr. Dash.

ANTONNE M. JONES

Q    Did he say anything about the complaint?

A    No, not to my recollection, he didn't.

Q    Did he say anything regarding the claims that you were making that it was your book that served as a basis for State Property?

A    Not to my recollection at this moment.

Q    Is there anything that would remind you as to the substance of the conversation with Mr. Anderson?

A    I don't understand.  Can you repeat the question?

Q    Is there anything that would remind you as to the substance of your conversation with Mr. Anderson?

A    I'm not particularly sure.

Q    Did you take any notes after that conversation you had with Mr. Anderson?

A    No.

Q    Was there any correspondence that you had with Mr. Anderson after that?

A    After the meeting?

Q    Yes.

A    Yes.

1      ANTONNE M. JONES

2      MR. TAMOSHUNAS: I ask for the
3   production of that correspondence.
4      MR. DUNLOP: Off the record.
5      (Whereupon, a discussion was held off
6   the record.)
7   BY MR. TAMOSHUNAS:
8      Q    Were there any letters or E-mails that
9   you sent to Mr. Anderson after the meeting?
10     A    I didn't send any letters.
11     Q    What about E-mails?
12     A    I can't recall at this moment.
13     Q    Are there any other documents or
14  anything else that would help you remember the
15  substance of your conversation with
16  Mr. Anderson?
17     A    I'm not sure at this moment.
18     Q    So at this moment, you can't think of
19  anything that would help you better remember
20  that conversation, right?
21     A    At this moment, no.
22     Q    What was your response to Mr. Anderson
23  saying that he had not been compensated enough
24  relating to State Property?
25     MR. DUNLOP: Objection as to form.

1        ANTONNE M. JONES
2         You can answer.
3    A    Well, I didn't elaborate too much
4    because I didn't know exactly what the
5    circumstances were.
6    Q    What was your response?
7    A    I don't recall at the moment.
8    Q    Do you recall what your -- what the
9    substance of your response to him was?
10   A    No, I don't recall at this moment.
11   Q    Did you two discuss any financial
12   dealings after that?
13        MR. DUNLOP:  Objection to form.
14   A    No.
15   Q    Is there anything else you recall
16   about the conversation with Mr. Anderson?
17   A    Not that I can remember at this
18   moment.
19   Q    Was there anything exchanged at that
20   meeting between you two?
21   A    No.
22   Q    Did you have any other contacts with
23   Mr. Anderson?
24   A    Yes.
25   Q    When was that?

1        ANTONNE M. JONES

2    A    It was after our first meeting.

3    Q    How long after?

4    A    I would say approximately seven weeks.

5    Q    Was that conversation over the phone
6    or in in-person meeting?

7    A    It was over the phone and in person.
8    I met with him in person.

9    Q    So it was both a phone conversation
10   and a meeting?

11   A    Yes.

12   Q    And who initiated the phone call?

13   A    I'm not sure exactly who called who at
14   this moment. I don't recall.

15   Q    And what was the substance of that
16   call?

17   A    Which particular call?

18   Q    The phone conversation with
19   Mr. Anderson that you had after your meeting.

20   A    I don't recall the exact conversation
21   that we had. I don't recall. I just remember
22   speaking with him, but I don't recall.

23   Q    What was the substance of your
24   conversation with him?

25   A    Well, I do remember we had --- one of

ANTONNE M. JONES

the calls it was like a personal call regarding him just getting out of the hospital because had he had some heart troubles. He was pretty big guy and he said he had some heart trouble, and he mentioned he was going through a divorce. Also he mentioned how we're both from pretty much the same neighborhood and didn't know each other, and we mentioned some mutual people that we knew from the neighborhood. And he actually went to high school with my cousin Mark. I mentioned Mark Jones. Real personal, you know. Talking about breakdancing, music. He was talking about when he was out on the West Coast with Will Smith and how he got sent back home. Just real personal conversation.

    Q    Who else did you know in common?

    A    Well, we knew some of the same people from the neighborhood. He knew some of the people and I knew some of the people. Like actually I know his brother, Monty G. He was a rapper.

    Q    What's his last name?

    A    I don't know his last name.

    Q    Who else did you know in common?