Exhibit D to Ferber Declaration
Part 1

**ORIGINAL**

1

```
 1  UNITED STATES DISTRICT COURT
 2  SOUTHERN DISTRICT OF NEW YORK
    ---------------------X
 3  ANTONNE M. JONES        :
 4      Plaintiff,          :
 5      v.                  :  07 CIV.3648(HB)(KNF)
                            :
 6  ROC-A-FELLA FILMS,      :
    INC., LIONS GATE        :
 7  FILMS, INC., DAMON      :
    DASH and SHAWN          :
 8  CARTER                  :
        Defendants.         :
 9  ---------------------X
10
11          Philadelphia, Pennsylvania
12          Tuesday, March 11, 2008
13
14      Oral deposition of ERNEST "TRON" ANDERSON,
15  taken pursuant to notice, was held at the law
16  offices of BALLARD, SPAHR, ANDREWS & INGERSOLL,
17  LLP, 1735 Market Street, 42nd Floor, Philadelphia,
18  Pennsylvania, commencing at 10:15 a.m., on the
19  above date, before Beth Strauss, a Federally
20  Approved Registered Reporter and Notary Public
21  in the Commonwealth of Pennsylvania.
22
23      ELLEN GRAUER COURT REPORTING CO. LLC
          126 East 56th Street, Fifth Floor
24           New York, New York 10022
                  212-750-6434
25                REF: 86955
```

```
                                                          14

 1                   ANDERSON
 2        Q.    Did you live in pretty much
 3   the same neighborhood in Philadelphia
 4   from the time of your birth until 1993?
 5        A.    No.
 6        Q.    What neighborhoods did you
 7   live in?
 8        A.    South Philadelphia until I
 9   was about 21, and then I moved up to the
10   West Oak Lane area, and then I moved to
11   California and then back to west
12   Philadelphia and then to West Oak Lane,
13   and that's where I was up until 2007.
14        Q.    Where did you live in west
15   Philadelphia?
16        A.    I don't remember the exact
17   address.  It was like 67th and Malvern,
18   up that way.
19        Q.    Where did you live in south
20   Philadelphia?
21        A.    2522 Ellsworth Street and
22   766 Harshaw.
23        Q.    And where have you lived in
24   West Oak Lane?
25        A.    On Woolston and 77th Avenue.
```

```
                                                  51

 1                    ANDERSON
 2    based on incidental material in the
 3    public domain of which owner will advise
 4    purchaser?"
 5         A.    Right.
 6         Q.    "That neither the property
 7    nor any element thereof or the exercise
 8    by purchaser of the rights herein
 9    granted, will violate or infringe upon
10    the trademark, trade name, copyright," et
11    cetera, "or any right of any person."
12               Do you see that?
13         A.    Yes.
14         Q.    That was accurate I take it?
15         A.    Yes.
16         Q.    Okay.  So, looking at
17    Exhibit 4, which was the treatment for
18    Junior Black Mob, can you describe
19    briefly the subject matter of this
20    treatment?
21         A.    Yeah.  It's about a urban
22    organization that was based out of
23    Philly, started in Philadelphia, it's
24    like a organized gang.
25               They did a number of
```

```
 1                    ANDERSON
 2   murders, extortion, drug dealing.  That
 3   was pretty much the basis.
 4        Q.   This was an actual gang?
 5        A.   Yes.
 6        Q.   And was the gang known as
 7   the Junior Black Mob?
 8        A.   They called it a bunch of
 9   different names.
10        Q.   What were some of the names
11   you called them by?
12        A.   Junior Black Mob, Junior
13   Black Mafia, JBM.  That was pretty much
14   it.
15        Q.   You had read about this
16   criminal organization?
17        A.   No.
18        Q.   Had you seen any news
19   reports about this criminal organization?
20        A.   Yes.
21        Q.   Had you talked to people
22   about this criminal organization?
23        A.   Yes.
24        Q.   Did you know anybody who had
25   been involved with it?
```

```
                                                    53
 1                  ANDERSON
 2       A.    Yes.
 3       Q.    Were any of those people
 4  depicted either by name or by pseudonym
 5  in your treatment or screenplay?
 6       A.    Yes.
 7       Q.    Which characters were?
 8       A.    Baby Boy, AJ, D-nise, Boss.
 9       Q.    And you think there were
10  others, but you don't recall right now?
11       A.    Yes.
12       Q.    Okay.  Now, were these four
13  characters that you just mentioned, Baby
14  Boy, AJ, D-nise and Boss, were they
15  premised -- the people on whom they were
16  premised, did you use the actual names or
17  did you use pseudonyms in the script?
18       A.    Pseudonyms.
19            MR. WOTORSON:  Objection to
20       the form.
21            MR. FERBER:  What's the
22       objection?
23            MR. WOTORSON:  It's just
24       leading.  You've been leading for
25       a while, but it's an objection to
```

```
                                              54

 1                ANDERSON
 2        form, and it's just leading.
 3   BY MR. FERBER:
 4        Q.    On whom was the character of
 5   Baby Boy based?
 6        A.    A guy who used to -- he was
 7   more so a runner in the organization.  He
 8   would, you know, pick up drugs, drop 'em
 9   off and pick up money.
10        Q.    Is this someone you had met
11   personally?
12        A.    Yes.
13        Q.    What was his actual name?
14        A.    Shawn.
15        Q.    Do you remember his last
16   name?
17        A.    No.
18        Q.    Upon whom was the character
19   of AJ based?
20        A.    Aaron Jones.
21        Q.    Is Aaron Jones a real
22   person?
23        A.    Yes.
24        Q.    Have you ever met Aaron
25   Jones?
```

```
                                              55
1                    ANDERSON
2         A.    Yes.
3         Q.    Have you spoken with him?
4         A.    Yes.
5         Q.    Did you ever speak with him
6    about this property, Junior Black Mob?
7         A.    No.
8         Q.    Did you ever work with Aaron
9    Jones?
10        A.    Not directly.
11        Q.    Were you ever a part of that
12   organization?
13        A.    A little bit.
14        Q.    In what period of time in
15   time, sir?
16        A.    In the periods of '88
17   through '91.
18             MR. SERVIN:  Let's go off
19        the record for a second.
20             (Whereupon, a moment was
21        taken.)
22             MR. FERBER:  Just note that
23        the witness is going out to talk
24        with his lawyer.
25   BY MR. FERBER:
```

```
1                    ANDERSON
2         Q.    Mr. Anderson, what was the
3    nature of your involvement with the
4    organization?
5         A.    Just that I knew a lot of
6    the guys in it, and -- and I sold drugs.
7         Q.    Did you base any of the
8    scenes or details of your treatment or
9    screenplay on things that you had
10   personally observed or been told while
11   you were involved with that organization?
12             MR. WOTORSON:  Objection to
13        form.
14             MR. FERBER:  What's the
15        objection?
16             MR. WOTORSON:  It's leading
17        and also contains basically two
18        questions masquerading as one.
19             MR. FERBER:  Very good, I'll
20        rephrase.
21   BY MR. FERBER:
22        Q.    What, if anything, in your
23   treatment of Junior Black Mob is based on
24   things that you had seen or been told
25   about the workings of that organization?
```

ANDERSON

A. Mainly all of it, just like stories that were in the streets, some events that I've had contact with, some stuff was just a story that may have been told that I kind of revamped, and that's mainly what the treatment was.

Q. How much of the treatment is based on things that you had seen or been told?

A. Pretty much all of it.

Q. What, if anything, in the screenplay which followed the treatment is based on things that you have seen or been told?

A. I'd say 80 percent of it.

Q. Do you recall any details in particular that were based on things that you had seen or been told?

A. In the screenplay?

Q. Yes.

A. There was an incident where a guy was killed in a tavern. It was a mistaken identity case. It was a pretty televised, a lot of people knew about it.

```
                    ANDERSON
     A.    The story -- the story was
a Las Vegas story and I changed it to
Atlantic City.
     Q.    Okay.
     A.    Just for -- I knew if we
were going to shoot it, we weren't gonna
go to Vegas shoot it for budget reasons.
     Q.    Anything else?
     A.    Just a lot of the stories
that were in there came from just
personal knowledge of, you know, word of
mouth in the streets, street tales.
     Q.    Anything else that you
recall?  Is that it as you sit here
today?
     A.    That's pretty much it.
     Q.    Upon whom was the character
D-nise based?
     A.    I don't know.  D-nise was
D-nise.  I don't know his real name.
     Q.    In other words, you don't
the person's real name, but there was a
person that you knew by the pseudonym
D-nise?
```

60

```
 1                    ANDERSON
 2          A.    Right.
 3          Q.    And you based your character
 4    on that character?
 5          A.    Yeah.
 6          Q.    Is that someone you had ever
 7    met?
 8          A.    Yes.
 9          Q.    And what was his role in the
10    real organization?
11          A.    He was like a hit man.
12          Q.    Is that similar to that
13    character's role in the screenplay?
14          A.    Yeah.
15          Q.    Upon whom was the character
16    Boss based?
17          A.    A rival of the Junior Black
18    Mafia.
19          Q.    Do you know that rival's
20    name?
21          A.    Yes.
22          Q.    What's his name?
23          A.    Craig Haines.
24          Q.    Did you ever met this
25    person?
```

```
                                                61

 1                     ANDERSON
 2        A.    Yes.
 3        Q.    When was that?
 4        A.    I grew up with Craig.
 5        Q.    When was the last time you
 6   had any contact with him?
 7        A.    I would say 1990.
 8        Q.    So you never had any contact
 9   with him about Junior Black Mob or Get
10   Down or Lay Down?
11        A.    You mean in the movie?
12        Q.    Yes.
13        A.    No.
14        Q.    Okay.  Mr. Anderson, when
15   did you first come up with the idea that
16   led you to write this treatment, Junior
17   Black Mob, that has been marked as
18   Exhibit 4?
19             MR. WOTORSON:  Before you
20        answer that question, Ms. Court
21        Reporter, can you just re-read
22        that question for me?
23             (Whereupon, the court
24        reporter read the requested
25        portion of the record.)
```

```
 1                 ANDERSON
 2           THE WITNESS:  I would say
 3      around '93, 1993.
 4  BY MR. FERBER:
 5      Q.   Do you recall what
 6  circumstances surrounded that idea
 7  coming to you?
 8      A.   Yeah.  Well, I had just went
 9  out to California, and it was just after
10  getting out of being incarcerated and I
11  talked with Will Smith's manager and JL
12  about the whole Junior Black Mafia story.
13  This was around the time I think Menace
14  To Society had came out, and I wanted to
15  do a movie -- a Philly version of what
16  Menace to Society was.  He kind of
17  advised against it and said it's just a
18  fad, these street dramas, and he said it
19  probably wouldn't go anywhere.
20           So that kind of deterred me
21  a little bit from writing it, and we were
22  going through that means of getting it
23  produced or whatever, but I always wanted
24  to write the story.
25      Q.   So you talked to Will
```

```
                                                           63
1                        ANDERSON
2      Smith's manager; is that to whom you were
3      referring?
4              A.    Yes.
5              Q.    And you said his name is JL?
6              A.    James Lassiter.
7              Q.    Okay.  And the film that you
8      discussed with him that had given you the
9      idea was called Menace to Society?
10             A.    Yeah.  Well, it was a movie
11     that came out that was called Menace to
12     Society and it was about a LA drug dealer
13     that, you know, it was a young guy that
14     was coming up in I guess South Central.
15     And like I said, it sort of reminded me
16     of things that I been through, and I kind
17     of wanted to use that as the template for
18     this Junior Black Mafia since I knew a
19     lot of the guys and I just thought it
20     would be a good story to be told.
21             Q.    And after that conversation
22     with JL in or about 1993, when was the
23     next time, if any, that you spoke to
24     someone about your idea for such a film?
25             A.    Well, I kind of always
```