Exhibit D to Ferber Declaration
Part 2

64

                    ANDERSON

1

2     talked about it like at least once or

3     twice a year to different people and

4     tried to get their opinion on whether I

5     should write it or not, and a few people

6     said, you know, no, because the guys were

7     going through appeals and it might

8     incriminate some people, so I kind of

9     held off on it until I'd say around '98.

10                    In around '98 I spoke with

11    Damon about him actually playing the AJ

12    role and described the whole little

13    Junior Black Mafia scenario.  And I asked

14    him 'cause he has kind of the swagger and

15    the arrogance of a Aaron Jones and sort

16    of resembled him, and I said that, you

17    know, he should play the character.

18          Q.    Okay.  So let's try to see

19    if we can fix some dates.

20                    If you look at the second

21    page of the treatment, which is Exhibit

22    4, do you see at the bottom it says

23    9-17-98, first draft?

24          A.    Yes.

25          Q.    Is that the date on which

65

```
 1                    ANDERSON
 2   you completed the first draft?
 3        A.    Yes.
 4        Q.    Do you recall when you
 5   started writing the first draft?
 6        A.    Yes.
 7        Q.    When did you start writing
 8   it?
 9        A.    Around July.
10        Q.    Around July of 1997?
11        A.    1998.
12        Q.    Excuse me, 1998?
13        A.    Yeah, yeah.
14        Q.    And how do you recall that
15   it was around July of 1998 that you
16   started writing it?
17        A.    It was around my birthday,
18   and I remember I had met with a friend of
19   mine.  His name was Mark Lamar, and he
20   was saying that he knew somebody -- I was
21   telling him about the idea, and he said
22   that he knew somebody that would fund the
23   movie if I came up with a treatment, and
24   I figured -- then I started writing
25   around my birthday, and hopefully I be
```

79

1                    ANDERSON

2   Down or Lay Down?

3           A.    No.

4           Q.    So you wrote these on spec?

5           A.    Yes.

6           Q.    Okay.  Turn to Exhibit 4

7   which is the treatment for Junior Black

8   Mob, and go to I guess the fourth page,

9   but I guess it's page 2, the second page

10  with text on it; do you see that?

11          A.    Right.

12          Q.    The last full paragraph at

13  the bottom of that page which begins with

14  "JBM was set up like the military and

15  divided into sections."

16          A.    Okay, yes.

17          Q.    Was that based on any

18  factual circumstances?

19               MR. WOTORSON:  Objection to

20          form.

21  BY MR. FERBER:

22          Q.    What was that based on, sir?

23          A.    It was the way it was set

24  up, the organization.

25          Q.    How did you come to know

```
                          ANDERSON
 1
 2    that?
 3         A.    Because I knew guys who
 4    headed the southwest division, the
 5    southwest, west Philly division, I knew
 6    guys that were in the Mount Airy
 7    division, and I knew guys that were in
 8    the south Philadelphia division and I
 9    knew guys that were in the north
10    Philadelphia division.
11         Q.    Turn to page 3 please.
12         A.    Okay.
13         Q.    The second sentence on page
14    3 says, "approximately in June 1987, Baby
15    Boy and D-nise would and did travel to
16    Florida for the purpose of picking up 10
17    kilograms of cocaine from their Florida
18    connect;" do you see that?
19         A.    Yes.
20         Q.    Is that based on anything?
21         A.    Yeah.
22         Q.    What is that based on?
23         A.    It was a indictment that I
24    used to reference by times and that was
25    it.  Like it just -- that's the way it
```

81

                    ANDERSON

1
2    read; in approximately June 1987, I
3    changed names and did travel to Florida
4    for the purpose of picking up -- the
5    number I'm not sure of.  I don't think
6    that was in there, kilograms of cocaine
7    from their Florida connect.
8           Q.    What is the indictment to
9    which you're referring?
10          A.    A friend of mine sent me a
11   copy of a indictment from his cellmate, a
12   guy named Black.
13          Q.    Who was Black, the friend or
14   the cellmate?
15          A.    The cellmate.
16          Q.    Do you remember the rest of
17   his name?
18          A.    If he said it, I would
19   probably remember it, but it was
20   something Brown.
21          Q.    So Black was a nickname?
22          A.    Yeah.
23          Q.    Are you saying his actual
24   name was Brown?
25          A.    Samuel Brown, I believe.

82

1                      ANDERSON

2           Q.    It was Samuel Brown?

3           A.    Yeah.

4           Q.    And you knew Samuel Brown's

5    cellmate; is that what you're saying,

6    sir?

7           A.    Yes.

8           Q.    Who was the cellmate who you

9    knew?

10          A.    Thomas Lawson.

11          Q.    And I just want to be clear.

12                Mr. Lawson was someone you

13   knew?

14          A.    Yes.

15          Q.    And he sent you a copy of an

16   indictment?

17          A.    Yes.

18          Q.    Was it more than one

19   indictment?

20          A.    Just one indictment for

21   Black, but it had everybody else in it,

22   and, you know, like the surveillances and

23   all that kind of stuff.  And like I said,

24   I used that to reference like some of the

25   terms that they would use and like some

83

```
                        ANDERSON
 1
 2    of the actual like places they would go.
 3    But once like when they went to Florida,
 4    that's where I stopped it and I took what
 5    I knew and went on with the story from
 6    there.
 7          Q.    Do you recall how many pages
 8    this indictment was?
 9          A.    It was about a script long,
10    about a hundred pages.
11          Q.    Do you recall from what
12    state the indictment issued or whether it
13    was a federal indictment?
14          A.    It was a federal indictment.
15          Q.    And do you recall from which
16    state the federal indictment had issued?
17          A.    Yeah, it was Pennsylvania.
18          Q.    And did it involve the
19    Junior Black Mob?
20          A.    Yes.
21          Q.    It did?
22          A.    Yes.
23          Q.    Do you still have that
24    indictment?
25          A.    No, I don't know where that
```

                         ANDERSON

1

2        A.    No.

3        Q.    On page 3 of Exhibit 4 that

4   first full paragraph that begins with

5   Baby Boy and D-nise drove down to

6   Florida; do you see that?

7        A.    Yes.

8        Q.    The last two sentences say

9   "The runners are led to a warehouse, here

10  they drop off a briefcase carrying one

11  hundred thousand dollars and get a

12  shopping bag containing 10 kilograms of

13  cocaine."

14            Was that based on anything

15  you had read or been told?

16            MR. WOTORSON:  Objection to

17       form.

18  BY MR. FERBER:

19       Q.    What, if anything, was that

20  based on?

21       A.    I'm not sure of the numbers.

22  Again, I think I may have changed the

23  numbers to make it more, you know, to

24  seem like a bigger deal than it actually

25  was.  It may have been a lesser amount,

87

ANDERSON

1

2  but it came from, you know, the

3  indictment.

4      Q.    What did you say the real

5  Boss's name was?

6      A.    Which one?

7      Q.    Did you say Craig Haynes?

8      A.    Craig Haynes.

9      Q.    Because I was just looking

10  at page 5 and I see it says Ronald Boss

11  Gaynes.

12      A.    Yeah, I changed it.

13      Q.    Just a little bit?

14      A.    Yeah.

15      Q.    Okay.  What, if anything, is

16  the motto Get Down or Lay down based on?

17      A.    It's just something that

18  they would tell people that they, you

19  know, wanted to be a part of the

20  organization.  You know, either you get

21  down with us or you lay down.

22      Q.    And you're referring to the

23  Junior Black Mafia?

24      A.    Yes.

25      Q.    By the way, was there a

                    ANDERSON

1

2    separate organization to the best of your

3    knowledge known as the Philly or

4    Philadelphia Black Mafia?

5         A.    The organizations that were

6    named -- that really had a name in

7    Philadelphia were Black Incorporated,

8    which was older Mafia type guys who was

9    like back in the 70's, late 60's, early

10   70's, and JBM.

11        Q.    JBM is Junior Black Mafia?

12        A.    Yeah, or they tried to cover

13   it and say Just Blow Up Money, but it was

14   Junior Black Mafia.

15        Q.    Are you saying that they

16   were also known by the initials JBM?

17        A.    Are you talking about the

18   older group?

19        Q.    No, the Junior Black Mafia.

20        A.    Yeah.  They had rings and

21   tire covers on the back of their Jeeps

22   that said JBM.

23        Q.    What are the tire covers to

24   when you're referring?

25        A.    Like the older model

89

                    ANDERSON
1
2   Pathfinders that had the tire cover on
3   the rear and they had the tire cover that
4   said JBM on it.
5        Q.    And what are the rings to
6   which you were referring?
7        A.    This was just an induction
8   type of thing like where all of the
9   captains of each part of the city had.
10  They had a party where they gave -- where
11  AJ gave 'em all rings, and this party was
12  up in West Oak Lane.
13       Q.    Mr. Anderson, do you recall
14  looking at Exhibit 4 the treatment for
15  Junior Black Mob, do you recall what you
16  wrote it on?  What kind of equipment you
17  used?
18       A.    Yeah, I used a old laptop
19  that Will had gave me.
20       Q.    And how about Exhibit 5, the
21  full screenplay Get Down or Lay Down
22  Junior Black Mob?
23       A.    The same.
24       Q.    Do you still have that old
25  laptop?

107

```
 1                  ANDERSON
 2          A.    It looked like the poster.
 3   I think it had like strings of something
 4   like in the Godfather type of family
 5   thing.
 6          Q.    Was it bound?
 7          A.    I don't know.  It was a
 8   book.  I guess it was.
 9          Q.    So it was in the form of a
10   book?
11          A.    Yeah.
12          Q.    It wasn't in the form of a
13   bunch of loose pages?
14          A.    No.
15          Q.    Where in Mr. Dash's office
16   was the book?
17          A.    Just sitting on the desk.
18          Q.    And have you said everything
19   that you recall about your conversation
20   with him about it?
21          A.    Yeah, it wasn't no
22   conversation.  I said how was, and he was
23   like, it wasn't nothing.
24          Q.    Did you pick up the book?
25          A.    No.
```

108

ANDERSON

1

2          Q.     Other than seeing the book

3     on Mr. Dash's desk on that occasion,

4     when, if ever, did you next see the book?

5          A.     I never saw the book.

6          Q.     Okay.  Did you have any

7     understanding as to what the content of

8     the book was?

9          A.     No.

10               MR. FERBER:  Let's mark this

11          Anderson 7.

12               (Copyright of The Family

13          received and marked as Exhibit 7

14          for Identification.)

15    BY MR. FERBER:

16          Q.     Obviously this is a rather

17    long exhibit, but we are looking at the

18    second page.  The first page is simply a

19    letter from the copyright office, and the

20    second page is a photocopy of a cover.

21          A.     Huh-huh.

22          Q.     Have you seen that cover

23    before?

24          A.     No.

25          Q.     Have you ever read The

109

                         ANDERSON

 1   Family?

 2         A.     Never.

 3         Q.     Before the occasion in the

 4   barbershop where Mr. Jones congratulated

 5   you, had anyone ever told you anything

 6   about him?

 7         A.     No.  I found out after, you

 8   know, I'm like who's the dude, they were

 9   like he's the one who wrote that book.

10         Q.     Have you told me the extent

11   of your conversation with him on that

12   occasion in the barbershop?

13         A.     Right.

14         Q.     Do you know somebody known

15   by the name of Wongus, W-o-n-g-u-s?

16         A.     Wongus.

17         Q.     Who is Wongus?

18         A.     He's a friend of mine.

19         Q.     Is that his real name?

20         A.     I don't know what his real

21   name is.

22         Q.     How do you know Wongus?

23         A.     Being on the radio and a

24   couple friends of mine.  He related --

```
 1                    ANDERSON
 2  he's related to a friend of mine.
 3          Q.    Have you ever talked to
 4  Wongus about State Property?
 5          A.    No, no.
 6          Q.    After that first time you
 7  met Mr. Jones in the barbershop, have you
 8  ever spoken with him since?
 9          A.    Yeah, when he came over my
10  house last year.
11          Q.    When last year?
12          A.    Around February or March of
13  last year.
14          Q.    Do you have an understanding
15  or recollection as to what led him coming
16  to your house?
17          A.    He said he wanted to talk to
18  me.
19          Q.    How did he -- did he call
20  you in advance?
21          A.    Yeah, he did.
22          Q.    And what did he say when he
23  called you?
24          A.    He said I got something I
25  want to talk to you about this case I got
```

111

1                    ANDERSON

2    with Roc-A-Fella and Jay Z and them.

3          Q.    Did he tell you anything

4    else on the phone before he came up to

5    see you?

6          A.    I don't think so.

7          Q.    And how long after he called

8    you did he come up to see you?

9          A.    It may have been a couple

10   days.  He called me the day of that he

11   was on his way up, he got directions.

12         Q.    At which house did he see

13   you?

14         A.    77th Avenue.

15         Q.    Whose house was that?

16         A.    That was my house at the

17   time.

18         Q.    And he did come to see you?

19         A.    Yes.

20         Q.    How long was he there for?

21         A.    About a hour.

22         Q.    What do you recall about

23   that meeting on that occasion?

24         A.    Well, he told me about the

25   lawsuit.  He knew I had a -- he knew I

112

1                    ANDERSON

2     was mad at Damon about not getting no

3     back-end, and he wanted me to come

4     onboard with him to file suit after

5     Damon, to sign a affidavit.

6          Q.     What was the affidavit he

7     wanted you to sign?

8          A.     I never read the affidavit.

9          Q.     Did you have an understand

10    as to --

11         A.     But he said, you know, he

12    wanted me to sign the affidavit.  He

13    would get his lawyer to send me over the

14    affidavit and that it would be, you know,

15    kind of a open and shut case if I was to

16    say that Damon told me to copy it from --

17    you know, told me to copy the screenplay

18    from the book.  And I'm like, I never

19    read the book and Damon never told me

20    that.

21              You know, so he was like,

22    well, you know, if you come onboard,

23    then, you know, he offered me a

24    percentage of what we were gonna win.  So

25    I was like, you know, I got to kind a

113

```
 1                    ANDERSON
 2    think about it, I'm not sure, I don't
 3    know if I want to purger myself.
 4                    And I also had other
 5    problems with the fact that I had just
 6    recently directed a movie and it had
 7    Roc-A-Fella artists, and I was kind of
 8    needing their help to market the movie,
 9    so I was like no, I don't know if I will,
10    I got to think about it, you know.  It
11    sounded tempting, but, you know, I told
12    him I needed time to think about it.
13                    So then we met down at my
14    mother's, and, you know, from the point
15    where he left my house on 77th Avenue, he
16    would like call me and try to set up
17    another meeting to ask me did I get the
18    affidavit, did I get my lawyer to look at
19    it, you know, all that kind of stuff.
20         Q.    How long after the first
21    meeting did he call you to ask whether
22    you got the affidavit?
23         A.    He called me that day to see
24    if I got it.
25         Q.    How long after the first
```

114

```
 1                    ANDERSON
 2   meeting were you sent an affidavit?
 3         A.    It wasn't long.  It was a
 4   couple hours maybe I think.
 5         Q.    A couple of hours?
 6         A.    Yeah.
 7         Q.    And you got call from him
 8   that same day?
 9         A.    Yeah.
10         Q.    Had you read the affidavit?
11         A.    I never read it.
12         Q.    And when he called you and
13   asked you whether you had received the
14   affidavit, what did you say to him?
15         A.    I was like yeah, I received
16   it, and then I told him that I would have
17   my lawyer look over it and that I would
18   get back to him with a answer.  So, you
19   know, then he would text me and say are
20   you gonna get onboard with us and all
21   that stuff like that.
22              He would -- you know, he was
23   telling me about how good his lawyers
24   were, and, you know, and I think he
25   arranged a conversation for me to speak
```

115

1                    ANDERSON

2      with one of his lawyers.

3           Q.    When you told him that you

4      never read the book, do you recall what

5      he said in response, if anything?

6           A.    He just talked around it.

7           Q.    You said something about not

8      wanting to purger yourself.

9                 When you spoke to him, did

10     you ever use a reference to not wanting

11     to purger yourself?

12          A.    Yes.

13          Q.    What did you say to him?

14          A.    I said man, I don't know if

15     I'm mad enough at Damon to purger myself,

16     and he said that I wouldn't have to

17     testify, and it's not gonna go to court.

18     If I sign the affidavit, it would be

19     pretty much a open and shut case.

20          Q.    So he explained why you

21     wouldn't have to testify and wouldn't

22     have to go to court?

23          A.    Yeah, he said it would a

24     open and shut case.

25          Q.    Did he or anybody else ever