Exhibit G to Ferber Declaration

*State Property* DVD

SUBMITTED UNDER SEPARATE COVER

# Exhibit H to Ferber Declaration

# *State Property II* DVD

# SUBMITTED UNDER SEPARATE COVER