Exhibit L to Ferber Declaration
Part 1

Get Down or Lay
Down    Junior
Black Mob

1285/4

EXT. WEST PHILLY- 52ND STREET- EVENING

1991 Summer in the city is bustling as usual. People going about their business. People coming from shopping, in and out of Bars, some just chilling on the corners.

> HACKMAN
> Get a hack. Hackman!!! 5$ to Wynnefield,
> 4$ to Lancaster Ave.!!!

People are waiting on the "EL" Platform as the train pulls into the 52nd street station. We focus on to youngmen in their early twenties board the the train with the other commuters. Andrew Jackson aka, A.J, a tall, medium build, brown skinned youngman looks for a position to stand as his friend Steve Shaw aka, Baby Boy is a shorter slim built youngman who jockeys for a seat for the ride down town.

EXT. CENTER CITY PHILLY- CLOTHES PIN- EVENING

People leaving the Train Station exit the train and go in various directions. A.J and Baby Boy head towards the movie theaters at 19th and Chestnut St.

> A.J
> Yo nigga, I heard this movie is the shit! My boy saw it last night and said the J'on was hot.

> BABY BOY
> For real? This shit better be good. Remember that girl I met in the Gallery last week?

> A.J
> The slim red-boned joint?

> BABY BOY
> Yeah!

> A.J
> What's up with sis?

> BABY BOY
> She called me today, sis wants me to come over her spot tonight.

> A.J
> Get the fuck outta here.

BABY BOY IS SMILING

                    BABY BOY
          Yeah, nigga!! She knows what it is. She
          want a nigga to hit that.

                    A.J
          Sis got a girlfriend, sister, mom or
          something?

                    BABY BOY
          I'll check, cause it ain't no fun unless
          we all get some.

The two laugh and give each other dap as they got to the
ticket booth.

INT. SAMERIC MOVIE THEATER- EVENING

The theater is packed. People cheer as the credits roll to
the latest gangster flick "Mobsters" Starring Christian
Slater and Patrick Dempsey.

                    LUCKY LUCIANO(V.O)
          This is where I grew up, Mott street.
          I'm Charlie Luciano. In my neighborhood
          there were two Dons two Bosses each
          fighting for control of New York and
          sometimes innocent people got caught in
          the middle.

AJ IS MESMERIZED BY THIS PERSONA, AS HE STARES AT THE SCREEN

                    BABY BOY
          This movie looks like it's gonna be good
          as shit don't it?

THERE IS NO RESPONSE FROM AJ

                    BABY BOY(CONT'D)
          This movie got your ass, look at your
          face you serious as shit.

STILL NO RESPONSE FROM A.J. THEY CONTINUE WATCHING THE MOVIE.

Baby Boy settles in seat and watches the movies. Later in
the movie, Arnold Rothstein is talking to Lucky Luciano and
Meyer Lansky about the business they have chosen. Mr.
Rothstein walks over to Lucky and poses a question.

                                        (CONTINUED)

CONTINUED:

                    ARNOLD ROTHSTEIN
          What's the secret of America?

                    LUCKY LUCIANO
                (looking at Meyer Lansky)
          What's the matter with this guy I'm only
          24 years old, I don't...

                    ARNOLD ROTHSTEIN
                (In Lucky's face)
          Money!!! Everything is money Charlie,
          don't you ever forget it.

THE AUDIENCE GOES WILD WHEN THE MOBSTERS GO TO WAR.

Looking into A.J's eyes as he watches the screen you see the
guns blazing in his eyes. This has a lasting effect on him,
the way got money as a family inspires him.

EXT. SAMERIC MOVIE THEATER- NIGHT

People exit the movie theater talking about the exciting
ending.

AJ and Baby Boy walk towards the Train Station.

                    BABY BOY
          Man, that nigga went out blazing, didn't
          he?

                    A.J
                (preoccupied)
          Yeah.

                    BABY BOY
          Man was up with you, all quiet and
          serious. That movie had you hypnotized.
          You usually the one everybody telling to
          shhhh. Did you at least like it?

                    A.J
          Naw, it was cool. Man did you see how
          much dough they was getting? Did you see
          how they started from nothing and built
          their organization? Did you see the
          loyalty?

                    BABY BOY
          I was there I saw it all.

                                        (CONTINUED)

CONTINUED:

                    A.J
          Man, that's what we gotta do.

                    BABY BOY
          What do you mean?

                    A.J
          Yo, I'm tired of lame ass jobs riding
          these dirty ass trains and buses, not
          having no fucking money, not having my
          own crib, gotta wait until girls moms
          ain't home to hit ya'meem.

BABY BOY LOOKS AT A.J AND SEE THE SERIOUSNESS IN HIS EYES.

                    BABY BOY
          Your for real about this shit huh?

                    A.J
          Shit yeah! Look, I wanna be the nigga
          with the nice cars. I wanna be the nigga
          with the nices houses, know what I mean?
          I wanna be the mother fucker with the
          cash stacked to the damn ceiling, going
          on vacation when ever I want to.

                    BABY BOY
          Yeah, but who can we hook up with that's
          going to pay us that kind of paper.

                    A.J
          Yo, fuck working for somebody, making
          him rich. We gotta get in the game
          ourselves, we gotta control our own
          shit. What is the secret to America?

                    BABY BOY /AJ
          Money!!!!

                    A.J
          We can do this shit, but we gotta keep
          shit tight and watch each others backs.
          We are going to run into some shiesty
          mother fuckers, you know?

                    BABY BOY
          I know that's right.

HE LOOKS AT HIS WATCH

                                              (CONTINUED)

CONTINUED:

                            BABY BOY (CONT'D)
            I'm with you, I'm a go head so I can get
            up with this girl tonight. I hate going
            up North Philly when it gets late, them
            dudes are ruthless.

                            A.J
            Yo, take my word on this, pretty soon
            were going to be able to go where ever
            the fuck we want, we gonna take this
            city like a fucking storm. I don't know
            about you but I want what's coming to
            me,  the world and every fucking thing
            in it.

BABY BOY SEES THE LOOK IN A.J'S EYES. THEY SHAKE HANDS AND
PART WAYS AT 19TH AND MARKET ST. A.J HEADS FOR THE TROLLEY
AND BABY BOY FOR THE #33 BUS HEADED UP NORTH

CHYRON: TWO YEARS LATER,

EXT. WEST PHILLY - NIGHT

A 1993 Black Acura coupe cruises down the strip along 52nd
street, radio blasting. The car pulls over to the curb at
52nd & Baltimore ave. P-nut a dark- skinned, 16 year-old kid
approaches the car. Baby Boy is driving, A.J is in the
passenger seat.

                          A.J
        Wassup?

                        P-NUT
        Nothing, ain't too much going on.

                         A.J
        What do you  mean, ain't too much going
        on? You know it's smokers all up and
        down this strip all day.

                        P-NUT
        True, but we ain't the only ones selling
        out this mother fucker. I get at who I
        can get at. The oldhead Futch be
        Bogarding, saying this is his shit.
        He'll give me the left-overs. What can I
        do?

VOICES COMING FROM THE CORNER GET THEIR ATTENTION. THREE
OLDER GUYS ARE  COMING OUT OF THE STOP AND GO LIQUOR STORE

/DELI. FUTCH AND HIS CLONIES ARE LAUGHING IT UP. FUTCH A
TANNED SKINNED HEFTY BUILT MAN IN HIS MID-FORTIES BITES INTO
A CHEESE STEAK.

                    P-NUT (CONT'D)
          There he goes right there.

                    A.J
          Yo Nut, get in the car!

P-NUT GETS IN WITH NO QUESTIONS ASKED

                    BABY BOY
          What do you want me to do?

                    A.J
          Just pull up next to them niggas.

Baby Boy pulls from the curb and slowly proceeds towards the
threesome. As they pull up A.J leans out of the window.

                    A.J CONT'D
          Yo, Futch.

FUTCH TURNS FROM RICKY AND TROY TOWARDS THE CAR.

                    FUTCH
          What's up nigga?

                    A.J
          Let me holla at you for a second oldhead.

FUTCH KEEPS WALKING WITH HIS SQUAD AND FLAGS A.J.

                    FUTCH
          Listen here young nigga, you want to
          holla at me? Give me the proper respect
          and get out the fucking car and then
          address me like a man.

HOT HEADED BABY BOY GRABS HIS GUN, A.J HOLDS BABY BOY AT
BEY, BITES HIS LIP AND GETS OUT OF THE CAR. A.J WALKS UP TO
FUTCH AND THE TWO WALK TO THE SIDE.

                    A.J
          You've been short stopping my business.

                    FUTCH
          Yall niggas can't just come up in
          somebody elses shit. This here, is my
          shit and it's gonna stay my shit until I
          leave this mother fucker, dig me?

(CONTINUED)

CONTINUED:

                    A.J
                (SNIDELY)
            That's exactly what I was thinking.

A.J SIGNAL FOR BABY BOY WHO GETS OUT BRANDISHING TWO SEMI-
AUTOMATIC WEAPONS

                                        CUT TO:

A DUMPSITE OUT BY THE AIRPORT. BABYBOY AND P-NUT PULL A
TERRIFIED FUTCH OUT OF THE TRUNK OF THE CAR.

                    BABY BOY
            I got this fat bastard, you get the
            shovel and start digging.

P-nut grabs the shovel and begins to dig.

                    FUTCH
            Listen A.J, you don't have to do this.
            There's enough money for both of us.

                    A.J
            Now your fat ass wanna rap to a nigga
            huh? See that's where your wrong,
            there's only enough dough out there for
            me and my squad. All of us can't eat off
            one plate.

                    FUTCH
            Please, listen...

                    A.J
            Get on your fat knees and bow to me.


A.J takes the shovel and strikes Futch across the knees.
This brings Futch to his knees.

                    A.J CONT'D
            Your run is over, there's a new nigga in
            charge. Now, get your old, fat, funky
            ass in the hole.

                    FUTCH
                (PLEADING)
            This not the way it's suppose to be
            done, we have rules.

                                        (CONTINUED)

CONTINUED:

> **A.J**
> Fuck the rules, it's time for a fucking
> change. I'm the new rule maker and the
> old rule breaker.

A.J KICKS FUTCH INTO THE HOLE AND BEGIN BEATING HIM IN THE
HEAD WITH THE SHOVEL UNTIL HE IS DEAD.

> **A.J CONT'D**
> Cover his ass up so we can get out of
> here. I need to get some new sneaks
> these shits are dirty.

                                                    CUT TO:

EXT. PAPA DOC'S BAR  - NIGHT

The Black Acura pulls into a parking space. A.J and Baby Boy
get out and go into the Bar.

                                                    CUT TO:

INT. PAPA DOC'S  BAR - NIGHT

A shapely waitress is taking the orders of A.J and  Baby
Boy. Exotic Dancers are performing to the latest music and
the mostly male crowd is enjoying them.

> **WAITRESS**
> What can I get for you gentlemen?

> **A.J**
> Who said I was a gentle-man? You know
> who I am?

> **WAITRESS**
> I know who you are.

> **A.J**
> (SEDUCTIVELY)
> Well then you know what I want, right?

The waitress waste know time, she grabs A.J's crotch and
gives him a seductive kiss, then passes off her number.

Baby Boy not impressed clears his throat.

> **BABY BOY**
> Um, can I get a double shot of
> Courvasier.

                                          (CONTINUED)

CONTINUED:

> A.J
> Get me a bottle of Moet.

> WAITRESS
> Coming right up.

THE WAITRESS WALKS OFF.

> BABY BOY
> Was all that necessary?

> A.J
> What?

> BABY BOY
> (MOCKING)
> All that Billy Dee wanna be shit "If you
> know me you know what I want", shit.

> A.J
> Nigga don't hate.

> BABY BOY
> Why do I need to hate, I got plenty
> whoes, and get plenty fish cake nigga.

> A.J
> Alright, calm down I was just joking.

> BABY BOY
> My fault, I'm a little on edge. I just
> witnessed my boy beat a nigga to death
> with a shovel.

> A.J
> Don't let that shit from earlier bother
> you. Look, at this point other niggas
> are competition. We gotta fix it so that
> there ain't no competition. Either you
> with us or you get eliminated.

> BABY BOY
> We need a stronger squad to pull off
> something like that.

JUST THEN THE DOOR OF THE BAR FLIES OPEN. IN WALKS THIS BIG
DARK SKINNED MAN IN HIS LATE TWENTIES, WITH AN ATTITUDE, HIS
NAME IS BLIZZ. HE APPROACHES A MAN AT THE BAR.

> .BLIZZ
> Now nigga, talk that shit you was
> popping off earlier today.

BLIZZ IS ADDRESSING TIMMY A TALL MUSCULAR BLACKMAN IN HIS
LATE TWENTIES A LOCAL YOCAL. TIMMY IS VERY INTIMIDATING, OR
SO HE THOUGHT.

Timmy raises up from the bar.

> TIMMY
> You know what it is chump. If you got
> something on your mind handle your
> business.

BLIZZ LOOKS AROUND ALL EYES ARE ON HIM IT'S HIS  MOVE AND HE
KNOWS IT.

> TIMMY CONT'D
> So wassup?

Blizz pulls a automatic pistol from his waistband and shoots
Timmy squarely in the chest, knocking him  back and onto the
floor. The others at the bar are jumping out of the way. The
Barmaids and the dancers are screaming.

> .BLIZZ
> That's wassup.

Blizz stands over Timmy and unloads the rest of the clip
into him. There are a couple people still left in the bar
watching him. Blizz turns and slowly strolls towards the
door.

AJ IS FIXATED. BABY BOY IS DAMN NEAR HYPERVENTILATING.

> BABY BOY
> Daaammn! Did you see that shit? Blizz
> just shot tough ass Timmy in cold blood.

> A.J
> Tough ass Timmy is dead ass Timmy now.
> Let's get the fuck outta here.

THE FEW PEOPLE WHO ARE LEFT IN THE BAR LEAVE, CAREFULLY
STEPPING OVER THE BODY ON THE WAY OUT.

                                        CUT TO:

EXT. WEST PHILLY – NIGHT

A.J and Baby Boy are in the car pulling away from the bar.
We see the car disappear around the corner.

CONTINUED:

                         BABY BOY
                Man, that shit was crazy!!

                         A.J
                Yeah, Blizz hit that dude right up. like
                it wasn't nothing to it. We need a
                killer like that on our team.

                         BABY BOY
                Shit yeah.

AS THEY DRIVE ALONG A DARK FIGURE IS WALKING SWIFTLY DOWN
THE STREET.

                         BABY BOY
                Yo, there he goes right there.

                         A.J
                Pull over.

THE DARK FIGURE GLANCES QUICKLY AT THE CAR, BUT KEEPS
WALKING, PUTTING HIS HAND ON HIS GUN.

                         A.J CONT'D
                Yo, Blizz

BLIZZ KEEPS WALKING, PULLING HIS GUN OUT.

                         BABY BOY
                Blizz, it's B and A.J...

BLIZZ TURNS AND FIRES AT THE CAR

                          .BLIZZ
                Who? A.J my bad.

BLIZZ PUTS HIS GUN AWAY.

                         A.J
                Yeah, it's  me A.J, player.

BLIZZ COMES TOWARDS THE CAR AND LEANS DOWN INTO THE CAR.

                          .BLIZZ
                Yo, sorry about that but I just had to
                lay this clown around at the Bar.

                         A.J
                I know we were there. What was that
                about?

CONTINUED:

                    .BLIZZ
          Somebody broke into my mom's house last
          Friday and she told me she saw Timmy in
          the alley earlier that night. I
          confronted him about it, he stared
          running off at lips. I let him get his
          shit off because mom was watching. I
          told him I deal with him later, so I
          did.

A.J NUDGES BABY BOY

                    .BLIZZ
          I ain't never liked his bitch ass anyway.

Sirens can be heard as Police car begin arriving at the Bar
around the corner.

                    A.J
          Man, get in I got work for you.

BLIZZ QUICKLY LOOKS UP AND DOWN THE STREET THEN GETS IN THE
BACK SEAT.

                    BABY BOY
          Wassup, Blizz?

                    .BLIZZ
          Yo B, wassup?

                    BABY BOY
          I still can't believe you killed that
          dude right there in front of everybody.
          Wasn't you worried about snitches?

                    .BLIZZ
          Half the cats in there got bench
          warrants or on Parole. The other half
          didn't like dude or scared to testify.

                    BABY BOY
          That's true.

                    A.J
          Where are you headed?

                    .BLIZZ
          I'm gonna go over my girls crib down the
          bottom.

BABY BOY PULLS OFF, BLIZZ LOOKS OUT OF THE WINDOW.

> .BLIZZ
> That nigga broke the code of the
> streets, don't fuck with a man's mom,
> wife or kids. He had to go.

> A.J
> I know what you mean.

A.J IS USUALLY TWO STEPS AHEAD OF THE GAME. A.J TURNS AROUND
TO BLUE.

> A.J
> Yo, we need to talk.

THE CAR CONTINUES DRIVING TOWARD THE BOTTOM

> A.J CONT'D
> I want you to get down with us.

A.J AND BABY BOY FILL BLIZZ IN ON THEIR PLANS

EXT. THE BOTTOM - NIGHT

The coupe pulls up to the curb A.J again turns to Blizz

> A.J CONT'D
> So you with me or what?

> .BLIZZ
> Yo A, I'm with what ever. I heard yall
> was out here doing your thing, but I
> didn't know it was on the verge of
> blowing up like that. Shit dog I'm with
> you. When do I start, I need to get that
> loot.

> A.J
> Sit tight for a few. I'll hit you up in
> a couple of days and let you know what
> the deal is.

> .BLIZZ
> Cool.

BLIZZ GETS OUT OF THE CAR. BABY BOY PULLS OFF.

                                        CUT TO:

14.

BABY BOY HAS A WORRIED LOOK ON HIS FACE

                    BABY BOY
          I hope this doesn't turn out to be a
          mistake, ya'meen?

                    A.J
          I don't think so. Blizz is a alright
          dude. He just needs some guidance. We
          need dudes like that, crazy cats who
          just don't give a fuck. That's the kind
          of soldiers we need to help strengthen
          our army. Ya'meen Baby Boy, because we
          about to go to war.

BABY BOY TURNS ONTO THE EXPRESSWAY AND STEPS ON THE GAS

                                        CUT TO:

CHYRON: ONE YEAR LATER

INT. SASHA'S HAIR SALON - DAY

A.J's baby's mom Iaasha has just got her dew tossed. Iaasha
is a tall, sexy, tanned skinned beauty in her early
twenties. Tonya her girlfriend and her hair stylist also
just as sexy has just handed Iaasha a mirror to check out
her hair. Sasha's stays packed all the drug boy's girls go
here. Gossip city

IAASHA FAKES SKEPTICISM

                    IAASHA
          Hmmmm...

                    TONYA
          Girl, don't even front. You know that
          shit is tight.

IAASHA BREAKS OUT IN A BEAUTIFUL SMILE

                    IAASHA
          Yeah, I gotta admit, you hooked a sister
          up.

                    TONYA
          So what are you going to do? You gonna
          meet me at the club tonight or what?

                    IAASHA
          I don't know yet. A.J might be taking me
          out to dinner tonight.

TONYA AND IAASHA WALK TO THE RECEPTIONS DESK IN THE FRONT OF THE SALON

                    TONYA
          Girl, you really are hanging in there
          with him. You know, I've been hearing
          all kinds of stuff about him.

                    IAASHA
          People are always going to talk. All I
          know is that he treats me good and a
          great father to Aja.

TINA THE RECEPTIONIST LOOKS UP AFTER TAKING IAASHA MONEY

                    TINA
          All the cash he gives you doesn't hurt
          either. Everytime I see you looking
          mighty fly.

THEY ALL LAUGH

                    TONYA
          You know! I'm in this shop ten hours a
          day and I still gotta wait until shit
          goes on sale. Iceberg, Moshino, Gucci
          all them gotta wait until a sale comes.
          This bitch can grab that stuff when she
          fells like it.

OTHER IN THE SALON JOIN IN AND LAUGH

                    IAASHA
                 (WHISPERING)
          Girl, I don't want all these people in
          my business.

                    TONYA
          But it's true though.

IAASHS GIVES HER A STERN LOOK

                    TONYA CONT'D
          Alright, Alright.

TONYA WALKS IAASHA TO HER CAR A FOREST GREEN DROP TOP BMW COUPE.

                    TONYA
          Let me get outta here. I'll call you
          later to let you know what I'm going to
          do.

CONTINUED:

                    TONYA
          Alright, don't forget.

IAASHA PULLS OFF AS TONYA GOES BACK INTO THE SHOP

                                              CUT TO:

EXT. WALNUT ST.- DAY

Iaasha is walking along, carrying shopping bags and still
glancing in the windows of Walnut Street's. exclusive
boutiques.

A voice from a passing car calls out.

A.J IS DRIVING ALONG IN HIS TRIPLE BLACK DROP TOP S600 COUPE

                    A.J
          Wassup, sexy?

IAASHA DOESN'T EVEN TURN, UNBEKNOWNST TO HER IT'S A.J

                    A.J CONT'D
          Excuse me cutie, can I get your number?

IAASHA CONTINUES WALKING

                    A.J CONT'D
          Iaasha!! You hear me calling you!!

IAASHA, RECONIZING THE VOICE, FINALLY TURNS

                    IAASHA
          Boy! Why are you playing? You know I
          don't respond to no broke ass scrub
          niggas yelling out of car windows.

                    A.J
                (LIGHT HEARTEDLY)
          I ain't no broke ass scrub.

A.J TOSSES HER A WAD OF CASH

CARS BEGAN BLOWING THEIR HORNS

                    A.J CONT'D
          Get in for a minute, I'm holding up
          traffic.

IAASHA TOSSES HER BAG IN THE BACK SEAT OF A.J'S CAR AND GETS
IN.

           IAASHA
What's up baby?

IAASHA GIVES A.J A KISS

             A.J
You went to the salon?

           IAASHA
Yup, what do you think of my hair style?

             A.J
Tight, what's your crazy girlfriend up
to?

           IAASHA
Acting wild, as usual. She wants me to
got to the club with her tonight, but I
told her we might go to dinner tonight.

             A.J
Well you might as well go with her
because I got some business to take care
of tonight.

IAASHA LOOKS AT HIM WITH DISAPPOINTMENT IN HER EYES

           IAASHA
Are you sure? I don't want to hear your
mouth tomorrow, talking about" I called
you at 1:30 or did anybody push up on
you. That old jealous stuff.

             A.J
Naw, Naw... Go ahead, have a nice time.
Niggas know what time it is. Who's going
to keep Aja?

           IAASHA
Mrs. Scott next door. She volunteered to
watch her if I wanted to go out. Her
grand daughter is there this weekend and
her and Aja play good together.

             A.J
She's a  nice lady her and Reverend
Scott both. They're good people. We can
just go out tomorrow night.

(CONTINUED)

CONTINUED:

> IAASHA
> You promise?

A.J JUST LOOKS AT HER

> A.J
> Yeah, I promise.

> IAASHA
> Alright baby, I'm going to get my car
> and go home and get Aja ready.

IAASHA GIVES A.J ANOTHER KISS AND EXITS THE CAR.

> IAASHA CONT'D
> I'll call you when I get home, love you.

A.J THROWS UP THE PEACE SIGN AND SHOOTS OUT INTO THE TRAFFIC.

> CUT TO:

EXT. WEST PHILLY - NIGHT

These three hustlers are standing on the corner of 52nd and
Baltimore. Snoop, Rick and Troy are just shooting the breeze
when a dark colored Navigator pulls up to the corner. Out
the "SUV" stroll A.J, Baby Boy, Blizz and P-nut.

A.J APPROACHES SNOOP

> A.J
> Wassup, Snoop? Getting plenty money huh?

> SNOOP
> (OFFENSIVE)
> Wassup with you dog?

> A.J
> Look, I didn't come here to small talk
> with you. I came to talk big business.

> SNOOP
> Talk then.

A.J looks at his squad. All eyes are on him.

> A.J
> Well, instead of us of us beefin' I want
> to offer yall niggas a chance to get
> down with us.

CONTINUED:

                    SNOOP
          What do you mean, get down with you?

                    A.J
          You know, join my squad. I'll supply you
          with what ever you need. You'll report
          to Baby Boy.  Instead of us trippin on
          each other we can chill and all of us
          can get money together.

SNOOP LOOKS AT HIS SQUAD. THEY NERVOUSLY LOOK AWAY. SNOOP'S
PRIDE GETS THE BEST OF HIM.

                    SNOOP
          I'm my own fucking man what do I look
          like coming to work for you.

                    A.J
          So, the answer is no?

SNOOP STARES INTO A.J'S EYES

                    SNOOP
          The answer is fuck no!!

                    A.J
               (CAREFREE)
          Alright, I just thought I'd ask.

WITH THAT BLIZZ STEPS UP AND A BULLET INTO SNOOPS TEMPLE,
RICK AND TROY JUMP BACK.

                    TROY
          Oh, shit!!

SNOOP'S BODY SLUMPS TO THE GROUND. RICK AND TROY LOOK IN
DISBELIEF.

                    A.J
          Alright, fellas, the same offer stands
          for y'all. "Get down or lay down".

THE LOOK OF  REAR IN THE EYES OF RICK AND TROY SAYS IT ALL.
A.J KNOW THAT HE HAS HIT ON SOMETHING.

                    RICK/TROY
          Get down!!

                                        CUT TO:

MONTAGE: A MAP OF PHILLY IS SHOWN AND SHOWS THE AREA OF
SEIZE FOR JBM THEY HAVE TAKEN A VAST AREA OF THE CITY. THE
JAMACIANS HAVE A STRONGHOLD ON A FEW KEY AREAS IN SOUTHWEST
PHILLY. THE JAMACIANS ARE WEAKENED AND OVERTAKEN. JBM IS
BRINING IN MORE MONEY THAN EVER. THEY HAVE INCREASED IN
SIZE AND STRENGTH. WE SEE A.J MOUTHING THE WORDS "GET DOWN
OR LAY DOWN" WITH A SINISTER SNARL CREASING HIS MOUTH. A.J
AND HIS FAMILY PRETTY MUCH HAS HIS HANDS IN EVERYBODIES
POCKETS. JBM HAS ALMOST THE HOLD CITY ON LOCK, ALMOST.

                                                    CUT TO:

CHYRON – ONE YEAR AND SIX MONTHS LATER:

INT. GERRITS NIGHT CLUB – NIGHT

A.J, BABY BOY, BLIZZ AND OTHER PARTY GOERS ARE IN VIP
SECTION OF THE CLUB. THE CHAMPAGNE IS FLOWING FREELY THE
WOMEN IN THE CLUB GRAVITATE TOWARDS THEM. A.J PULLS BABY BOY
TO THE SIDE.

                    A.J
          I told you this shit was gonna be sweet.

                    BABY BOY
          Yeah,the bitch comes out of a nigga when
          he got a pistol in his mouth.

                    A.J
          Them niggas front like they're hard
          but...
               (TAKES A SWIG OF CHAMPAGNE)
          We can't expect it always be that easy.
          Them boys in  North Philly ain't no
          joke. They're some don't give a fuck
          niggas.

                    BABY BOY
          We're not going to take no for a answer.
          We got the respect of the old Black
          Mafia.

                    A.J
          Well, let's drink to the new Mafia. JBM,
          "Just Blowin Money".

THEY CLASH CHAMPAGNE BOTTLES AND DRINK UP

                                                    CUT TO:

INT. CHUCKY CHEESE – DAY

A.J and Iaasha are throwing a birthday party for 5 year old
Aja. Kid are everywhere and are having a ball. A.J is
watching his daughter, while Iaasha talks to her girlfriends.

>           TONYA
>     That girl is growing like crazy.

>           IAASHA
>     I know, and I can hardly keep up with
>     her. It's like she 5 going on 25, girl.

CHUCKY CHEESE HIMSELF IS PLAYING A GAME WITH THE KIDS. AJA
PULLS A.J OVER TO JOIN IN. THE LADIES OBSERVE.

>           TONYA
>     That girl loves her daddy!

>           IAASHA
>     She does, I just wish he would spend a
>     little more time with her. But, you know
>     A.J's always on the move. I keep telling
>     him that giving her everything she wants
>     doesn't take the place of spending
>     quality time with her. She sure is crazy
>     about her dad.

A.J IS THOROUGHLY ENJOYING THIS TIME WITH HIS LITTLE LADY

Soon, it's time for her birthday cake everyone is gathered
around as the five candles burn. A.J plays the background as
Iaasha speaks.

>           IAASHA
>     Okay, it's time for the cake so everyone
>     comes little closer.

THEY ARE ALL GATHERED AND READY TO SING "HAPPY BIRTHDAY"

>           IAASHA CONT'D
>     Everybody ready..? One, two, three.
>     Happy birthday to you.

THEY ALL BEGIN TO SING, AJA JOINS IN SINGING HERSELF. A.J IS
ALL SMILES. BECAUSE AJA IS ENJOYING HERSELF SO. AFTER AJA
MAKES HER WISH AND BLOWS OUT THE CANDLES, AJ GETS A PAGE AND
WHISPERS TO IAASHA THAT HE HAS TO LEAVE. HE KISSES HIS
DAUGHTER AND IAASHA AND HEADS OUT.

>                          CUT TO:

22.

EXT. NORTH PHILLY JOHNSON'S HOMES - DAY

The open drug market is thriving in the Johnson housing
Projects. A black Land Rover with tinted windows slowly
cruises up to the guys on the corner. Thinking there's a
sale to be made,one of the guys approaches the jeep. A.J
rolls down the windows.

                    POOCHIE
          What do you need, homie?

                    A.J
          I need you to deliver a message for me.
          I need you to tell Butter that A.J wants
          to talk him.

                    POOCHIE
          Do he know you?

AJ LOOKS OVER TO BABY BOY WHO IS DRIVING AND SMILES, HE
TURNS BACK TO POOCHIE.

                    A.J
          No, but he needs to. Tell him to page me
          at this number.

HE HANDS POOCHIE A BUSINESS CARD THAT READS "AJ/526-7243.
ALONG WITH THE BUSINESS CARD HE HANDS POOCHIE A ONE HUNDRED
DOLLAR BILL.

                    A.J CONT'D
          Make sure he gets that and tell him I
          expect to hear from him within 24hours

                    POOCHIE
          ALRIGHT.

THE LAND ROVER PULLS OFF AND THE GUYS ON THE CORNER WATCH AS
POOCHIE REJOINS THEM. WE SEE THE WHEEL COVER THAT READS
"JBM" EMBLAZONED IN RED.

                    MEL
          Who them niggas?

                    ,POOCHIE
          Some dude named, A.J. I don't know who
          the fuck he is but he wants Butter to
          beep him.

                    MEL
          For what?

                                        (CONTINUED)

23.

CONTINUED:

              ,POOCHIE
I don't know, damn you nosey.

JUST THEN A CREAM COLORED JAGUAR COMES AROUND THE CORNER. IN
IS THIS TALL ATHLETIC BUILT BROTHER NAMED BUTTER. BUTTER IS
ROLLING WITH HIS MAIN MAN BRUCE A SHORTER VERSION OF BUTTER
BOTH MEN ARE SPORTING CORN ROW HAIR STYLES. THEY PULL OVER
TO THE CURB. POOCHIE AND HIS LITTLE CREW APPROACH THE CAR.

              'BUTTER
Wassup?

              ,POOCHIE
Chillin, I need to rap to you.

              'BUTTER
What is it?

              ,POOCHIE
These dudes was just up here looking for
you. They not to long ago pulled off.

              'BUTTER
Do you know them?

              ,POOCHIE
Naw, I ain't never seen them before. He
left this card though. He said you got
24hours to get with him, or you gonna be
seen.

POOCHIE HANDS BUTTER THE CARD, BUTTER READS IT. HE TURNS AND
HANDS IT TO BRUCE WHO'S IN THE DRIVERS SEAT.

              'BUTTER
You ever heard of some nigga named AJ?

              "BRUCE
Not that I can think of.

              'BUTTER
He wants me to page him within 24hours?

              ,POOCHIE
I'm just telling you what the brother
said... And he didn't sound like he was
bullshittin.

              'BUTTER
I'm just trying to think who the fuck it
could be. What was he driving?

                                    (CONTINUED)

CONTINUED:

          ,POOCHIE
It was a Black Land Rover, with JBM on
the tire cover.

BRUCE RECOGNIZES THE NAME RIGHT AWAY.

          "BRUCE
That's them boys who went to war with
Jamacians out Southwest.

          'BUTTER
Oh, them niggas. What the fuck he want
to talk to me about?

          "BRUCE
What you think?

          'BUTTER
They a little to light in the ass to
start fucking with us. So I know them
niggas don't want no drama.

          ,POOCHIE
So you gonna page him?

          'BUTTER
Yeah, I'll holla later, Just to see
what's up.

                        CUT TO:

INT. TGI FRIDAYS CITY AVE. - NIGHT

The Restaurant has the usual bustling crowd. AJ and his boys
are enjoying a night out. There is a fight on the T,V'S D-
nise is with them, this medium built brother in his early
20's is a fight fanatic and a stone killer.

          .BLIZZ
Yo, pound for pound can't nobody get
with Roy Jones.

          A.J
I remember that nigga back in the
Olympics. His shit was on point back
then.

          BABY BOY
I remember back when me and D-nise was
getting our box on. You couldn't tell
that nigga he wasn't Roy Jones. They
used to call him Roy Jones Junior,
Junior.

                            (CONTINUED)

CONTINUED:

                        D-NISE
        I would get up in niggas shit though.

                        BABY BOY
        Remember that boy you fought from Camden?

                        D-NISE
        Yeah, everybody was all on his jock. I
        damn near three pieced him to death, had
        that cat all drunk. If the Ref didn't
        stop the shit...

JUST THEN AJ'S PAGER GOES OFF. HE CHECKS OUT THE NUMBER

                        A.J
        I bet you it's that boy Butter. It's a
        North Philly number.

HE SHOWS THE NUMBER TO BABY BOY

                        BABY BOY
        That's who it is, call that nigga back.

AJ TAKES HIS CELL PHONE AND DIALS THE NUMBER. THE PHONE IS
ANSWERED.

                        'BUTTER (O.S)
        Who is this?

                        A.J
        You know who this is.

                        'BUTTER (O.S)
        I heard you wanted to talk to me, wassup?

                        A.J
        You ain't gotta sound so defensive my
        nigga. I got a business proposal for you
        that's all.

                        'BUTTER (O.S)
        My business is doing fine the way it is.
        So what can you offer me?

                        A.J
        The chance to be a captain in a booming
        organization.

                                            CUT TO:

INT. BUTTER'S APT. - EVENING

Butter is in his apartment smoking a cigar kicking back in
his lavish apartment getting a massage by a beautiful woman

             'BUTTER
    What the fuck have you been drinking?
    Why would I want to be your captain when
    I'm a ruling General, with my own army.

                                  CUT TO:

INT. TGI FRIDAYS - NIGHT - CONTINUOUS

AJ YELLS  INTO HIS PHONE

             A.J
    Because you want to live that's why.

                                  CUT TO:

INT.  BUTTER'S APT - NIGHT -CONTINUOUS

             'BUTTER
        (ANGRILY)
    So what the fuck are you saying?

             A.J (O.S)
        (calmly)
    You know what it is,"Get down or Lay
    down"

             'BUTTER
    Fuck you, I'll see you  in the streets.

                                  CUT TO:

INT. TGI FRIDAYS - NIGHT

             A.J
    Put your 3d's on nigga, because we're
    coming at you.

AJ HANGS UP HIS PHONE AND SMILES A SLY SMILE. AJ RECONVENES
WITH HIS CREW.

                                  CUT TO:

EXT. PICCADILLY CLUB - NIGHT

Butter and his boys leave "The Pic", one of their favorite
Hang-outs. The defiant Butter is unafraid of AJ's until he
sees his cream colored Jaguar, on the windshield is spray
painted the words "Get down or lay down"

                                  (CONTINUED)

27.

CONTINUED:

                'BUTTER
        Mother Fucker. It's on now. That fucking
        AJ is a dead man walking.

BUTTER SIGNALS ONE QF HIS FLUNKYS

              'BUTTER CONT'D
        Clean that off my shit.

                              CUT TO:

INT. IAASHA'S HOUSE - NIGHT

IAASHA COMES INTO THE BEDROOM WITH A TERRY CLOTH ROBE ON.
HER BEAUTIFUL HAIR IS WET AS SHE HAS JUST GOTTEN OUT OF THE
SHOWER. THE T.V IS ON, AND SOMETHING ON THE NEWS CATCHES HER
ATTENTION.

              NEWSCASTER (O.S)
        Today at a press conference the mayor
        announced his plans for a major
        crackdown on the illegal drug activities
        in the city. Here's what he had to say.

THE MAYOR'S FACE APPEARS ON THE T.V SCREEN AND IAASHA WATCHES

              MAYOR
        There has been a disturbing trend of
        increased violence in our streets over
        the past few months. As the Mayor of our
        beautiful city it is my duty and
        obligation to commandeer, the effort to
        take back our neighborhoods one block at
        a time.

JUST THEN LITTLE AJA ENTERS IAASHA BEDROOM

              IAASHA
        Just what do you call yourself doing,
        missy.

              AJA
        Nothing, mommy

              IAASHA
        Well,why don't you have your tail in bed?

              AJA
        Because I wanted to sleep with you.

IAASHA TAKES AJA IN HER ARMS.

>                    IAASHA
>      Do you remember when you begged your
>      daddy to buy you that bedroom set.

>                    AJA
>      Yes, ma'am.

>                    IAASHA
>      And you said you couldn't wait to sleep
>      in it?

>                    AJA
>      Yes.

>                    IAASHA
>      Well, why don't want to sleep in it any
>      more?

>                    AJA
>      Mommy I like my bed, but I love yours.

AS USUAL AJA MELTS HER HEART AND SHE GIVES IN. A SMILE
ENTERS BOTH THEIR FACES.

>                    IAASHA
>      Go ahead, jump up in bed, but tomorrow
>      night...

IAASHA WRAPS HER HAIR UP AND JOINS HER DAUGHTER IN BED.

                                                    CUT TO:

EXT. HANK GATHERS PLAYGROUND - DAY

It seems like all of North Philly is there for the first
game of the Hank Gathers Summer League. The flyest young
ladies sporting the latest, tightest, sheerest, outfits.
People flock from all over. The game is fast and furious.
This is schoolyard basketball at its best.

BUTTERS TEAM THE UNTOUCHABLES SPORT THE LATEST IN BASKET
BALL ATTIRE, BULLETPROOF JERSEYS WITH THEIR NUMBERS PRINTED
ON THEM.

EXT. NORTH PHILLY STREETS - DAY

A Black Land Rover and a black convertible Volvo make their
way towards the playground. The Land Rover proceeds to the
playground. AJ parks near by.

EXT. HANK GATHERS PLAYGROUND - DAY

The game is winding down the intensity is building. The
score is tied 89-89. There is a time-out and both teams
gather in a huddle. Butter notices four guys coming into the
playground that he doesn't know. Their serious demeanor
catches his attention and he nods to Poochie who looks.

                    ,POOCHIE
          That one on the left is the nigga who
          was driving the boy AJ.

BUTTER WHISPERS SOMETHING TO POOCHIE WHO IN TURN WHISPERS
SOMETHING TO BRUCE. THEY ALL GO BACK OUT ONTO THE COURT.
THERE ONLY 5SECONDS LEFT IN THE BALL GAME. THEY INBOUND THE
BALL, BUTTER RUNS TOWARDS THE HOOP. THE FOUR JBM MEMBERS
BEGIN WALKING ONTO THE COURT WITH GUNS DRAWN. BRUCE THROWS
BUTTER AN ALLEY-OOP, BUTTER DUNKS THE BALL WHILE HOLDING ON
THE RIM, REACHES BEHIND THE BACKBOARD FOR THE 9MM. HE HAD
STASHED THERE AND COMES DOWN SHOOTING. HIS BOYS PRODUCE
PISTOLS FROM UNDER THE BENCHES. THE JBM HAS GOTTEN THE DROP
ON THEM. PEOPLE RUN FRANTICALLY AS BULLETS FLY EVERYWHERE.
DURING ALL OF THIS AJ GET'S OUT OF THE CAR AND CALMLY WALKS
UP TO THE GATE OF THE PLAYGROUND TO WITNESS THE MASSACRE ONE
BY ONE BUTTER'S SQUAD ARE CUT DOWN. WHEN IT APPEARS HOPELESS
HE TURNS AND TRIES TO RUN, BUT IS CAUGHT BY A BULLET IN THE
LEG. AS HE STAGGERS TRYING TO GET AWAY. HE IS CAUGHT UP TO
BY BLIZZ, WHO CONFRONTS HIM FACE TO FACE. BLIZZ LOWERS HIS
GUN.

                    .BLIZZ
          Like butter baby.

BLIZZ PULLS THE TRIGGER AND SENDS BUTTER TO HIS MAKER.
OBSERVING FROM THE FENCE IS AJ. HE COLD HEARTEDLY GETS BACK
INTO HIS CAR AND PULLS OFF.

This was a major win for AJ. Butter controlled a large
portion of North Philly. This increases the growth of JBM,
immensely. AJ's Dominican connect in Miami, is impressed
with the growth and ups AJ's kilo amount to something like
100 Kilograms a month. AJ is now in major player status.

                                        CUT TO:

A SERIES OF SHOTS: SHOWING THE NEW FOUND POWER OF THE JBM.
PAYING OFF A FEW COPS. RECEIVING SHIPMENTS OF COCAINE AND
THE DISTRIBUTION TO HIS CAPTAINS THROUGHOUT THE CITY.
UNSUCCESSFUL ATTEMPTS TO SET UP SHOP IN A LA'COSTA NOSTRA,
FILLED SOUTH PHILADELPHIA. SPENDING MONEY ON CARS, HOUSES
AND PLATINUM AND DIAMOND EMBLAZED JEWELRY.

                                        CUT TO:

EXT. SOUTH BEACH - MIAMI - NIGHT

The beautiful and exotic people of Miami, are out on the
strip this evening. This brand new Benz pulls up with D-nise
driving and Baby Boy riding shotgun literally as he hits the
button for the secret compartment holding the shotgun and
then the one carrying a million in cash in a attache case.
Baby Boy is checking out the scenery set in Art Decco. They
pull up to Club Mystic. The line reaches almost around the
corner and is filled with beautiful women of all flavors.

                BABY BOY
        This is the kinda shit I'm talking
        about. AJ needs to do some shit like
        this back home. This club scene is the
        shit. I got to get down this bitch more
        often.

D-NISE IS ALL BUSINESS

                D-NISE
        Ain't that them right there?

BABY BOY TURNS TO SEE THREE DOMINICANS WALK INSIDE THE CLUB.

                BABY BOY
        Yeah, that's Mario. I don't know the
        other two Puerto Ricans though.

                D-NISE
        They're Dominicans.

                BABY BOY
        Domini-cans, Puerto Ri-cans, Cu-bans,
        Spanish mother fuckers they all look the
        same to me.

                D-NISE
        Let's go take care of B.I, so we can get
        the fuck back home.

                BABY BOY
        Alright, kill joy, let's do this.

                                CUT TO:

INT. MYSTIQUE NIGHT CLUB - NIGHT

Baby Boy and D-nise come through the doors and marvels at
the glamor of the club.

                            (CONTINUED)