Exhibit L to Ferber Declaration
Part 2

CONTINUED:

                    BABY BOY
          This place is the shit!

                    D-NISE
          Yeah, nice, you seen where them dudes
          went?

BABY BOY IS LOOKING AROUND AS THEY BOTH WALK DEEPER INTO THE
CLUB. BOTH ARE SHOOK BY THE VOICE FROM BEHIND THEM, BUT
REMAIN COOL.

                    MARIO
          Welcome to South Beach!! You like huh.

THEY BOTH TURN TO SEE MARIO AND TWO OTHERS. HE SHAKES EACH
OF THEIR HANDS. MARIO ESCORTS THEM INTO THE CLUB OFFICE

                    MARIO CONT'D
          So how was your trip?

                    BABY BOY
          Oh, it was cool.

                    D-NISE
          The drive was long as shit.

                                        CUT TO:

INT. CLUB MYSTIQUE'S OFFICE - NIGHT

The office is set up nice, overlooking the entire club

TWO SUPER FINE LADIES WALK IN

                    NINA
          Hi, Mario,..

                    MARIO
          What can I do for you sexy? I'm a little
          busy right now. Can you excuse me?

                    NINA
          That's alright I'll get with you later
          then.

NINA AND HER FRIEND TURN AND EXIT THE OFFICE

                    BABY BOY
          That's a fine bitch, there boy.

                                        (CONTINUED)

CONTINUED:

                        MARIO
            That's nothing, there's plenty more
            where that came from.

MARIO TURNS TO ONE OF HIS GUYS

                        MARIO CONT'D
            Excuse my manners, Benito, get our two
            guest drinks. What are you having?

                        BABY BOY
            I'll have a...

                        D-NISE
            No, we ain't having nothing to drink.
            Look, no disrespect, but we came here to
            handle some business. Now if you don't
            mind, I just wanna get this shit done.
            We can have drinks when we get the fuck
            back home.

MARIO LOOKS ALMOST IN DISBELIEF, AND RESIGNS HIMSELF.

                        MARIO
            If you say so. I just wanted to be a
            good host. I told AJ I would take care
            of his men.

                        D-NISE
            I'll let him know you did just that. Now
            let's get this business out the way.

                        MARIO
            Well, let's go.

THEY HEAD OUT THE DOOR OF THE CLUB.

                                        CUT TO:


EXT. WAREHOUSE SOMEWHERE IN MIAMI - NIGHT

D-nise drives the Mercedes as it tails Mario's Porche which
is followed  by a Cadillac Jeep, in it is two of Mario's
henchmen. They drive up to this huge Warehouse.

                                        CUT TO:


INT. WAREHOUSE - NIGHT

They drive into the open door of the Warehouse. D-nise is
definitely on edge.

                                        (CONTINUED)

33.

CONTINUED:

                    BABY BOY
          Yo man, you need to chill.

D-NISE GIVES BABY BOY A LOOK AS IF HE WAS GOING TO SLAP HIM.

                    D-NISE
          Look, you're enjoying this shit a little
          too much. Do you think these Dominicans
          wouldn't just as soon kill us and take
          the money.

                    BABY BOY
          Yeah, well, your increasing the chances
          of that, being all fucking rude.

                    D-NISE
          We suppose to watch each others backs,
          you slippin. Take your shit off safety.
          Let's do this and get the fuck outta
          here.

BABY BOY SEES THE SERIOUSNESS OF THE MATTER AND STRAIGHTENS
UP. HE TAKES HIS 9MM. FROM THE BACK OF HIS WAISTBAND, CHECKS
THE CLIP AND PUTS IN THE FRONT OF HIS PANTS. HE GETS THE
ATTACHE CASE  FROM THE SECRET COMPARTMENT. HE OPENS IT TO
CHECK THE MILLION IN CASH. D-NISE IS TAKING NO CHANCES, HE
GRABS THE UZI WITH THE FINGER ON HIS TRIGGER AS THEY EXIT
THE CAR. MARIO AND HIS TWO BOYS APPROACH, D-NISE AND BABY
BOY PROCEED WITH CAUTION. MARIO LOOKS TO BABY BOY.

                    MARIO
          Your friend here, he's pretty nervous,
          huh?

                    BABY BOY
          Not nervous, never that. We're in your
          town. We're a little cautious thats all.

MARIO LOOKS AT D-NISE WARILY. HIS GUYS WITH THEIR SHADES ON,
LOOK THREATENING, BUT DON'T BRANISH THEIR WEAPONS.

                    MARIO
          Ramon.

ONE OF MARIO'S HENCHMEN HANDS MARIO TWO HALIBURTON
BRIEFCASES. HE OPENS ONE AND REMOVES A KILO OF COCAINE. HE
HOLDS IT OUT TOWARDS BABY BOY. BABY BOY REFUSES IT.

                    BABY BOY
          No, thanks.  If you don't mind...

BABY BOY REACHES IN  AND SELECTS THE KILO THAT HE'LL TEST
FROM. D-NISE AND MARIO'S  EYES LOCKED ON EACH OTHER AS BABY
BOY TEST THE DRUGS. HE NODS AFFRIRMATIVELY TO D-NISE.

                    BABY BOY
              Nice, real nice.

MARIO SUMMONS FOR HIS HENCHMEN TO LOAD THE REST OF THE
COCAINE INTO THE CAR. BABY BOY INSPECTS THE REST OF THE
SUPPLY AND GIVES  MARIO THEIR ATTACHE CASE.

MARIO AND BABY BOY SHAKE HANDS.

                    BABY BOY CONT'D
              Alright gentlemen, it was a pleasure
              doing business with you.

BABY BOY TRIES TO PULL HIS HANDS AWAY BUT MARIO HOLDS ON.

                    MARIO
              You know, those Haliburton briefcases
              cost 800 dollars a piece. You could at
              least compensate me for them.

D-NISE STOPS IN HIS TRACKS AND COCKS HIS WEAPON. BABY BOY
SEARCHES MARIO'S FACE FOR A HINT OF HUMOR. THEN  MARIO
SMILES.

                    MARIO CONT'D
              I'm just kidding with you, ease up.

BABY BOY SMILES AS MARIO LETS HIS HANDS GO. HE AND D-NISE
GET IN THE CAR AND EXIT THE WAREHOUSE.

                    D-NISE
              I should've shot that mother fucker for
              being so corny!

                                              CUT TO:


INT. BAILEY, BANK AND BIDDLE JEWELRY STORE  - DAY

The store is not very busy as AJ walks in with Blizz. The
sales people try to  avoid eye contact with them and the
security guards watch them like they stole something. Blizz
notices. They start browsing.

                    .BLIZZ
              What the fuck are they looking at?
              Niggas just don't know. I ain't gotta
              steal a fucking thing in this joint.

AJ. LAUGHS.

                    A.J
          Don't sweat that dude. He's all
          stressed. He puts his life on the line
          for 10 dollars a hour. We make what,
          some shit like 20 thousand a hour. Come
          on fuck that dude.

AJ AND BLIZZ STAND AT THE JEWELRY COUNTER WAITING ON
SERVICE. FINALLY A SALES  LADY COMES OVER TO HELP.

                    SALES LADY
          Can I help you?

                    A.J
          Yeah, I wanna see that necklace right
          there.

AJ POINTS. THE SALES LADY UNLOCKS THE DISPLAY CASE. SHE
POINTS TO A NECKLACE.

                    SALES LADY
          This one here?

                    A.J
          No, the one next to it with the Diamonds
          and Rubies.

THE SALES LADY TAKES IT OUT AND DISPLAYS IT OUT ON THE
COUNTER. SHE NERVOUSLY MAKES EYE CONTACT WITH THE GUARD WHO
IS STILL WATCHING.

                    .BLIZZ
          That's a hype piece!

                    A.J
          It's for my baby. I got to make sure my
          lady stays draped in the finest shit.

AJ NODS THEN LOOKS TO THE SALES LADY

                    A.J
          Yeah, I'll take it.

THE SALES LADY TAKES AN EXAPERATED SIGH, BUT SEE THE
COMMISSION.

                    SALES LADY
          Will that be cash or charge?

                                        (CONTINUED)

36.

CONTINUED:

                    A.J
          Dough.

                    SALES LADY
          I'll calculate the taxes on that.

SHE TURNS TO LEAVE, THEN REMEMBERS AND TURNS BACK TO TAKE
THE NECKLACE WITH HER. SHE LEAVES

                    .BLIZZ
          What, you think we 're going to steal
          it. Bitch please.

AJ IS SLIGHTLY AMUSED.

                    A.J
          Long as she puts my shit in one of those
          little velvet boxes with the cute little
          bow on it.

                    .BLIZZ
          You're a better man than me, I wouldn't
          buy no bitch nothing. My bitches get
          nothing but dick and donuts.

                    A.J
          That's just it, I've seen some of the
          chicken-heads you mess with. I wouldn't
          buy them anything either. Haven't you
          heard, "You can't change a tramp into a
          champ"

                    .BLIZZ
          But you...

                    A.J
          That's my lady though, my daughter's
          mom. We've been together for seven
          years. She's a true champ, yom' sayin

JUST THEN THE SALES LADY RETURNS

                    SALES LADY
          Okay sir, that'll be 15,716.95

AJ PULLS A WAD OF CASH OUT OF HIS POCKET AND BEGINS PEELING
OFF ONE HUNDRED DOLLAR BILLS, BLIZZ LOOKS ON BUT THE LOOKIN
HIS EYES ISN'T QUITE RIGHT.

                                        CUT TO:

EXT.   THE BOTTOM - NIGHT

Shareef a small time drug dealer in his late twenties who
just got out of jail and formed a little squad. Tone and
Malik are out on the corner discussing their plans of growth.

                    ,SHAREEF
          My man from N.Y, put me on to his
          connect and I got a deal on two "Birds".
          The sooner we can move this the sooner
          we can grow.

                    "TONE
          Yeah, but where are we going to set up
          shop? Them JBM cat are all over the
          place.

                    ,SHAREEF
          You know what, fuck AJ, fuck Blizz, fuck
          all them JBM niggas.

                    'MALIK
          That's right. This is "The Bottom". This
          is where we grew up. A mother fucker
          can't come down here dictating shit.

                    ,SHAREEF
               (HYPE)
          Let's do this shit, I'm trying to get
          paid.

THE ALL DAP

                    ,SHAREEF CONT'D
          Let's get our squad together, have them
          out here around the clock serving people
          and let's get this money man.

                    "TONE /MALIK
          We're with you dog.

                                        CUT TO:

INT. AJ'S MINI MASION - NIGHT

AJ's crib has a beautiful modern set-up with valuable art
work. D-nise  is watching T.V and Blizz is admiring a piece
of artwork in AJ's coffee table.

                    .BLIZZ
          Yo, AJ has got some fly shit.

                                    (CONTINUED)

CONTINUED:

>           D-NISE
> What, this is your first time over here?

>           .BLIZZ
> Yeah, I was at the other apartment
> before.

>           D-NISE
> You know all the cash we getting now AJ
> had to step up.

>           .BLIZZ
> You mean AJ's getting plenty of money.

BLIZZ TURNS TO MAKE SURE AJ IS NOT COMING IN FROM THE
BEDROOM.

>           BLIZZ CONT'D
> What's up with that.

>           D-NISE
> What are you saying.

>           .BLIZZ
> I mean, why is he making all the fucking
> money? We're the soldiers putting in all
> the real fucking work. We're the ones
> all the niggas in the streets are
> terrified of.

D-NISE LOOKS DISBELIEVINGLY AT BLIZZ.

>           .BLIZZ CONT'D
> AJ ain't no killer. He just knows that
> all of us got his back. I bet if we had
> his connects we could run this shit.

>           D-NISE
> Didn't you just buy a new Jag coupe?
> What the fuck you talking about AJ's
> getting all the money? AJ, brought you
> from a have not nigga to a have got
> nigga.

>           .BLIZZ
> Yeah, but we could...

JUST THEN AJ EMERGES FROM THE BEDROOM. BLIZZ CUTS HIS
CONVERSATION

                                        (CONTINUED)

CONTINUED:

                    A.J
          Blizz, I need you and Baby Boy to scoop
          up the cash from Shaun for me.


BLIZZ GIVES D-NISE THE I TOLD YOU SO LOOK.

                    .BLIZZ
          Sure, boss man.

BLIZZ GETS OFF THE COUCH AND TOSSES THE REMOTE TO D-NISE. HE
HEADS TOWARDS THE DOOR.

                    A.J
          So, D-nise, how was that Miami trip?

                    D-NISE
          Everything went smooth. Oh, and your man
          Mario looked out.

                    A.J
          Cool, Blizz, page me after yall link up
          with Shaun.

                    .BLIZZ
          No problem boss man.

BLIZZ WALKS OUT THE DOOR. AJ LOOKS TO D-NISE PUZZLED.

                    A.J
          What the fuck is up with Blizz?

                    D-NISE
          I don't know but you better keep your
          eye on that nigga.

                    A.J
          What do you mean.

                    D-NISE
          That nigga is hatin on you hard. Talking
          about you making too much cash, he
          should hook up with your connect and do
          his own thing.

                    A.J
          What?!!! That nigga is making plenty
          money. He just bought a new whip.

                                              (CONTINUED)

CONTINUED:

                         D-NISE
              Well, that's what the fuck he said.

AJ SHAKES HIS HEAD

                              A.J
              I can't have that type of shit in my
              family. There will be no treason in my
              family.

                                                    CUT TO:


EXT. THE BOTTOM - DAY

Shareef, Malik, Tone and others are on the corner of 40th
and Lancaster talking, when a Dark Blue Jaguar. Coupe pulls
up and out hops Blizz. Shareef is caught off guard but
remains cool. The others observe.

                         .BLIZZ
              What's up Shareef?

                          ,SHAREEF
              Wassup, with you? Long time no see. I
               heard you're down with JBM now.

                         .BLIZZ
              Something like that

                          ,SHAREEF
              What, you came out here to threaten me
              or something like that?

                         .BLIZZ
              Not at all, AJ knows that this is your
              little neighborhood. So he came up with
              a peaceful solution for everybody.

                          ,SHAREEF
              What's that?

BLIZZ LOOKS AT THE OTHERS WHO ARE ANXIOUS TO HERE THE
PROPOSAL. AFTER ALL IT COULD OFFSET A POTENTIAL WAR.

                         .BLIZZ
              Well, you keep your own connects, run
              your own shit, but.. you break us off 10
              percent of everything you do.

41.

SHAREEF LOOKS AT HIS BOYS WHO DON'T KNOW WHAT TO SAY, THEN
HE LOOKS TO BLIZZ.

                    ,SHAREEF
          Blizz, you tell AJ, he can suck 10
          percent of my left nut.

BLIZZ IS ICE COLD

                    .BLIZZ
          That's your word?

                    ,SHAREEF
          That's my word.

BLIZZ TURNS TO LEAVE, JUST THEN SELENA, SHAREEF'S GIRL COMES
FROM AROUND THE CORNER. SELENA IS ABOUT 20, LIGHT SKINNED
AND SEXY AS SHIT. SELENA'S ALWAYS LOOKING FOR A COME UP.
WHEN HER EYES MEET WITH BLUE SHE LEERS FLIRTATIOUSLY

                    SELENA
          How are you doing?

BLIZZ LOOKS AT HER FOR A MINUTE. SHAREEF NOTICES THEIR EYE
CONTACT.

                    ,SHAREEF
          Why you worried about how that man is
          doing? He was just leaving, right Blizz?

BLIZZ KNOWS SHAREEF IS FRONTING FOR HIS GIRL, ALTHOUGH
TEMPTED TO REACT HE LEAVES IT ALONE.

                    .BLIZZ
          Yeah, but I'll see you later.

                    ,SHAREEF
          Tell AJ he'll have to open wide to get
          this left nut in his mouth.

MALIK, TONE AND THE OTHERS ARE CRACKING UP. BLIZZ LOOKS AT
THEIR FACES AND TAKES A MENTAL PICTURE BEFORE GETTING IN HIS
CAR, AS HE PULLS OFF HIS AND SELENA'S EYES MEET AGAIN.

SHAREEF REVELS IN SHOWING UP BLIZZ. HIS BOYS GIVE HIM DAP.

                    "TONE
          Yo, AJ knows he ain't trying to see us
          for real.

                                             (CONTINUED)

42.

CONTINUED:

                    'MALIK
          Them niggas suppose to be so fucking
          hard, I thought they was just going to
          come down here wetting niggas.

SHAREEF TURNS HIS ATTENTION TO SELENA

                    SHAREEF
          Get over here girl.

SHAREEF IS PISSED. SELENA APPROACHES HIM

                    SELENA
          Who was that?

                    SHAREEF
          That was Blizz, one of them JBM cats. I
          thought you knew the dude the way you
          was all up in his grill.

                    SELENA
          You so damn jealous. I ain't know who he
          was I was just looking, shit.

                    SHAREEF
          Yeah, what ever, I know you.

                    SELENA
          Whatever.

                    ,SHAREEF
          What did you come around here for anyway?

                    SELENA
          You don't remember? You told me you were
          going to give me some money to get my
          hair and nails done.

                    ,SHAREEF
          Damn! every fucking time I turn around
          you've got your fucking hands out.

                    SELENA
          And everytime I turn around you got your
          dick out so, wassup?

SHAREEF SEES HE'S NOT GOING TO WIN THE ARGUMENT SO HE PULLS
SOME CASH OUT.

                    ,SHAREEF
          Here!

43.

SHAREEF HANDS SELENA  THE MONEY. AS SHE TAKES IT SHE STROKES
HIS CHIN.

                    SELENA
          Thank you, sweetie.

                    ,SHAREEF
          Now go ahead, I got shit to do.

                    SELENA
          Alright.

SELENA STARTS TO LEAVE

                    ,SHAREEF
          You better be home by 11, I'm going to
          page you.

SELENA TURNS AND SMILES

                    SELENA
          Okay, baby.

SHAREEF SMILES AND NODS TO HIS BOYS THINKING HE'S GOT SHIT
UPTIGHT.

                                        CUT TO:

EXT.  AJ'S MINI MANSION - DAY

Blizz drives up to the gate of AJ's house, he rings the bell
to be let in. AJ sees Blizz on the monitor and opens the
gate.

                                        CUT TO:

INT. AJ'S MINI MANSION

AJ pull his shirt tail over his two 380's. AJ opens the door
for Blizz.

                    A.J
          Wassup Blizz, did you  get with Shareef?

                    .BLIZZ
          Yeah, I talked to them. Loud mouth
          Shareef tried to play tough for his boys.

                    A.J
          Talking shit, huh?

                                        (CONTINUED)

CONTINUED:

                    .BLIZZ
          It didn't help that his girl came up
          with her fat ass. He really put on a
          show then.

AJ SMILES

                    A.J
          Little ass Shareef, is a mother fucking
          tough guy now. Niggas go in to jail
          cowards and come out wanting to be men.

                    .BLIZZ
          Exactly!

                    A.J
          Alright, I know what I gotta do for that
          little bastard. It's always them little
          Napoleon complex having niggas.

AJ TELLS BLIZZ THE PLAN.

                                        CUT TO:

EXT. PARKING LOT KING OF PRUSSIA MALL - EVENING

Blizz is sitting in the car alone. Then Selena gets into the
car with a bunch of bags from her shopping spree. The
grateful Selena opens the top in the Jaguar and jumps onto
Blizz's lap and unzips his pants as the sun sets.

                    SELENA
          Thank you, sweetheart. I really
          appreciate this. Now I want to show my
          gratitude.

                    .BLIZZ
          Damn! shorty, I had know idea you were
          this spontaneous. This is the best shit.

                    SELENA
          You like it huh?

                    .BLIZZ
          I might have to take you from Shareef
          and make you mine.

                    SELENA
          That cheap nut ain't my man! Did he tell
          you that shit? I need somebody who can
          do for me. I can do bad by myself.

                                        (CONTINUED)

CONTINUED:

                       .BLIZZ
            Yeah, I feel that. Listen I need you to
            do me a favor.

                      SELENA
            Whatever you want, sweetie!

                       .BLIZZ
            Alright, check it out...

                                        CUT TO:

EXT. PAY PHONE - SOMEWHERE - NIGHT

AJ dials and turns his back to the camera and begins to talk.

                                        CUT TO:

EXT. THE BOTTOM - SELENA'S BLOCK - NIGHT

Shareef is driving Selena in his Q45 Infiniti. They pull
into her block.

                    ,SHAREEF
            Now look, I ain't got a whole lot of
            time. So you got to hurry up.

                      SELENA
            Boy, I'm treating you to something real
            nice how you gonna rush me.

SHAREEF ROLLS HIS EYES.

                    SELENA CONT'D
            Alright, I'll be right back.

SELENA JUMPS OUT OF THE CAR AND RUNS INTO HER HOUSE. SHAREFF
TURNS UP THE RADIO AND WATCHES THE KIDS PLAY ON THE BLOCK

                                        CUT TO:

INT. SELENA'S HOUSE - DAY

Selena rushes in, picks up the phone and dials Blizz's
pager. In it she puts in the numbers 319. Which if you
invert the numbers looks like die.

                                        CUT TO:

EXT. THE BOTTOM - NIGHT

Seated in his car parked a block away from Selena's house is
Blizz. His pager goes off and when he sees "319" he knows

                                       (CONTINUED)

46.

CONTINUED:

it's time to put in work. He pulls out of his parking spot
and drives off.

                                                    CUT TO:

EXT. THE BOTTOM - SELENA'S BLOCK - CONTINUOUS - DAY

Sitting in his car, Shareef drags on a cigarette and checks
his watch as he waits for Selena. His song comes on now his
mind is on the music.

                                                    CUT TO:

EXT. THE BOTTOM -SELENA'S BLOCK - CONTINUOUS - DAY

Blizz comes up from the rear of the drivers side of
Shareef's car. He toots his horn and Shareef turns.

                    ,SHAREEF
              What the fuck...

                      .BLIZZ
              AJ wants you to suck on this.

BLIZZ LETS OFF A ROUND DIRECTLY INTO SHAREEF'S FACE. BLIZZ
GETS OUT OF THE CAR AND DUMPS FOUR MORE BULLETS INTO
SHAREEF. CHILDREN SCATTER WILDLY, SCREAMING. HE STROLLS BACK
TO HIS CAR, GETS IN AND PULLS OFF. JUST THEN A POLICE CAR
TURNS INTO THE BLOCK. BLIZZ'S PATH IS BLOCKED. HE LOOKS INTO
THE REAR VIEW MIRROR ONLY TO SEE TWO MORE SQUAD CARS COMING
FROM THAT END. HE JUMPS OUT AND TRIES TO MAKE A RUN FOR IT.
BUSTING SHOTS AS HE RUNNING, THE POLICE RETURN FIRE AND
BLIZZ IS HIT IN THE LEG AND SHOULDER, AND APPREHENDED. HE
REALIZES THAT HE HAS BEEN SET UP.

                      .BLIZZ
              Fuck!!

                                                    CUT TO:

INT. HIGH ROLLERS CLUB - NIGHT

The club is packed, people came out in their best outfits.
Women are everywhere. AJ is hosting a Celebrity- studded
party featuring rap stars performing. In a secluded room AJ
heads a table of JBM's highest ranking members.

                                              (CONTINUED)

47.

CONTINUED:

                         A.J
          This is it, this is what we've been
          working for. Being able to  enjoy the
          fruits of our labor. Being able to do
          and have whatever the fuck we want.
          Controlling this city.

AJ GETS UP AND BEGINS TO PACE THE ROOM.

                    A.J CONT'D
          Look around you , I'm sure you see that
          we've lost alot of soldiers to the
          struggle. Some were disloyal and had to
          be dealt with. The one s here are the
          ones to count on. These are the ones who
          got your back. The ones that'll kill for
          you and die for you.

EVERYBODY'S EYES ON AJ.

                    A.J CONT'D
          Anybody that can't make that commitment,
          needs to speak up now, because this shit
          ain't for you. Yall are my winning team
          and make no mistakes the game isn't over
          yet. There are still people trying to
          take our shine but we aren't having it.

AJ NODS TO BABY BOY WHO UNLOCKS THE BRIEFCASE THAT HIS HAS
SITTING ON THE TABLE. BABY BOY PASSES OUT THE RING BOXES
THAT ARE IN THE BRIEF CASE. EVERYONE OPENS THEIR BOXES TO
FIND PLATINUM RINGS WITH DIAMOND ENCRUSTED INITALS THAT READ
"JBM"

                    A.J CONT'D
          If you put this ring on, it's for life.
          This means your part of this thing until
          the day you die.

AJ PUTS HIS RING ON AND ONE BY ONE EVERYONE IN THE ROOM
FOLLOWS HIS LEAD. AJ EXAMINES THE FINGER WITH THE RING, THEN
HE MAKES A FIST AND RAISES IT IN THE AIR.

                    A.J CONT'D
          JBM FOR LIFE!!!

THEY ALL FOLLOW

                    EVERYONE
          JBM FOR LIFE!!!

48.

THEY ALL EMBRACE

AJ OPENS THE DOOR TO EXIT THE ROOM AND IS MOBBED BY ADMIRERS
MALE AND FEMALES WHO JUST WANT TO BE CLOSE TO HIM. HE GREETS
THEM WITH HANDSHAKES AND KISSES FOLLOWED BY HIS FAMILY
EVERYONE'S RINGS ARE GLEAMING. THIS GALA EVENT IS THE BOMB.

                                                          CUT TO:

INT. CITY HALL - POLICE CHIEF'S OFFICE -  DAY

The Police Chief is holding a meeting with his highest
ranking officers to address the rise of JBM.

                    CHIEF WILLIAMS
          Gentlemen, you all know why we're here.
          The Mayor wants to see some progress
          towards. The arrest of this Andrew
          Johnson character. AJ as he's known in
          the hood. Him and his band of killers
          think they run the streets. But I've got
          news for them.

                    LT. DORSEY
          Well, do we have anything on these guys?

                    CHIEF WILLIAMS
          A few assaults but know one will
          testify. We are assigning a Special Task
          Force to begin monitoring their
          activities. With the up coming Election
          the Mayor can't afford a bunch of punks
          terrorizing the city the way these guys
          have.

                    SGT. STEVENS
          So, these guys really warrant a Special
          Task Force?

                    CHIEF WILLIAMS
          Stevens, I'll tell you, initially we
          didn't think so. But after seeing the
          increase in their growth across the city
          in the last 24months. They've moved from
          just a West Philly operation to South
          West, North, Germantown, West Oak Lane
          and Mt. Airy.

                    SGT. STEVENS
          Oh, so they're the ones who went to war
          with the Jamacians. Dead bodies just
          kept popping up.

                                                    (CONTINUED)

CONTINUED:

                          CHIEF WILLIAMS
             And you know how ruthless those Rastas
             are!

                          SGT. STEVENS
             Exactly, these are some bad mother
             fuckers then?

                          CHIEF WILLIAMS
             At least they like to think so.

                          LT. REGAN
             I didn't hear you mention South Philly.

                          CHIEF WILLIAMS
             From what I'm hearing. This guy,
             Ronald"Boss" Gaines, has pretty much had
             a stronghold on South Philly.

                          LT. DORSEY
             So, you sense a confrontation?

                          CHIEF WILLIAMS
             It's inevitable.

                          LT. REGAN
             We'll if we're lucky the two pricks'll
             kill each other.

                          CHIEF WILLIAMS
             And if we're not lucky, they'll kill a
             lot of innocent people while trying to
             kill each other.

                                                       CUT TO:

SERIES OF SHOTS:

News Paper Headline reads: "Drug War Heats up in South
Philly". Scene of this tall medium build brother in his mid-
twenties sporting a diamond flooded ring that reads "BOSS".

Ronald "Boss" Gaines is in a meeting with his top men. We
then go to the Nightclub "Bah-Hah", where Baby Boy spots one
of Boss's boys, Chedda. Baby Boy calls AJ, who sends a hit
squad. They catch him outside the club, shots ring out
people scatter as Chedda is gunned down outside the club.
Manny another of Boss's men pulls up to a crackhouse to
pickup money. He gets out of a Range Rover and is approached
by D-nise disguised as a crackhead, who ask to wash the
truck. Manny nods yes and goes into the house. As he comes
out he tosses the crackhead a 5$ dollar bill. The crackhead
pulls a 45 caliber pistol out of the bucket and guns Manny

                                                  (CONTINUED)

50.

CONTINUED:


down, spits on him and walks away. Newspaper Headlines
reads, "Another Drug Related Murder In South Philly".

                                                CUT TO:


EXT. WEST PHILLY - DAY

AJ is sitting in his Blue Drop Top Bentley Azor, talking on
his cell phone.

                    A.J
            I'd say we need to talk soon. Boss your
            people are dropping fast and hard.

                                                CUT TO:


EXT. SOUTH PHILLY - DAY- CONTINUOUS

Boss is sitting in his Cream Drop Top Bentley Azor, talking
to AJ on his cell phone.

                    BOSS
            Fuck you nigga, I'm not worrying about
            your bitch ass I'm gettin plenty money.
            You ain't even working on my level. You
            just making yourself hot, you dumb
            bitch. JBM, means to me is Just Barely
            Making it. Keep drawing.

BOSS HANGS UP THE PHONE WITH A SELF SATISFIED SMILE.

                                                CUT TO:


EXT. WEST PHILLY - DAY - CONTINUOUS

AJ IS PISSED AS HE HANGS UP THE PHONE. AJ PICKS THE PHONE UP
AND CALLS C-ZER A SHORT STOCKY FELLOW IN HIS LATE TWENTIES.
C-ZER GETS PLENTY MONEY IN SOUTH PHILLY AND HAS A NICE SQUAD
BUT IS VERY DISCRETE AND COVER HIS DIRT WITH HIS DETAIL
SHOPS THAT ALL THE PLAYERS BRING THEIR CARS TO GET DETAILED.

                    A.J
            Yo, Czer I need to talk to you about
            some business.

INT. C-ZERS DETAIL SHOP - DAY

C-zer is in his office taking care of some paperwork.

                    C-ZER
            Yo, how the fuck am I suppose to know it
            ain't a setup?


                                        (CONTINUED)

CONTINUED:

                    A.J O.S
          Listen, playboy, stop bitchen. If I
          wanted to set you up, I wouldn't call,
          I'd just send somebody at that ass. You
          think your boy Manny got a call?

                    'C-ZER
          So, what do you want.

                                             CUT TO:


EXT. WEST PHILLY - DAY - CONTINUOUS

                    A.J
          I figure we could work something out,
          that nigga Boss ain't trying to listen
          to logic. We need to get a understanding
          so we can make cash and live.

                    'C-ZER O.S
                    (NERVOUSLY)
          I'm telling you now I ain't coming out
          there.

                    A.J
          Where do you feel comfortable meeting at.

                    C-ZER O.S
          We can meet at my Detail shop.

                    A.J
          I'll be there about 6'o'clock

                    C-ZER O.S
          No weapons.

AJ HAS A SMIRK ON HIS FACE AS HE HANGS UP.

                                             CUT TO:


INT. C-ZER'S DETAILSHOP - EVENING

P-nut pulls in the detailshop at 5:30pm in Blizz's car. He
brings it in to be cleaned. C-zer is in the office watching
the clock.

                                             CUT TO:


EXT. SOUTH PHILLY - C-ZER'S DETAILSHOP - EVENING

AJ's Bentley pulls up followed by Baby Boy and D-nise in
Yellow Range Rover. AJ gets out as Baby Boy and D-nise stay
in the truck and watch on.

                                             CUT TO:

INT. C-ZER'S SHOP - EVENING

AJ and C-zer discuss working a deal.

> C-ZER
> Boss approached me last week about
> joining up with him.

> A.J
> And what did you say?

> C-ZER
> I told him I'd get back with him, you
> know, I got to do what's best for me.

AJ PONDERS FOR A SECOND.

> A.J
> Well, I think me and you need to work
> something out, Ya'mean

> C-ZER
> Look, I can't just rush into a
> situation. I run a quite little
> operation and I really don't want yalls
> kind of heat. I want to just weigh my
> options, that's all.

> A.J
> The thing is I can't just hold up my
> business while you make up your fucking
> mind.

AJ BEGINS TO WALK OUT INTO THE DETAIL AREA FOLLOWED BY C-ZER

> A.J CONT'D
> I ain't going to just sit around while
> you try to play me against Boss.

> C-ZER
> I ain't trying to play you. I just gotta
> do the math you know.

AJ OPENS THE DOOR TO BLIZZ'S CAR AND REACHES IN HIT THE
SECRET COMPARTMENT BUTTON AND GRABS THE UZI.

> A.J
> C-zer my man, fuck the math. Get down or
> lay down!

A LOOK OF FEAR COMES OVER C-ZER'S FACE. C-ZER TRIES TO MAKE
A RUN FOR IT. C-ZER IS ALMOST BACK INSIDE WHEN AJ CUTS HIM
DOWN. IN A HAIL OF BULLETS, AJ WALKS UP ON C-ZER. BLOOD RUNS
OUT OF C-ZER'S MOUTH, C-ZER LOOKS UP.

                    C-ZER
          Why did you do that?


                    A.J
          If you ain't with us then you're against
          us. Think about it on your way to hell.
          Let me know your answer when I get there.

C-ZER PASSES OUT AND AJ HEADS BACK TO HIS CAR, LEAVING C-ZER
FOR DEAD. AJ PULLS OFF AND BABY BOY AND D-NISE FOLLOW.


                                        CUT TO:


EXT. SOUTH PHILLY - C-ZER'S SHOP - EVENING

Sirens blare as a army of Police cars arrive along with an
Ambulance. Medics tend to C-zer as he barely clings to life.

                    MEDIC#1
          We need to get him stabilized quickly,
          his blood pressure is extremely low.

ANOTHER MEDIC TRIES TO KEEP THE CROWD BACK

                    .MEDIC#2
          Please, please, try to stay behind the
          barriers.

TWO OFFICERS AND A DETECTIVE ARE DISCUSSING THE PARTICULARS
ON THE SIDE.

                    OFFICER WOLTARSKY
          So far no witnesses. But my partner
          tells me this could be the break we've
          been looking for.

                    DETECTIVE MASON
          What do you mean?

                    OFFICER WOLTARSKY
          We believe that the victim is Carlton
          Brewer, better known as C-zer. He was
          being recruited by Boss Gaines to join
          him in the war against JBM.


                                            (CONTINUED)

CONTINUED:

> OFFICER THOMAS
> He may have gotten a visit from the JBM
> boys trying to convince him to join
> their side in a effort to infiltrate the
> South Philly drug trade. Obviously this
> wasn't a very fruitful meeting.

> DETECTIVE MASON
> Have we gotten a statement from the
> victim?

> OFFICER THOMAS
> No, but with a little luck he'll
> survive.

> OFFICER WOLTARSKY
> Maybe he'll even have the balls to
> testify.

> DETECTIVE MASON
> Shit, what does he have to lose? If he
> doesn't they'll just come back and
> finish the job.

                                        CUT TO:

INT. SOUTH PHILLY - BARBERSHOP - DAY

Tariq a medium built tan skinned brother in his twenties.
Tariq is one of Bosses men, he walks into the Barbershop
past all the bustling activity of a typical Saturday. He
goes into the back room. There sits Boss with three of his
men.

> 'TARIQ
> Yo, I just came up from the Hospital,
> man, it's guards posted all over that
> bitch, man.

> ,BOSS
> That means that nigga is still alive.

> 'TARIQ
> Yeah, then he can testify and put AJ's
> ass away for good.

> ,BOSS
> Naw, forget that shit. I ain't waiting
> for nobody to handle my business with
> that fucking porch monkey, AJ. I'm going
> to do it myself. Street justice, I'm
> going to handle that nigga.

                                        (CONTINUED)

55.

CONTINUED:

> 'TARIQ
> Well, what do you want to do?

> ,BOSS
> He thinks he sent a message. I'm going
> to show him how to really send a message.

CUT TO:

EXT. IAASHA'S HOUSE - NIGHT

Iaasha is dropping off AJA at Mrs. Scott's house and Aja
stands in the door waving.

> IAASHA
> You be good and take your little butt to
> bed when Mrs. Scott tells you to, you
> hear?

> AJA
> Uh-huh.

> IAASHA
> Excuse me?

> AJA
> I mean, yes ma'am

MRS. SCOTT CHUCKLES, THIS WOMAN REMINDS EVERYONE OF THEIR
LOVING GRANDMOTHER.

> MRS.SCOTT
> Iaasha, that's my little girlfriend. She
> don't ever give me no problems.

> IAASHA
> I just don't want it to get started.
> Miss thing'll get grown on you in a
> minute if you let her.

TONYA TOOTS THE HORN.

> IAASHA CONT'D
> I'd better hurry up, ladies get in free
> before eleven.

> MRS.SCOTT
> Have fun.

> IAASHA
> Thanks.

(CONTINUED)

CONTINUED:

                        AJA
        Bye, mommy

                        IAASHA
        Bye, Bye, be good.

IAASHA HEADS FOR THE CAR. AS TONYA WAITS IAASHA GETS IN AND
TONYA PULLS OFF.

                                            CUT TO:

INT. CLUB EGYPT - NIGHT

The crowd is beginning to arrive as Tonya and Iaasha come
in. They make their way to the bar and take seats.

                        BARTENDER
        Good evening ladies, what'll you have?

                        TONYA
        I'll have a Long Island ice tea, please.

                        IAASHA
        Girl, you don't waste know time do you?

IAASHA LOOKS TO THE BARTENDER.

                        IAASHA CONT'D
        I'll have a glass of Zinfandel please.

THE BARTENDER TURNS TO GET THEM DRINKS. THEY CHECK OUT THE
PEOPLE AS THE CLUB BEGINS TO FILL UP. UNBEKNOWNST TO THEM
BOSS AND HIS BOYS ARE IN THE CLUB. FOUR MEN ARE
STRATEGICALLY PLACED AND WELL ARMED AROUND THE CLUB. TARIQ
IS AT THE TABLE WITH BOSS. IAASHA'S BEAUTY HAS CAUGHT BOSS'S
EYE.

                        ,BOSS
        Yo, Tariq, look at that fine sis at the
        bar.

                        'TARIQ
        Which one?

                        ,BOSS
        The one in the red is cute, but the one
        in the beige is "that".

BOSS TAPS THE WAITRESS WALKING PAST. BOSS POINT OVER AT
TONYA AND IAASHA

                                        (CONTINUED)

CONTINUED:


                          ,BOSS CONT'D
                See them two over there. The one with
                the red and the one in the beige? Send
                them a bottle of Christal, Tell them
                it's from Ron.

THE WAITRESS WALKS OFF.

SHORTLY AFTER THE WAITRESS APPROACHES TONYA AND IAASHA WITH
THE BOTTLE OF CHILLED CHRISTAL.

                        WAITRESS
                This is courtesy of the gentlemen over
                there in the corner.

AS THEY STRAIN THEIR EYES TO SEE. BOSS AND TARIQ WAVE THEM
OVER.

                        TONYA
                Come on, let's go over.

                        IAASHA
                I am not going over there I don't know
                them guys.

                        TONYA
                Just for a quick minute, you know, just
                to say thanks.

                        IAASHA
                Well you go ahead. Tell them thanks for
                me too.

                        TONYA
                Alright, chicken.

TONYA HEADS OVER TO BOSS'S TABLE

AS TONYA APPROACHES BOSS PULLS OUT A SEAT FOR TONYA.

                        ,BOSS
                Chivalry isn't quite dead.

                        TONYA
                I see, thank you.

                        ,BOSS
                Wassup, sweetheart, my name is Ron but
                most people call me Boss.

58.

CONTINUED:

                    TONYA
          Nice to meet you Boss.

BOSS SMILES

                    ,BOSS
          It's just a nickname. I had it since I
          was a kid. This here is my man Tariq. He
          was kinda admiring you from across the
          room.

TARIQ OFFERS HIS HAND AND TONYA SHAKES IT

                    'TARIQ
          Nice to meet you.

                    TONYA
          My pleasure.

                    'TARIQ
          What's up with your girlfriend?

                    ,BOSS
          Yeah, we don't bite. She ain't anti-
          social is she?

                    TONYA
          No, she told me to tell you thanks. It's
          just that, you know, she got a man. And
          everybody up in here knows him. She just
          doesn't want any problems if he comes up
          in here tonight.

TARIQ AND BOSS GIVE EACH OTHER A LOOK

                    ,BOSS
          Oh okay, what her man holds check up in
          this joint. He must be one of them JBM
          boys huh?

                    TONYA
          Oh you know them?

                    ,BOSS
          I'm cool with all the ones I know. Which
          one is she with?

                    TONYA
          Andrew, they call him AJ, you know him?

                                        (CONTINUED)

CONTINUED:

                    ,BOSS
          We haven't met face to face or nothing
          like that. Let's just say I know of him.

BOSS NODS TO TARIQ.

                    ,BOSS CONT'D
          What, is he suppose to be coming tonight?

                    TONYA
          I don't know, he might. You know how
          yall guys are when your woman goes out.
          He might just pop up. If he does show up
          I'll tell him you asked about him.

                    ,BOSS
          Nah, Nah, actually I wanted to surprise
          him. We talked on the phone a few times,
          but I didn't tell him I was coming
          tonight. I want to see the look on his
          face when I introduce myself. I bet
          he'll be shocked.

TARIQ AND BOSS LAUGH. TONYA IS A LITTLE CONFUSED AND
SLIGHTLY UNCOMFORTABLE. ALL OF A SUDDEN SHE BEGINS TO GET UP
FROM THE TABLE.

                    TONYA
          Well, I better get back over to my girl,
          but you know, thanks again for the
          Champagne.

                    ,BOSS
          No problem, Tell sweetie over there that
          if she wants a real man tell her to
          holla at me.

TONYA IS THROWN OFF BY BOSS AND HIS OBVIOUS DISRESPECT OF AJ.

                    TONYA
          Yeah, okay.

BOSS AND TARIQ ARE HAPPY ABOUT HOW UNCOMFORTABLE THEY'VE
MADE TONYA. THEY LAUGH, AS SHE LEAVES TARIQ FAKES LIKE HE'S
GOING TO GRAB TONYA'S BUTT, SHE SPINS QUICKLY.

                    TONYA CONT'D
          Niggas.

                    'TARIQ
          Bitch, I was just fucking with you.

THEY CONTINUE TO LAUGH AS SHE STORMS OFF.

TONYA REJOINS IAASHA AND IS STILL VISIBLY UPSET. SHE SITS
AND DRINKS.

> IAASHA
> What's wrong girl, what the hell
> happened?

> TONYA
> That nigga must want to get his ass
> beat. I don't know, it's something wrong
> with them.

> IAASHA
> Did I see him try to grab your ass?

> TONYA
> Yes, they must be drunk or something.

> IAASHA
> I'm just glad AJ wasn't in here or it
> would've been some shit.

> TONYA
> That's another thing. He claims he knows
> of AJ. But was still disrespectful.

> IAASHA
> Well, don't worry about it. Don't let
> them ruin our night out.

TONYA TAKES ANOTHER LOOK. BOSS AND TARIQ ARE STILL LAUGHING,
AS THEY DISAPPEAR INTO THE CROWD OF PEOPLE ON THE DANCE
FLOOR.

                                            CUT TO:

EXT. WYNNFIELD NIGHT - NIGHT

Tonya is driving Iassha home. She is still a little upset
but is getting herself together. Tonya pulls up in front of
Iaasha's house.

> IAASHA
> You need to forget them guys, You've
> been upset all night about them.

> TONYA
> I guess you're right they just want to
> be seen. They sure did get a kick out of
> fucking up my night.

                                      (CONTINUED)