Exhibit L to Ferber Declaration
Part 3

CONTINUED:

                    IAASHA
          That's why I  don't go out to clubs that
          much, trifling niggas like that.

IAASHA GIVES HER GIRL A HUG.

                    IAASHA CONT'D
          I'd better get on in this house. I'm
          going to get me some sleep. I gotta pick
          Aja up in the tomorrow from Mrs.Scott's.
          I just hope she didn't drive her crazy.

                    TONYA
          You better leave my little homie alone.
          She like to have fun.

IAASHA OPENS THE DOOR

                    IAASHA
          Alright, I'll give you a call tomorrow
          afternoon. After I pickup Aja. I'm
          coming home and  get right back in bed
          until about 2 o'clock. Aja ain't going
          to do nothing but watch cartoons.

                    TONYA
          Yeah, girl, thank god for the cartoon
          network. Alright I'll talk to you then.

                    IAASHA
          Okay, tomorrow.

                                        (CONTINUED)

Iaasha gets out and has to cross in front of the car to get
to her house. Suddenly a Black Mercedes CLK roars around
the corner. A startled Iaasha jumps back out of the way.
The car screeches to a stop right next to Tonya's car. Out
jumps two guys whom Tonya recognizes from the club. Iaasha
screams as they grab her and drag her to their car. As
Tonya jumps from her car she is met by the barrel of a 9mm
pistol wielded by another guy from the car. Tonya stops in
her tracks and the guy jumps back into the car and it pulls
off.


INT.  AJ'S APARTMENT - NIGHT

AJ is asleep when the telephone wakes him.

                    AJ
               Wassup?

                    BOSS (V.O.)
               Wake up tramp, I got yo' Bitch.

                    AJ
               Who the fuck is this?

                    BOSS (V.O.)
               It's Boss, Nigga. You should've
               known you couldn't fuck with me
               without paying the price.

                    AJ
               Nigga, what the fuck are you
               talking about?

                    BOSS (V.O.)
               If you wanna see your bitch again,
               you'll act like you know.

                    AJ
               What bitch?

                    BOSS (V.O.)
               This one…

                    IAASHA
               AJ!!

                    AJ
               What the fuck…

                                        CUT TO:

INT. BOSS'S HIDEOUT - NIGHT

Here we see Iaasha tied up.

                    BOSS
          You know who that is don't you?

                    AJ
          You know you're a dead man, don't
          you?

               BOSS
Nigga, you talkin' shit?  I got your girl.  I figure she
worth about 200 grand and fifty keys.  You rollin' like
that, ain't you?

                    AJ
          Let me tell you something.

AJ takes a deep breath.
                    AJ(continuing)
          All right.  All right.  I'll get
          you what you want, but if you
          touch my woman…

                    BOSS
          If I get my money you don't have
          shit to worry about.  But, if you
          don't, I might send her back to
          you pregnant with my baby.

Boss laughs.

                    AJ
          Yeah, I'm going to make sure you
          get that money, You're going to
          need that shit to bury your
          mother.

Boss laughs and hangs up.  AJ fumes.  He quickly dials D-
Nice's cell phone.

                    AJ
          Yo, D.  Where you at?

                    D-NICE (V.O.)
          I'm at my girls spot, why?
          Wassup?

                    AJ
          That Nigga Boss got Iaasha.

> D-NICE
> What the fuck you mean, he got her?

> AJ
> He musta kidnapped her.

> D-NICE
> From where?

> AJ
> Man, I don't know. All I know is that he got her and I gotta get her back.

> D-NICE
> Yo, fuck this shit. I'ma get everybody together and we going to light up the whole fuckin' South Philly until he lets her go.

> AJ
> Naw, naw. We can't do that.

> D-NICE
> Why not?

> AJ
> I can't take that chance. Not with my baby's mom.

D-Nice takes a deep breath.

> D-NICE
> Well, what you wanna do?

> AJ
> Man, this Nigga want 200 grand plus 50 keys.

> D-NICE
> (shocked)
> What!! He must be out his fuckin' mind.

> AJ
> D, D, look, I gotta give it to 'im. I just can't chance it. But, after we get Iaasha back, man, this shit is on.

>                                    CUT TO:

65.

EXT.   30TH STREET STATION — NIGHT

The train station is bustling with traffic as D-Nice and
Baby Boy pulls into the parking lot in the Black Range
Rover.

INT.   30TH STREET STATION — NIGHT

D-Nice and Baby Boy stroll through the train station with
the assurance that they are covered by several JBM-ers
strategically placed, armed and set to open up if anything
goes wrong.  They make their way to the men's room.  Baby
Boy stands guard as D-Nice places a sack containing
$200,000 in the last stall as he was instructed.  They
leave looking around, study faces for any hint of enemy
hostility.  There is none.  They exit.

A short while later, a Black male, early twenties enters
the men's room and heads to the last stall.  He opens the
sack and examines the cash.  Taped to one of the stacks of
cash is a key.

                                        CUT TO:


EXT.   SOUTH PHILLY — NIGHT

The Range Rover pulls to a stop under the 25th street
bridge.  Out steps Baby Boy who pulls a Chest with a
padlock on it out of the back seat.  They leave it next to
a pillar and pull off.  As they pull off, up comes the
Black CLK.  One of Boss's boys scoops up the Chest and puts
it in the trunk of the car.  The car pulls off.

                                        CUT TO:


EXT.   WEST PHILLY — NIGHT

AJ is pacing next to a phone booth at 52nd and Baltimore
Avenue.  A young boy walks up to use the telephone and one
looks from AJ tells him he'd better find a different booth.
D-Nice and Baby Boy are in the Range Rover parked at the
curb.

                         D-NICE
                Man, what the fuck is takin' that
                Nigga so long?  I know they got
                everything by now.

66.

                    AJ
          Don't worry.  Every fucking second
          that passes, he just makes it
          worse on himself.

Suddenly the phone rings.  AJ grabs it before the first
ring is completed.

                    AJ
          Yeah, Nigga, you better tell me
          something.

                    BOSS
          Calm down, Son.  Your girl is
          safe.

                    AJ
          Look, you got what you demanded,
          so where the fuck is she?

                    BOSS
          Let me see if I can remember where
          she is.

Boss hesitates.

                    AJ
          What?

                    BOSS
          Nah, I'm just fucking with you.
          You'll find her at the front of
          the Art Museum at midnight.

AJ looks at his watch.  It reads 11:45.

                    AJ
          If she's got fucking hair outta
          place…

                    BOSS
               (interrupting)
          I told you I wouldn't touch her if
          you got my shit to me.  But, Damn,
          I will tell you this, the Bitch
          was lookin' so good, I did jerk
          off on her ass.

Boss laughs hysterically.

                    AJ
          This shit ain't over.

AJ slams the phone down and gets in the car.

                                        CUT TO:


EXT.   ART MUSEUM - NIGHT

The Range Rover screeches to a halt in front of the Art
Museum steps.  The door flys open and AJ runs the famous
steps.  Baby Boy and D-Nice are not far behind.  As AJ gets
to the top of the steps he sees a figure by the door of the
museum.  It's Iaasha and she's blindfolded.  Her hands and
feet are taped together.  And worst of all Boss has left
her wearing nothing but panties.  AJ quickly takes off his
shirt and puts it around Iaasha.  He holds her.

                          AJ
                    Baby, did he hurt you?

                          IAASHA
                    I'm okay, but…

                          AJ
                    Shhh.  Don't even say anything.
                    That Nigga's gonna die.

D-Nice and Baby Boy watch from a distance.

                                        CUT TO:


INT.   METROPOLITAN HOSPITAL - DAY

C-Zer is in a hospital bed with tubes running in him.  He
is still in severe pain, but is recovering.  A nurse has
just finished changing the bandages on his wounds.
Detective Mason enters the room accompanied by Detective
Jenkins.  The nurse turns around.

                          NURSE
                    Can I help you gentlemen?

                          DETECTIVE MASON
                    We're the Detectives working the
                    case; we just want a word with Mr.
                    Brewer.

                          NURSE
                    Oh, I'm sorry, I'll be out of your
                    way in a second.

She finishes quickly and takes the trash.

> NURSE
> If you need anything just use your
> buzzer Mr. Brewer.  I'll be right
> down the hall.

> C-ZER
> Thankyou.

> DETECTIVE JENKINS
> So, Mr. Brewer, how are you
> feeling?

> C-ZER
> I got shot six fuckin' times.  How
> the fuck you think I'm feelin'?

> DETECTIVE MASON
> So, what are you going to do?

> C-ZER
> About what?

> DETECTIVE MASON
> Look, C-Zer, we know that Boss
> Gaines wanted you to join his
> squad.  Now we believe that the
> JBM tried to convince you
> otherwise.  We even have witnesses
> who saw several men leaving your
> shop immediately after the
> shooting.  We just need you to
> identify who those men were.

> C-ZER
> I don't know who you're talking
> about.

> DETECTIVE JENKINS
>       (aggravated)
> This idiot doesn't want to live.
> Let's go!

Detective Jenkins starts walking toward the door.

> DETECTIVE MASON
> Wait.  Wait.

> DETECTIVE JENKINS
> No, I don't have time for this
> shit.  He's lying' up there

> looking like a fuckin' piece of
> Swiss cheese, but he doesn't want
> to cooperate. So, fuck him. I'm
> outta here.

Detective Jenkins walks out. Mason ponders.

>                DETECTIVE MASON
>           Look, I don't know what you're
>           trying to prove, but if you know
>           who shot you, you need to come
>           clean.

>                C-ZER
>           Look, I can handle this myself.

>                DETECTIVE MASON
>           You'd better, because from what I
>           heard, those JBM boys don't leave
>           unfinished business.

C-Zer gives him a dismissive look. Mason goes in his
jacket pocket and pulls out a card.

>                DETECTIVE MASON
>           Well, take this in case you have a
>           change of heart.

>                C-ZER
>           Yeah, sure.

>                          CUT TO:


EXT.  CANCUN AIRPORT — DAY

A flight lands in beautiful Cancun. AJ, Iaasha, and Aja
walk through the airport.

>                          CUT TO:


INT.  CANCUN HILTON — DAY

The bellhop opens the door and brings the luggage into AJ's
room. AJ, Iaasha, and Aja follow him into the room.

>                BELLHOP
>           Do you want these anywhere in
>           particular, Sir?

                        AJ
        That's cool right there.

AJ tips the bellhop $10.  The bellhop leaves.

                        AJA
        Daddy, can I turn the TV on,
        please?

                        IAASHA
        I thought you wanted to go down to
        the pool?

                        AJA
        I do, but I want to watch TV while
        I put on my bathing suit, okay?
        Pleeease?

                        AJ
        Go ahead, you can turn it on.

AJ turns to Iaasha.

                        AJ
        You go ahead and unpack this stuff
        because I gotta go down and meet
        my boy in the bar.

                        IAASHA
        I know that he hooked this up for
        us, but I hope you don't plan to
        spend all your time with him.

                        AJ
        This trip is about us, but I just
        gotta take care of something real
        quick, that's all.

He takes Iaasha by the hand, pulls her close to him and
puts his arms around her.
                        AJ(continuing)
        This is our time to spend
        together.  I never meant to get
        you caught up in the middle of
        this shit, Iaasha.  I love you too
        much for that.  But, trust me that
        Nigga is going to pay for what he
        did.  He's going pay with his
        life.

                                CUT TO:

INT.  MOM AND NEMS RESTAURANT - DAY

Marvin, an associate of Boss Gaines, is in the restaurant
dining with Stacey, a female friend of his.

>                    MARVIN
>           Yeah, I try to make it up here
>           when I can, but it's so many
>           places to eat in South Philly and
>           Jersey I don't really come up here
>           like I used to.

>                    STACEY
>           You ever go to Momma's Soft Touch
>           on South Street?

>                    MARVIN
>           Yeah, that's my spot.  I was just
>           down there last…

Marvin stops in mid-sentence, distracted by a guy who has
just walked into the restaurant with a woman and child.

>                    MARVIN
>           Oh, shit.

>                    STACEY
>           What's wrong?

>                    MARVIN
>           Nuttin', nuttin,' don't look over
>           there but somebody I know just
>           walked in, that's all.

>                    STACEY
>           Are you gonna speak to him?

>                    MARVIN
>           Naw, naw, not just…

Marvin watches intently as the hostess seats the family.
He leans in.

>                    Marvin(continuing)
>           Look here, I gotta make a quick
>           call.  Stay here.  I'll be right
>           back.

Marvin walks quickly outside, while Stacey looks around
confused.

>                                        CUT TO:

INT.  BOSS'S HOUSE - DAY

Boss is by his money machine overseeing the money count
when the telephone rings.  He answers it and listens
intently.

> BOSS
> Oh, really.  Uh-huh.  Well since I
> know what he has in mind for me,
> I'm going to have to beat him to
> it. That boy is slippin'. All
> right.  We'll be up there.  Good
> lookin' out.

Boss disconnects and immediately dials another number.

                                        CUT TO:


EXT.  SOUTH PHILLY - NIGHT

A team of Bosses hitmen dispatches in the notorious Black
Mercedes CLK.  Speeding toward Mom and Nems.

                                        CUT TO:


INT.  MOM AND NEMS - DAY

Marvin sits inconspicuously with Stacey watching the man
whom he thinks is AJ eating with his wife and daughter.

                                        CUT TO:


INT.  CANCUN HILTON - SIMUTANIOUS - CONTINUOUS ACT-DAY

AJ, Iaasha, and Aja get off of the elevator in their
swimwear and head towards the pool.

                                        CUT TO:


EXT.  MOM AND NEMS - DAY

The Black CLK. pulls to a halt in front of the restaurant.
Tariq, Skip, and two others calmly walk toward the door.

                                        CUT TO:

INT.   MOM AND NEMS - DAY

Marvin sees Tariq at the door and nods toward the man whom he thinks is AJ.  Tariq nods back and motions for Marvin and Stacey to leave.  They do.

                                        CUT TO:


EXT.   CANCUN HILTON - DAY

The three reach the pool and Iaasha take a seat in one of the lounge chairs.

                                        CUT TO:


EXT.   MOM AND NEMS - DAY

Tariq, Skip, and the other two prepare their weapons at the restaurant door.

                                        CUT TO:


EXT.   CANCUN HITON - DAY

AJ is in the pool and waiting for Aja to join him.  She is hesitant, but working up her nerve.

                                        CUT TO:


INT.   MOM AND NEMS - DAY

The AJ look-a-like and his family eat at the table.

                                        CUT TO:


EXT.   CANCUN HILTON - DAY

A giggly Aja's is running toward the pool.  AJ's arms are outstretched.

                                        CUT TO:


INT.   MOM AND NEMS - DAY

The family continues to eat, oblivious to what's about to happen.

                                              CUT TO:


EXT.   CANCUN HILTON - DAY

Aja leaps into the air.  AJ's arms are outstretched.
Iaasha is in the lounge chair smiling.  Aja splashes.

                                              CUT TO:


INT.  MOM AND NEMS - DAY

Tariq, Skip, and the two others burst through the door and
open fire on the family they think is AJ's.  People
scatter, screaming.  The look-a-like leaps in front of his
daughter and is caught in the hail of bullets.

                                              CUT TO:


EXT.   CANCUN HILTON - DAY

AJ carries Aja as they join Iaasha in leaving the pool.

                                              CUT TO:


INT.  MOM AND NEMS - END SIMUTANIOUS - CONTINUOUS ACT-DAY

A lady sobs as her husband, mistaken for the infamous
Andrew Johnson, lay dying in her arms. As the would be
assassins get away.

                                              CUT TO:


INT.  METROPOLITAN HOSPITAL - DAY

C-Zer is lying in his hospital bed watching the news.  An
orderly brings his lunch into the room.  Their eyes meet,
but neither speaks.  C-Zer turns his attention back to the
news.

                         NEWSCASTER
              The big story is the murder of an
              innocent man in a Mt. Airy
              restaurant.  In what looks like a
              case of mistaken identity, a hit
              squad was out gunning for Andrew
              Johnson, the reputed head of the
              notorious JBM.  With the botched

assassination attempt, police are
expecting the drug war to
escalate.  More on this story
later.

C-Zer turns to see the orderly as he leaves the room.  He
turns the tray towards himself.  He takes the top off of
his platter to find a dead rat on the plate.  He
immediately gets nauseous and almost throws up.  He pushes
the button for the nurse.

                                    CUT TO:


INT.  55TH POLICE DISTRICT - DAY

Detective Mason is sitting at the desk doing paperwork when
the phone rings.

                    DETECTIVE MASON
           55th, Mason speaking.

Mason has a look of surprise on his face, but listens
intently.  After about 10 seconds, the call is finishing.

                    DETECTIVE MASON
           Alright, we'll be right down.

Mason summons over Detective Jenkins.

                    DETECTIVE JENKINS
           What's up?

                    DETECTIVE MASON
           That was our buddy, Mr. Brewer.

                    DETECTIVE JENKINS
             (curious)
           Oh, yeah.

                    DETECTIVE MASON
           Seems he got an unannounced visit
           from one of the JBM boys.  They
           dropped him off a dead rat on his
           lunch platter.

                    DETECTIVE JENKINS
           I take it he got the message loud
           and clear.

                    DETECTIVE MASON
          He sure did.

                    DETECTIVE JENKINS
          And let me guess, he suddenly is
          in a much more cooperative mood
          than he was last week?

                    DETECTIVE MASON
          You better believe it.

                    DETECTIVE JENKINS
          Alright, we might as well head
          over before they decide to make
          good on their threat.

Jenkins finishes his coffee and they're off.

                                        CUT TO:


EXT.  GERMANTOWN - DAY

AJ's Black Mercedes sits parked across the street from the
church where his look-alike's funeral is taking place.  The
Pall Bearers are bringing out the casket.  AJ watches.  He
then waves a young man over to him.

When the youngster arrives, AJ hands him a beautiful
bouquet of yellow roses.

                    AJ
          Do me a favor, my man, give these
          to the guy's widow.

                    YOUNG MAN
          No problem.  Who should I say
          they're from?

                    AJ
          It's not important.  Here, this is
          for you.

AJ hands the young man a twenty dollar bill.  The young man
smiles.

                    YOUNG MAN
          Thanks.

AJ watches as the young man takes the flowers over and
hands them to the widow, who is being supported by family

members.  The young man points back toward AJ and the widow
strains her eyes to see who it is that gave the roses.

                                        CUT TO:


INT.  AJ'S MANSION - NIGHT

AJ, Baby Boy, and D-Nice are at AJ's talking about the
situation.

                        AJ
            I can't believe that shit.  He
            sent Nigga's to blast me, even
            though the wife and child were
            right there.

                        D-NICE
            That is wild.

                        AJ
            You know, that could've been
            Iaasha and Aja there and he didn't
            give a fuck.

                        BABY BOY
            Well you knew he was gonna come
            for you, we're at war.

                        AJ
            Yeah, but shit, with a wife and
            child there?  Man, that's fucked
            up.  You know, I went up to that
            dudes funeral today.  That
            could've been Iaasha and Aja
            cryin' at my funeral.  But, guess
            what?  I ain't goin' out like
            that.

                        D-NICE
            Well, we can't do nothing right
            now.  This shit is all over the
            news and the cops is just layin'
            for us.  Thinking we're going to
            retaliate right away.

                        BABY BOY
            We do need to chill because it's
            just too hot to get at them right
            now.  Especially in South Philly.

AJ thinks about it for a second.

78.

                    AJ
          I tell y'all what, let's go to
          Vegas for the fight because it's a
          bunch of people that want Boss's
          ass for what he did.  So, if we're
          outta town, they sure as hell
          can't blame us.

                    D-NICE
          That's sounds cool.  Vegas, huh?

                    AJ
          Alright, let's do it.  Besides, I
          wanna see that fight.

                                        CUT TO:

EXT.   CEASAR'S PALACE - NIGHT

The crowd is in a frenzy as the ring announcer, Michael
Buffer, takes the microphone.

                    MICHAEL BUFFER
          Let's get ready to rumble!!!
          Twelve rounds of Boxing for the
          Heavyweight Championship of the
          world!

AJ and his boys are among the crowd whistling and whooping
it up.

                    D-NICE
          Yo', Tyson is going to put
          something on Holyfield's ass this
          time, watch.

                    AJ
          I got a thousand says Tyson gets
          knocked the fuck out.  Just like
          he did last time they fought.

                    D-NICE
          Alright, bet!

They shake on it.

The crowd is whipped into a frenzy as the two warriors go
to war, the crowd explodes.

Michael Buffer again takes the microphone.

> MICHAEL BUFFER
> After five rounds of furious
> action, Judge Mills Lane
> disqualifies Mike Tyson and
> Evander"The Real Deal" remains the
> Heavyweight Champion of the World.

Some of the crowd boos and some of the crowd cheers.

> CUT TO:

INT.   CEASAR'S PALACE CASION – NIGHT

AJ and his boys are still bussing as they walk through the casino.

> D-NICE
> You ain't even try to front like
> you knew Holyfield was going to
> win that fight?

> BABY BOY
> Tyson did get head butted.

> AJ
> Yeah, but Holyfield was digging in
> his shit without that.

> D-NICE
> Holyfield won and Bite Tyson lost.

Everybody laughs.

> AJ
> Well, you know they're going to
> fight again and next time…

AJ stops in mid-sentence as he peers past D-Nice, into the window of the Gucci shop.  Everyone turns to see what AJ's looking at.

> BABY BOY
> Wassup?

AJ begins walking toward the shop.

> AJ
> That's that bitch ass nigga right
> there.

                         D-NICE
              Who?

AJ doesn't answer.  He continues toward the shop, followed
by around fifteen of his boys.  D-Nice catches up to AJ.
He sees Boss in Gucci's.

                         D-NICE
              Yo AJ, AJ!

He grabs his arm and stops AJ.
                         D-Nice(continuing)
              Man, look, this ain't the time or
              the place.  If we do this Nigga
              out here and get caught we fucked.
              You know what I'm sayin'?  Let
              that shit go until we get back
              home.

                         AJ
              Naw man, fuck that.  I got to see
              this Nigga right now.

D-Nice tightens his grip on AJ's arm.  AJ looks at the grip
and then into D-Nice's eyes.  D-Nice lets go.

                                        CUT TO:


INT. THE GUCCI SHOP - NIGHT

   AJ strolls into Gucci's, his boys right behind him.
                         AJ(continuing)
              Get down or lay down, Bitch.

Boss, who is trying on sneakers looks up startled.  He then
regains his cool, looks around at his boys and stands up to
meet AJ's challenge.

                         BOSS
              You still acting like you got shit
              uptight. Your guns are parked at
              the airport back home nigga.

                         AJ
              Well, I guess we got to knuckle
              this shit up then.

                         BOSS
              What you want to rumble me right
              here in the Gucci Shop?

Boss moves closer to AJ, hoping that being in a public
place will keep AJ from doing anything.

                         Boss(continuing)
               Huh, wassup?  What are you going
               to do, bitch nigga?


Knowing this will bring the reaction he wants, AJ smiles.
Boss, turns and looks at the five boys he has with him.
He's determined not to be punked in front of them.

Boss quickly turns and sucker punches AJ dead in the face.
Suddenly Boss is swarmed by all of the JBM boys.  His boys
just stand back and watch as Boss is pounded, stabbed with
pens and finally stomped by AJ and his crew.  The shop
personnel are horrified.  One saleslady finally runs out of
the store screaming.

                         SALESLADY
               Security!!  Security!!  They're
               killing this poor man.

                         D-NICE
               Come on, come on, let's roll.
               That bitch is callin' the cops.


AJ however is not finished.  He and Baby Boy grab Boss and
throw him through a glass display case.  They all turn and
run out of the store.  Boss is left battered and bleeding.

                                        CUT TO:


INT.  55TH POLICE DISTRICT - DAY

Detective Jenkins is reading the newspaper report on the
Las Vegas incident.  Detective Mason is using his computer.

                         DETECTIVE JENKINS
               Do you believe this shit.  These
               young punks are all over the
               place.  A brawl broke out in the
               Gucci Shop out in Vegas.

                         DETECTIVE MASON
               Yea, I heard the Captain talking
               about it a little earlier.  Sounds
               like Boss Gaines really took a
               serious ass-whippin'.

                  DETECTIVE JENKINS
You know he got a court case
coming up on Thursday and that may
be the only thing that saves his
life right now.

                  DETECTIVE MASON
I know, this shit is just gone to
a whole new level after that
kidnapping.

                  DETECTIVE JENKINS
Boss is probably hopin' that he
gets a little time, right now.
Shit, jail might be the safest
place for him until things cool
down a little bit.

                            CUT TO:


EXT.  CITY HALL COURTYARD - DAY

City hall is, as usual, busy with folks going about their
day.  Some just passing through the courtyard, others with
business to tend to in city hall itself.  Boss Gaines,
still bandaged from the Vegas brawl, walks toward the East
Side of city hall, headed toward court room 317.  Just
before he enters city hall he makes eye contact with a
young black man.  There is no hostility in the man's gaze
so Boss continues on.  Once inside he notices another black
man, early twenties, reading the Daily News.  When that man
makes eye contact with him, Boss is uneasy, and when he
see's another man on a bench to his left, Boss turns and
breaks back toward the door.  The two men, JBM'ers, pull
their straps and start bustin' shots toward Boss.  Boss
crashes through the door.  Knowing the first guy blocks the
quick exit towards Lord & Taylor's, he runs toward the
courtyard, full of people.  Boss managed to pull his two
guns and is shooting bake at the JBM'ers while he's
running.  Two police officers come around the corner.
People are running and screaming, uncertain of where the
shooting is coming from.  Boss makes his escape down into
the subway.  The cops who came around the corner are now
between the JBM'ers and Boss.  The two have each been
wounded and the JBM'ers know that there are more cops
nearby so they make an exit out toward Lord & Taylor's to a
van awaiting them.  The van screeches off.

                            CUT TO:

EXT.   MONTAGE - ACROSS THE CITY

The police are rounding up the entire top ranking members of the JBM including AJ, D-Nice, and Baby Boy.

                                        CUT TO:


INT.   55TH POLICE DISTRICT - DAY

Detectives Mason and Jenkins are in a questioning room confronting AJ.

                    DETECTIVE MASON
              So, Mr. Johnson, are you gonna
              come clean and start tellin' us
              what you know, or are we gonna
              have to do this the hard way?

                    AJ
              You ain't got shit on me.  You
              know it and I know it.  You can
              fake the funk with somebody that
              doesn't know, but I know what's
              up.

                    DETECTIVE JENKINS
              You don't know as much as you
              think you do.

AJ looks to Detective Mason.

                    AJ
              What is he talking about?

                    DETECTIVE MASON
              Ask him.

AJ looks back to Jenkins.

                    AJ
              What are you talking about?

                    DETECTIVE JENKINS
              It seems somebody finally grew the
              balls to stand up and speak out
              about the JBM and all the shit you
              assholes have been getting away
              with.

                    AJ
              Oh yeah.  Who?

                    DETECTIVE JENKINS
          Carlton Brewer.

                    AJ
          Who?

                    DETECTIVE JENKINS
          Oh that's right.  You probably
          know him as C-Zer.

AJ is stunned.  Then he laughs.

                    AJ
          Yeah right.

                    DETECTIVE MASON
          Oh, he's not joking.  You see, we
          know all about the meeting you
          had.  How you offered to make C-
          Zer a part of your organization to
          keep him from joining with Boss
          Gaines.

                    DETECTIVE JENKINS
          And, when he didn't leap at the
          chance to join you, you decided to
          eliminate him.  But you didn't.

AJ is starting to get nervous.

                    DETECTIVE MASON
          Since C-Zer is no fool, he knew
          that you weren't gonna leave the
          job half-done so he decided to
          sing a long, beautiful song.

                    DETECTIVE JENKINS
          And the name Andrew Johnson was
          all in the chorus.  After all,
          what's he got to lose now.

                    DETECTIVE MASON
          So, you see, the untouchable JBM
          and the fearless leader aren't
          quite so untouchable after all,
          huh?

AJ is speechless.  After a few seconds of thought he speaks
out.

                    AJ
          I wanna talk to my lawyer.

85.

                    DETECTIVE MASON
          You can talk all you want.  Ain't
          a damn thing he can do for you.

                                        CUT TO:


INT.  55TH POLICE DISTRICT – DAY

AJ and his attorney, Saul Weisberg are in the conference
room.

                    AJ
          Look they're sayin' that C-Zer is
          gonna testify.  I can't have that.

                    SAUL
          They might be bluffin' you.

                    AJ
          Bluffin' my dick.  He already told
          them about the fucking meeting
          that we had.  He ran down enough
          shit to them to put me away for a
          long ass time.

                    SAUL
          So what do you want me to do?  Do
          you wanna try to make a plea?

                    AJ
          You're the fuckin' lawyer, you
          tell me.  Can we make a deal?

Saul sits back and takes a deep breath.

                    SAUL
          Well, put it this way.  Maybe they
          could but they probably won't.

                    AJ
          Why not?

                    SAUL
          This case is too high profile?
          It's been all over TV and in the
          newspapers.  Shootouts in public
          places, bodies being found all
          over the city, tens of millions of
          dollars in cocaine on the streets.
          This is the chance for the Mayor

86.

                    and the police department to look
                    like heroes.

                              AJ
                    The Mayor has that fuckin' re-
                    election coming up.

          AJ slams his palms on the table.
                              AJ(continuing)
                    Dammit!!

                              SAUL
                    I just have to feel them out to
                    see if…

                              AJ
                    Naw, naw, fuck that.  We can't let
                    him testify.  That's all to it.

                              SAUL
                    There's nothing you can do.  The
                    cops are watching him like a hawk.
                    He's their star witness.  They're
                    not gonna let anything happen to
                    him.

                              AJ
                    That's not what I'm talkin' about.

                              SAUL
                    Well what are you saying?

                              AJ
                    A million dollars.

          Saul looks in disbelief.
                              AJ(continuing)
                    I want you to offer him one
                    million to take the stand and
                    simply say that he was mistaken
                    and that it wasn't me.

                              SAUL
                    It can't hurt to try.

                                        CUT TO:


          INT.  55TH POLICE DISTRICT - DAY

          AJ is talking on the telephone.

                    AJ
          D, wassup Man?  Look, my attorney
          told me that C-Zer took the cash,
          but I don't trust that Nigga
          anyway.

                    D-NICE
          So, what do you want me to do?

                    AJ
          I just need some insurance that's
          all.  It's a good thing you made
          bail.  You the only one I trust to
          handle this shit right.

                    D-NICE
          You know I got your back.

                    AJ
          Alright, listen up, this is what I
          need you to do.

AJ explains the plan to D-Nice.


                                        CUT TO:


EXT.  CITY HALL - DAY

Television cameras, reporters, police, and curious
onlookers are all over the place.  As the bus pulls up
carrying the prisoners with court cases that day.  AJ gets
out of the van handcuffed, feet shackled and wearing a
bulletproof vest.  He loves being the center of attention
and produces a sinister smile for the cameras.

                                        CUT TO:


INT.  D-NICE'S APARTMENT  - DAY

A man whose face you can't see pulls on a Reverends collar
and a black jacket.  He places a 9mm pistol into the
hollowed out interior of a large bible.

                                        CUT TO:

88.

INT.  CITY HALL COURTROOM — DAY

Inside the courtroom AJ sits confidently next to his
attorney.  C-Zer is on the stand being questioned by the
District Attorney.

>                   DISTRICT ATTORNEY
>           For the record, please state your
>           full name.

>                   C-ZER
>           Carlton Isaiah Brewer.

>                   DISTRICT ATTORNEY
>           And Mr. Brewer, what are you known
>           as on the street?

>                   C-ZER
>           They call me C-Zer.

>                   DISTRICT ATTORNEY
>           And what was your occupation for
>           the past five years, Mr. Brewer?

>                   C-ZER
>           I was a drug dealer.

>                   DISTRICT ATTORNEY
>           And why did you get into dealing
>           drugs?

>                   C-ZER
>           My mom got sick a few years ago
>           and I needed cash to help take
>           care of her.

>                   DISTRICT ATTORNEY
>           Is your mother here today?

>                   C-ZER
>           Yes she is?

>                   DISTRICT ATTORNEY
>           Could you point her out for us?

C-Zer points over behind the D.A.'s table.  There seated in
the first row is his mother.  Seated next to her is the
Reverend with his bible.  The Reverend turns and makes eye
contact with AJ who nods.

> DISTRICT ATTORNEY
> Now there came a time when you
> were approached by the alleged
> leader of the Junior Black Mob, is
> that correct?

> C-ZER
> Yes it is.

> DISTRICT ATTORNEY
> And what did he ask of you?

> C-ZER
> He wanted me to join him and help
> him take over South Philly.  That
> way he would have the whole city
> locked down.

> DISTRICT ATTORNEY
> And what did you say to that?

> C-ZER
> I told him I wanted to thin about
> is because the guy who he was at
> war with had made me an offer too.

> DISTRICT ATTORNEY
> And Mr. Brewer, what happened when
> you told him you needed time to
> thin about it?

> C-ZER
> He shot me six times and left me
> for dead.

AJ is still looking confident.

> DISTRICT ATTORNEY
> The man that shot you, Mr. Brewer,
> is he here today?

> C-ZER
> Yes.

> DISTRICT ATTORNEY
> Do you see him?

C-Zer hesitates for a second.

> C-ZER
> Yes, I do.

                          DISTRICT ATTORNEY
                  Can you point him out for the
                  record?

                          C-ZER
                  Yes.

                          DISTRICT ATTORNEY
                  Would you do so?

C-Zer looks at his mother who gives him a nod of her head.
C-Zer takes another deep breath and points to AJ.

                          C-ZER
                  Right there, Andrew Johnson.

Suddenly a shot rings out and C-Zer's mother falls over a
bullet through her temple.  The crown screams and people
begin to scatter.  The Reverend stands and shoots at C-Zer,
hitting him in the shoulder.  Police rush toward D-Nice
dressed as the Reverend.

                          D-NICE
                  JBM forever!!

With that D-Nice puts the gun to his temple.  He pulls the
trigger.  AJ lowers his head.  D-Nice falls over dead.


INT.  CITY HALL COURTROOM - DAY

AJ is hand-cuffed and standing for his sentencing.

                          JUDGE
                  Having been found guilty on all
                  counts, we hereby sentence you to
                  death by lethal injection. May God
                  have mercy on your soul.

Iaasha is seated behind the defense desk and begins
sobbing.  Aja is bewildered.  AJ turns and mouths the
words, "I love you," to Iaasha.  The court police take AJ
away as he looks back towards Iaasha and Aja.  The JBM's
reign of terror has come to an end.  Scroll conclusion.

                  THE END, MAYBE. CREDITS ROLL