Exhibit O to Ferber Declaration

```
4/7/92 Phila. Daily News 50
1992 WLNR 1376436
```

Philadelphia Daily News (PA)
Copyright © 2004 Philadelphia Newspapers Inc. All rights reserved.

April 7, 1992

Section: LOCAL

PAIR: WE BOUGHT COKE FOR JBM THEY TESTIFY ABOUT ALMOST MONTHLY RUNS TO FLORIDA FOR PURCHASES

by Kitty Caparella, Daily News Staff Writer

Two witnesses said yesterday they traveled to Florida on behalf of Junior Black Mafia defendants almost monthly during 1986 and 1987 to get shipments of cocaine weighing from 22 to 220 pounds for citywide distribution.

Admitted JBM member David Baynham, 30, and JBM associate Malin Dwight Sutton, 34, testified that they had traveled to the Miami area with reputed JBM leader Bernard ''Quadir'' Fields, and with each other to make cocaine buys.

Aaron ''AJ'' Jones, and Bryan ''Moochie'' Thornton are charged as drug kingpins, and Fields with running the JBM's day-to-day operations, in their murder and drug conspiracy trial.

Both Baynham and Sutton, co-defendants in the case, have pleaded guilty in hopes of getting a lighter sentence. Each faces a minimum of 10 years in jail.

Under direct examination by assistant U.S. Attorney Allison Burroughs, each witness testified and corroborated the other's testimony: They carried hundreds of thousands of dollars in suitcases, met with cocaine suppliers and drove back to Philadelphia with shipments of cocaine weighing from 22 to more than 220 pounds.

Baynham, known as ''Heavy'' and ''Fat Dave,'' said he made seven trips during 1986 and 1987 and was paid between $5,000 and $7,000 for each trip. Sutton, who also uses his stepparents' surname, Singleton, said he made seven trips in 1987, for which he was paid between $1,000 and $5,000 per trip.

Both testified they used cocaine at the time, and Baynham said he occasionally dipped into the bags for his personal use.

They identified JBM ranking members and co-defendants Aaron ''AJ'' Jones, Leonard ''Basil'' Patterson, Ronald ''Rock'' Mason, Kevin ''Black'' Bowman, Sam

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

''Magic'' Brown and the late Mark ''Goldie'' Casey as carrying guns and receiving shipments of cocaine. Most wore JBM diamond-initial rings, they testified. Casey died of a drug overdose in prison on Sept. 26, 1989.

   On one trip in December 1987, Sutton said Fields had told him that JBM founder James Cole, still a fugitive in the case, was the middleman who made connections to get cocaine in Florida.

   Both witnesses testified about problems working for the JBM.

   Baynham said he had been bagging cocaine for street sale when some cocaine turned up missing and JBM member Christopher Laster went berserk, pointing a 9mm caliber gun at Baynham's head, asking ''Where is it?''

   The late Leroy ''Little Bucky'' Davis calmed Laster down and took him from the house, Baynham testified. Davis was fatally shot May 14, 1990.

   Sutton said he also operated a crack house near 25th and Federal streets in South Philadelphia owned by Patterson. From there, Sutton said, he distributed cocaine powder and vials of crack, and collected about $5,000 a week, which he turned over to Patterson. He said Jones, Bowman and Brown also owned crack houses.

   Eventually, Sutton said he stopped working for the JBM because ''I was blowing too much coke at the time . . . and I wanted out.''

   With all the testimony of gun-toting JBM members threatening to kill drug dealers, jurors expressed concern for their own safety, according to a government memorandum filed yesterday. The court suggested that jurors leave the courthouse together in a van with tinted windows and be transported home by court personnel.

                        ---- INDEX REFERENCES ----

REGION:   (Pennsylvania (1PE71); USA (1US73); Americas (1AM92); Florida (1FL79); North America (1NO39))

Language:  EN

OTHER INDEXING:   (BLACK BOWMAN; BOWMAN; JBM; JONES; JUNIOR BLACK MAFIA)   (Aaron; Admitted JBM; Allison Burroughs; Baynham; Brown; Casey; Christopher Laster; David Baynham; Davis; Fields; James Cole; JBM; Laster; Malin Dwight Sutton; PAIR; Singleton; Sutton)   (TRIAL)

EDITION: PM

Word Count: 659
4/7/92 PHILADAILY 50
END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.