Exhibit Q to Ferber Declaration

# the nevada observer

**August 16, 2006**

## Nevada's Online State News Journal

*Modern History:*

[From "Organized Crime: 25 Years After Valachi," Hearings Before the Permanent Subcommittee on Investigations of the Committee on Governmental Affairs, United States Senate, 100th Congress, Second Session, US Government Printing Office, Washington: 1988, pp. 623-659]

623

## ORGANIZED CRIME IN PENNSYLVANIA:

## TRADITIONAL AND NON-TRADITIONAL

Prepared for the

Permanent Subcommittee on Investigations

United States Senate

APRIL 15, 1988

By the

PENNSYLVANIA CRIME CONCESSION

WITNESSES: James H. Manning. Jr.. Esq. Commissioner

Frederick T. Martens Executive Director

624

Thank you, Mr. Chairman, for the opportunity to testify before this

Scarfo's influence, and developed a significant presence and support within the black community. A "local hero" in many respects, Roland Bartlett is indicative of the numerous black criminal entrepreneurs that have emerged through narcotics in the last decade in our major urban centers. They represent, if you will, role models for some black

643

youth, who see no other means of upward mobility. Bartlett "made it," albeit through the criminal exploitation of his own community. Equally as significant, however, is that the government has successfully prosecuted Bartlett on drug-related charges and his ill-gotten proceeds have been seized, taking away not only his liberty, but what may be even more valuable to him--his possessions.

　　　　The levels of sophistication characteristic of these enterprises cannot be understated. Major narcotics distribution organizations, such as Bartlett's, separated the divisions of labor into salesmen, cutting crew supervisors, and enforcers. Recruitment into the organization required a criminal act, in some cases the committing of a murder, so as to demonstrate loyalty.  Members carried beepers and avoided long telephone conversations that could be traced or tapped by law enforcement, authorities.

　　　　Recently, another black criminal organization which refers to itself as the "Junior Black Mafia" has emerged in Philadelphia. This group is primarily involved in cocaine trafficking. Leaders of this group are Robert Mims, an inmate at Graterford Prison and former member of the Black Mafia in Philadelphia during the late 1960's and early 1970's, James Madison, head of the West Philadelphia faction of the group, and Michael Youngblood, leader of the group's North Philadelphia members. There are between 30 to 35 members in the group, some of whom reportedly paid an initiation fee of $1,000. There are indications that potential members were screened and only those without criminal records were being recruited.

　　　　Some members of the Junior Black Mafia have been flaunting their affluence in their communities. They have been observed wearing rings featuring the initials JBW encrusted in diamonds, and driving luxury dark-colored vehicles such as BMWs, Mercedes, and Jaguars.      -

　　　　Most significantly, members of the Junior Black Mafia have been observed meeting with Joey Merlino, son of LCN member Salvatore Merlino. Reportedly these meetings are arranged to discuss means of controlling cocaine trafficking by blocks and whites in the Philadelphia area. Junior Black Mafia members have been extorting some established black street dealers for the privilege of selling cocaine at various street corners in Philadelphia.

　　　　Some of the more significant black narcotics-traffickers operating in

Exhibit R to Ferber Declaration

 
nytimes.com

June 17, 2006

# Godfather of Bling Denies He Aided Drug Ring

**By LOLA OGUNNAIKE and ANEMONA HARTOCOLLIS**

He's been called the Harry Winston of the hip-hop world and the godfather of bling, and several rappers have referred to him in their verses. His name is Jacob Arabo, and federal prosecutors are accusing him of laundering money for a huge cocaine distribution network based in Detroit.

But to his loyal clients, who can't get enough of his diamond-encrusted baubles, he is known simply as Jacob the Jeweler. The list of those who have sported his pieces reads like a who's who of urban culture: artists like P. Diddy, Jay-Z, Missy and Pharrell, and athletes like Allen Iverson, Derek Jeter and Shaquille O'Neal.

"If you were a rapper on your way to the top, a stop at Jacob was almost mandatory," said Marvet Britto, founder of the Britto Agency, a public relations company for sports and entertainment figures. "It meant that you had arrived."

In his song "Get in My Car," the rapper 50 Cent rhymes about Mr. Arabo. "Take her to the diamond district/ introduce her to Jacob/ Tell her if she like me/ she should keep me icy." In "Touch the Sky," Kanye West raps, "I went to Jacob an hour after I got my advance/ I just wanted to shine."

Mr. Arabo has just a bit part — one short paragraph — in the 39-page indictment handed up by a grand jury in Michigan and unsealed on Thursday. The indictment lists 41 defendants and accuses two of them, Terry Lee Flenory and Demetrius Edward Flenory, of establishing a drug gang in the early 1990's, which they later named Black Mafia Family, and conspiring with others to distribute more than 476 kilograms of cocaine. Prosecutors say the gang made about $270 million in profits from drug sales across the country.

The indictment charges the jeweler — who goes by the surname Arabo professionally but whose surname is listed in the indictment as Arabov — with failing to declare large amounts of cash from purchases that were made by the Flenorys and their associates as a way of laundering drug money.

His lawyer, Benjamin Brafman of Manhattan, said yesterday that Mr. Arabo did not knowingly sell jewelry to anyone involved in illegal activity.

"All of the cash earned by Jacob Arabov from the sale of jewelry was fully reported, and all the appropriate I.R.S. forms were filed," Mr. Brafman said.

Emerging from his boutique at 48 East 57th Street yesterday, Mr. Arabo, dressed conservatively in a blue pinstriped suit, paused to tell reporters that he was "not guilty, definitely not guilty." He is free on $100,000 bail, pending a hearing in a Michigan court on July 10.

The charge is the latest twist in what Mr. Arabo has portrayed as a Horatio Algeresque rise from humble Uzbeki immigrant to jeweler to the stars.

Mr. Arabo is known for his wavy slicked-back coif as well as his custom creations, which range from the simple to the garishly over-the-top. For years, his gargantuan "Five Time Zone" watches, with models costing from $8,500 to $1 million, were a must-have accessory. And he has "iced out" — that is, adorned with diamonds — car rims, playing dice, cellphones, video-game controllers and more.

"It's like Burger King with Jacob, you can have it your way," said Minya Oh, author of "Bling Bling: Hip Hop's Crown Jewels" (Wenner Books), in explaining Mr. Arabo's popularity.

In 2004, Mr. Arabo moved his business from a modest counter inside the Kaplan diamond exchange on Avenue of the Americas and 47th Street, where he'd been since the early 1980's, to a $12.1 million retail townhouse on East 57th Street, near Buccellati and Prada. He redesigned the interior of the boutique to look like a diamond mine.

He drives a Maybach Mercedes, is always impeccably dressed in luxury labels and is often escorted by an armed security detail. His 40th birthday party, held last June at Cipriani in Midtown, was said to cost well over a million dollars. He has appeared prominently in several music videos and is a character in the video game Def Jam Vendetta. By 2003, he began crossing over to the mainstream, creating pieces for Jessica Simpson (she wore a 22-carat ring of his to the 2004 MTV awards), Sharon Stone (a watch for the film "Catwoman") and Madonna (a pendant).

"If it wasn't for him," said Ms. Oh, "bling wouldn't be the cultural phenomenon it is today."

*Colin Moynihan contributed reporting for this article.*

Copyright 2006 The New York Times Company

Privacy Policy  |  Search  |  Corrections  |  XML  |  Help  |  Contact Us  |  Work for Us  |  Site Map

Exhibit S to Ferber Declaration

## Psalm 128:2 NIV (New International Version)

[2] You will eat the fruit of your labor;
    blessings and prosperity will be yours.

**New International Version**
International Bible Society
Copyright © 1973, 1978, 1984
http://www.ibs.org/

**Link to this Passage:**
http://www.ibs.org/bible/verse/?q=Psalm 128:2&niv=yes

Exhibit T to Ferber Declaration



---


With a clean and sober image in place, the writer decided it was time to make use of his hidden talent. He first expressed himself in a letter to the editor printed in the South Philadelphia Review. Jones took issue with Dangerous Minds, a movie he claimed stereotyped African Americans and Latinos in public schools.

He soon realized he had much more to say.

"A friend said to me, 'Why don't you write a mob story?' I thought about it for several months and decided it would be a good idea," Jones recalls.

The project took more dedication than anything he had ever attempted.

After his eight-hour shift at Home Depot, Jones would come home and spend his nights pounding away at the computer. This routine went on from July to December of 1997. Some nights, Jones felt drained, but he managed to persevere.

"There were times when I just felt like quitting. What kept me focused is that I wasn't writing it for me," Jones recalls. "The right people need to hear this."

The rookie writer took a shrewd shortcut to the publishing process. While penning the book, he established his own company, Eldon Publishing, which allows him to be involved with the marketing and distribution of the final product. Jones actually started promoting the book before he started writing it.

"I wanted to maintain total creativity of the project. I knew what I wanted done," the writer says.

Among other aspects of marketing, Jones designed the book cover - a look inspired by the logo for Mario Puzo's The Godfather. The writer then printed up 11-by-17-inch posters to market the product. Jones says that when people saw the signs, they thought it was a movie.

"We saw a positive response. We got the text together and started to promote it," the author says.

Jones also established a Web site, www.Eldon-Pub.com, so the public could get information on the book before its release. Once it's out, Jones is planning a national book-signing tour.

From the initial response, the extra work seems to be paying off. According to the writer, close to a million copies of The Family will be sent out on the initial printing. He says Barnes and Noble, Borders, Books a Million and Crown Books are some of the major outlets that will carry the book. Jones claims there are more advance orders for his book in the tri-state area than those by Mario Puzo, John Grisham and Danielle Steel.

The release of The Family is just the start for Jones, a father of three, ages 3 to 8. He says talks are in progress to turn the book into a Hollywood movie. The writer has been in contact with studios in the hopes of releasing a film version of his book by 2000.

Jones, who still lives at Fourth and Tasker, also wants to build his company into a corporate entertainment giant, and says a dramatic mini-series is in the works. In addition, he plans to get involved with apparel, movies and music.

It looks like the only way to go is up.

Jones says the key will be getting connected with the right people. He already is using Bert Padell, "the accountant to the stars," as an advisor. Padell's client list includes the likes of Madonna, Alice Cooper, Dr. Dre and Robert DeNiro.

"I want to be established as one of the bad boys of entertainment with no limits," says the novice writer. "There is a lot of talent in Philadelphia that has not been exploited."



Copyright © 2002 - 2005, Antonne M. Jones
All Rights Reserved

Exhibit U to Ferber Declaration

***Scenes A Faire*** **DVD**

SUBMITTED UNDER SEPARATE COVER

Exhibit V to Ferber Declaration

**Plaintiff claims similarities in elements concerning *scenes a faire* in the gangster genre as demonstrated by the following three gangster films: *New Jack City* (1991), *Scarface* (1932), and *Scarface* (1982).**

<u>New Jack City (1991)</u>

     *New Jack City* is a 1991 film from the drug gang genre depicting the story of a local drug dealer, Nino Brown, played by Wesley Snipes, who ruthlessly builds a drug dealing empire in Harlem, New York in the 1980's.  Brown first launches his drug empire after a meeting with four to five fellow gang members in the back of a local nightclub.  Brown calls his gang the Cash Money Brothers or "CMB," with each member having a primary responsibility.  Gee Money is the "right hand man, "The Duh Duh Duh Man" is the muscle, and Kareem Akbar is responsible for the technology.

     With the proceeds from their illicit activities, the gang members prominently adorn themselves with flashy jewelry, including diamond rings.  Their clothing and apparel is also frequently emblazoned with the CMB initials, with one gang member even shaving the initials into the back of his head.

     Throughout the film, Brown and his gang frequently employ violence to eliminate rival gangs and consolidate their power as part of their plan to "own this f---ing city."  As Brown's gang becomes more powerful, he is able to operate independent of the Italian mafia's drug supply by establishing his own connections with Peruvian drug dealers, thereby cutting out the middleman.  Reflecting on their successful drug empire, Brown and his gang celebrate their success by toasting to "the fruit of our hard work."  At the end of the film, Brown is double-crossed by Gee Money, his right hand man, whom Brown kills for his disloyalty.

<u>Scarface (1932)</u>

     *Scarface* is a 1932 film from the gangster genre that depicts Tony Camonte's rise to power in the prohibition-era beer distribution business.  Camonte and his gang of four employ violent methods to take over rival gangs and consolidate power.  In order to take over the city's booze distribution business, Camonte and his gang ruthlessly assassinate rival booze distributors and blow up saloons owned by the competition.  Camonte invokes the motto "Do it first, do it yourself, and keep on doing it" and can be seen wearing flashy jewelry including a pinky ring throughout the film.

<u>Scarface 1983</u>

     The 1983 version of *Scarface* is loosely based on the 1932 film, insofar as it depicts Tony Montana's (played by Al Pacino) rise to power in the cocaine business in Miami in the early 1980's.  Montana's first foray into the Miami drug business occurs when he is solicited by a local drug under-boss, Omar Suarez, to buy cocaine from a group of Colombians.  Montana assembles a core gang of four for this initial deal, which unexpectedly turns violent.  Nevertheless, Montana emerges successful, obtaining both the cocaine and the money.

     Impressed, the boss of the drug gang, Frank Lopez, invites Montana to join his gang and takes Montana out to a nightclub where he, Montana, and Suarez discuss future endeavors.  One of these endeavors is a trip to Bolivia to establish a direct connection with a cocaine supplier that

would enable Lopez to cut out middlemen. On this trip Montana's insatiable appetite for "the world and everything in it" becomes apparent. In defiance of Lopez's instructions, Montana makes an unauthorized deal to purchase a large quantity of cocaine, that Montana frequently praises as "puro." Also during this trip, Suarez is killed by the Bolivian drug dealer who believes him to be a disloyal police informant.

Upon his return to Miami, Lopez and Montana eventually split as a result of the unauthorized purchase of cocaine and the death of Suarez. Lopez perceives both these acts as disloyal, and attempts to kill Montana. Montana survives, and retaliates against Lopez for his perceived disloyalty. In a pivotal scene, Montana kills his right hand man, Manny Ribera, for engaging in a romantic relationship with Montana's sister, considered a highly disloyal act which Montana had admonished against years before.

## In the gangster genre, it is standard for the gang to have a chain of command and employ violent methods to eliminate rivals and disloyal gang members.

### Little Caesar (1931)

Little Caesar is 1931 film depicting Rico Bandello's rise to power in the Chicago mafia. Bandello uses violence to take over rival gangs in order to consolidate and amass power. Throughout the film, he and other gangsters can frequently be seen wearing flashy jewelry including diamond pinky rings. In the final scene depicted from this film, Bandello guns down a fellow gang member who is about to betray the gang by revealing confidential information, which Bandello considers disloyal.

### The Public Enemy (1933)

The Public Enemy is another prohibition-era film from 1933 depicting the rise to power of a small time gangster, Tom Powers. Powers' core group of four first devises a plan to take over the illegal booze business in the backroom of a speakeasy. From then on, Powers employs increasingly violent means to take over rival gangs depicted in violent shoot outs around the city.

### Juice (1992)

Juice is another inner city gangster film that depicts four urban youths who form a gang to rob a neighborhood bodega. As the story progresses, the leader of the gang, Roland Bishop, played by Tupac Shakur, becomes increasingly violent, eventually killing two of his fellow gang members because of their perceived disloyalty to him, the gang, and their criminal enterprise.

### Untouchables (1987)

The Untouchables is a 1987 film depicting the efforts a special prohibition police task force designed to route the notorious Al Capone and his mafia from their bootlegging and violent crime empire in Chicago, Illinois. In the included scene, Capone (played by Robert DeNiro) can be seen bludgeoning a fellow gang member to death for his disloyalty.

**As the gang grows, there is inevitably a desire to cut out the middleman and obtain the drugs (or illegal alcohol) directly from the source in order to deliver purer drugs at a greater profit.**

**With their corresponding newfound wealth and power, the gangs typically purchase extravagant jewelry and homes. At the same time, they also must protect their illicit proceeds by bribing police and employing legitimate businesses as fronts for their illegal activity.**

*American Gangster (2007)*

    *American Gangster* is a 2007 film in the drug gang genre based on the real life drug kingpin Frank Lucas. The film depicts Frank Lucas's rise to power and eventual control of the Harlem heroin trade. Lucas is able to establish his drug empire and take over the drug trade in New York City by employing violent means to eliminate his rivals and by traveling to southeast Asia to buy directly from Asian heroin producers. This direct connection allows Lucas to cut out the middleman and provide his customers with a purer product at a cheaper price. Frank Lucas' empire grows so large that he eventually becomes the distributor to the Italian mafia. After Lucas is shot, his wife implores him to abandon the drug business, but he eventually chooses to proceed with his illicit activities over his wife's objections despite paying lip service to the ideas of family.

*Original Gangstas (1996)*

    *Original Gangstas* is a 1996 gangster film set in Gary, Indiana. It depicts a former gang that resurrects itself in order to seek revenge for the killing of one of the gang member's sons. The included scene depicts a meeting between two groups of the gangsters who can be seen adorned with lavish gold jewelry and, in particular, oversized rings.

*Hoodlum (1997)*

    *Hoodlum* is a 1997 gangster film based on the real life gangster Bumpy Johnson (played by Laurence Fishburne), who competes with Dutch Schultz (played by Tim Roth) to take over Harlem's illegal lottery and booze businesses. Johnson violently eliminates rivals and battles Dutch Schultz for control of Harlem. In the excerpted scenes that take place in Schultz's office, Schultz is seen bribing a police officer, and later killing another gangster after becoming frustrated with his use of Spanish.

    As Johnson becomes more powerful, he finds himself in greater conflict with Schultz, who eventually sends assassins to kill Johnson. Johnson enlists his own gang members to retaliate who willingly go along invoking the motto, "from the womb to the tomb."

    Johnson's wife becomes increasingly critical of his gangster lifestyle and implores him to abandon it. Johnson dismisses her suggestions and chastises her for criticizing his profession on the one hand, while enjoying its luxurious benefits on the other hand.

    As the conflict between Schultz and Johnson escalates, so does the violence. Schultz is eventually able to bribe one of Johnson's gang members, Vale, into poisoning Johnson. Johnson foils this plan, and has Vale killed for his disloyalty.

*Year Of The Dragon* (1985)

     *Year of the Dragon* is another film from the drug gang genre depicting the violent clash of rival Asian gangs in Chinatown, New York, with a particular focus on Joey Tai's aspirations to control the drug trade in Chinatown. In the excerpted scenes, gang members can be seen assassinating rival gang leaders and launching all out assaults on businesses controlled by rivals. Joey Tai can be seen traveling to Southeast Asia where he buys a purer form of heroin directly from the source, thereby cutting out the middleman.

## A standard cinematic device in these gangster films is to tell the story from the perspective of a first person narrator who is dead, near death or incarcerated.

*Get Rich or Die Tryin'* (2005)

     *Get Rich or Die Tryin'* is a 2005 film from the drug gang genre depicting the story of an orphaned inner city youth from New York who is torn between a life of crime selling drugs and pursuing his music career. The film is told through a retrospective narration after the protagonist, Marcus, suffers a near fatal shooting. The story chronicles the violent acts by Marcus and the four members of his gang as they vie for control of New York's drug trade, employing the motto "getting paid and getting laid." In a particularly violent scene, the drug kingpin instructs an underling to remove the teeth of a disloyal gang member who is then killed.

*Goodfellas* (1990)

     *Goodfellas* is a 1990 film in the gang genre that depicts a poor boy's attraction to the Mafia lifestyle, his ascent in the ranks, and his subsequent downfall. The film's three decade time span is depicted through the first person retrospective narration of Henry Hill (played by Ray Liotta). At the end of the film it is revealed that Hill is telling the story from within the Witness Protection Program.

*Menace II Society* (1993)

     *Menace II Society* is a 1993 film from the drug gang genre that depicts a poor inner city drug dealer in the ghettos of Los Angeles. The entire film is told through a first person narration, and it is revealed at the end of the film that the narrator is, in fact, deceased. The film depicts acts of violence associated with drug dealing and living in a crime infested neighborhood.

*Mobsters* (1991)

     *Mobsters* is 1991 film from the gang genre depicting the ambitions of four poor inner city youths to take over the organized crime business in New York City early in the 20th century. Like many films in this genre, it is narrated retrospectively and includes graphic acts of violence as the gang consolidates power and eliminates rivals. The gang makes its first major foray into the illegal booze business while in the backroom of speakeasy. As their empire grows, so does their need to eliminate rivals, which they accomplish by assassinating a rival gang leader while he eats in a restaurant.

**Plaintiff's alleged similarities are also pervasive in real life gangs, as demonstrated in the acclaimed 2007 Black Entertainment Television (BET) documentary series "American Gangster."**

Chambers Brothers: 1980s - Detroit, Michigan
         The Chambers Brothers were a gang involved in the distribution of crack cocaine in Detroit, Michigan in the 1980s.  The BET documentary tells the story of the five brothers from Arkansas using letters they had written from prison as a basis to narrate their story.  Like many real life gangs, The Chambers Brothers used violent and brutal methods to eliminate rivals and consolidate power in their drug dealing enterprise.

Lorenzo "Fat Cat" Nichols: 1980s – Queens, New York
         Lorenzo "Fat Cat" Nichols was a drug kingpin in Queens, New York in the mid-1980s.  Lorenzo got his start in the "Little Crowns Gang," but eventually became the leader of his own drug gang.  Lorenzo and his gang's affinity for flashy jewelry is readily apparent throughout the documentary.

Troy & Dino Smith: 1980s-1990s – San Francisco, California
         Troy and Dino Smith were two brothers who committed a series of high profile and highly lucrative heists in San Francisco in the mid 1980s through the early 1990s.  As reflected in the included clips, they were renowned for their use of female accomplices to accomplish their robberies.  One of the gang's members rhetorically explains the gang's motto, "why knock off a liquor store when you can knock off the liquor supply warehouse."

Freeway Ricky Ross: 1980s – Los Angeles, California
         Freeway Ricky Ross was a drug dealer based out of Los Angeles, CA.  He became one of the primary importers and distributors of crack in the United States after meeting Darilo Blandon, a Nicaraguan exile.  Freeway Ricky Ross' direct drug connection allowed him to cut out the middle man and buy directly from the source, thereby allowing him to rise to the top of his drug empire.

Rayful Edmond III: 1980s – Washington, DC
         Rayful Edmond III was a notorious drug dealer in the 1980s who is credited with having introduced crack into Washington, DC.  In the BET documentary, Edmond's story is told in part through a retrospective narration based on letters he wrote from prison.  Edmond explains how he used extreme acts of violence to subdue rival gangs and take over portions of the city.  Like many other successful drug dealers, Edmond worked directly with multiple Colombian drug cartels, thereby obviating the need for any middlemen.

Philly Black Mafia: 1960s-1970s – Philadelphia, Pennsylvania
         The Philly Black Mafia was an highly sophisticated and extremely violent organized crime family that operated out of Philadelphia, Pennsylvania in the 1960s and 1970s.  The BET documentary depicts the gang's motto, "Do for Self," as well as its tension with the Italian mafia as the gang's power, prominence and territory grew.  Once it was eradicated as a result of

internecine fighting and successful prosecutions, The Philly Black Mafia became the benchmark for future gangs, including the Junior Black Mafia, the historical basis for *State Property*.

Frank Lucas: 1960s-1970s – New York, New York

As discussed above in *American Gangster*, Frank Lucas was a drug kingpin operating out of Harlem, New York in the 1960s and 1970s. Lucas' rise to power was primarily a result of his ability to make a connection with heroin producers in southeast Asia, allowing him to cut out the middleman and produce a purer product at a much cheaper price. In the documentary, Lucas operates his gang, the Country Boys, with a militarized division of labor with certain individuals designated as muscle and others as his right hand man. Lucas was also known for having bribed local police officers.

Exhibit W to Ferber Declaration

*New Jack City* **DVD**

SUBMITTED UNDER SEPARATE COVER

Exhibit X to Ferber Declaration

The Philadelphia Inquirer

FRIDAY
March 18, 1988

# METRO

SECTION **B**

# Police investigating reports of a Junior Black Mafia

By George Anastasia
Inquirer Staff Writer

The first mention came about four months ago, said Willie C. Byrd, special agent in charge of the southeast region for the Pennsylvania Crime Commission.

Young black men were driving around in dark-colored jeeps, dealing drugs and calling themselves the Young Black Mafia.

"A week or two later, Edgar Cashin, another crime commission agent, started hearing similar reports from an informant and from other investi-

gators. The same trappings, but a different name: Junior Black Mafia. They were into drugs, primarily cocaine. One of their goals was to take back territory to Southwest Philadelphia, controlled by Jamaican drug dealers.

"Initially, when I heard it, I was apprehensive," said Byrd. "I thought some of it might just be street talk. But then we started to get the same thing from other informants and from other agencies. And I knew there had been some conflicts between blacks and Jamaicans. I was

aware of competition between the two groups. Some of the reports made sense."

An intelligence report prepared by crime commission investigators, based in part on information provided by a confidential informant, links three convicted drug dealers, Robert "Hodie" Mims, Michael Youngblood and James "Nissaa" Maddox, to the new organization.

Mims, a former member of the old Black Mafia, is serving a life sentence in Graterford Prison for his conviction on a murder charge.

Youngblood, who most recently surfaced as a federal informant in a drug case, has had ties to members of the organized-crime family allegedly headed by Nicodemo Scarfa. Maddox has been a longtime associate of Youngblood's.

But, said a Police Department official, "no two sources are telling us the same names. It's so new, it's taking us a little while to develop the cast of characters."

In addition, investigators acknowledge that they do not have a clear picture of the group's activities or

how extensive it is.

What investigators say they do know is that there is a group of young black men adopting a high profile and high lifestyle, marketing and distributing cocaine and, perhaps, heroin. Some informants say they also have proposed contract killings.

Indeed, some of the most basic details about the group are unknown, say investigators: For example, although the group is said to operate in many of the city's black neighborhoods, some informants put the

group's number at only 15. Others say there are 30 members. Investigators say their intelligence is so recent they are unable to determine exactly what they are dealing with.

Initially, for example, Byrd's informant said one police too belonging to the organization was no criminal record. Later, intelligence reports linked known drug dealers with lengthy records to the gang.

Then there was the initiation fee: Members had to put up $1,000 to join.
(See **GROUP** on 6-B)

---

## City settles in 'Stalker' lawsuit

### Gives assurances on questioning black men

By Emilie Lounsberry
and Thomas J. Gibbons Jr.
Inquirer Staff Writers

In response to a civil rights suit contending that police had illegally questioned hundreds of black men at random in the search for the so-called Center City Stalker, city officials agreed yesterday that a person would not be taken into custody just because he matched a physical description of the suspect.

The agreement came after attorneys for two black men who were questioned by police contended that "hundreds" of black men had been stopped or detained without cause only because they bore a "minimal" resemblance to the man believed to have assaulted seven women at gunpoint since January.

Under the terms of the agreement, no one can be taken into custody, involuntarily stopped, detained, frisked or searched on city streets only because he resembles a police sketch or physical description of the suspect.

The police are free, however, to stop "any person" in the city and seek that person's voluntary cooperation in the investigation, the agreement stated. But upon initiating such a contact, the police must advise the person that cooperation is not required.

Deputy City Solicitor Ralph J. Teti said in an interview after the agreement was signed that the city had not admitted any wrongdoing. He said the intent of the police always had been to "catch the Center City Stalker and not to violate anyone's rights."

And Capt. Richard DeLise, a police spokesman, said that police "to the best of our knowledge have been doing that lawfully and will continue to do that."

The suspect has been described by police as a black man in his early 20s who has a mustache, is between 5-foot-6 and 5-foot-8, and weighs between 120 and 140 pounds. The suspect also has been known to wear sunglasses.

According to police, six of the seven victims were sexually assaulted, and four were robbed. The assaults, which began Jan. 12, occurred in a manner so similar that police believe that they were carried out by one person. The most recent attack was March 3.

In the lawsuit, attorneys Stefan Presser, legal director for the American
(See **SUIT** on 6-B)

---



WORRIED ABOUT HER MISSING SON, Gena Jones wonders whether he was kidnapped, is dead or hiding. Her son, Joseph, 12, has disappeared along with another youth, Cornell Williams, 15, amid the slaying of Cornell's brother, Anthony.

Police believe the death is drug-connected. Jones, seated near her 3-year-old twin daughters, Sharrell and Shantell, waited for word yesterday at her home in the King Plaza project. Story on Page 2-B.

*The Philadelphia Inquirer / JIM PRESTON*

---

## Street: Put trash plant in the N.E.

### Krajewski vows 'war' over site

By Robin Clark
Inquirer Staff Writer

City Councilwoman Joan L. Krajewski yesterday learned the political consequences of dumping on her mercantile colleagues, Councilman John F. Street.

Street stepped back. One might even say he "trashed" her.

A week after Krajewski played a key role in ousting Street from his seat on the Philadelphia Gas Commission, Street yesterday asked Council to study "additional or alternative sites" for Mayor Goode's proposed trash-to-steam plant.

The only two sites mentioned in Street's resolution were — guess where? — in Krajewski's Northeast Philadelphia district.

"If he wants war, he's got war," Krajewski fumed afterward. "Let him try. Let John Street dare try to get involved with the Northeast ... When he's tangling with Councilwoman Krajewski, he's got a problem."

Street, wearing a crocodile smile, insisted that his resolution was offered neither in jest nor out of vengeance. "No reason," he said "why I wouldn't want to tell the trash-disposal ... said Street, adding that the South Philadelphia incinerator proposed by Goode would handle only about a third of Philadelphia's residential and commercial rubbish.

As for Krajewski's declaration of war, Street shrugged it off.

"There are some people in South Philadelphia who feel that the war has been going on for several years," he said, referring to community opposition to Goode's proposed plant. Added Street, whose district lies in the heart of North Philadelphia: "I didn't get too many votes from the Northeast in my last election."

The warmth between Street and Krajewski was one of two engagements bought yesterday in the escalating war between Council's old guard and dissident factions.

In the other confrontation, Street suffered his second political defeat in as many weeks at the hands of Council's so-called factions Coalition, Republicans joined dissident Democrats to shout down Street's attempt to shift control of a potentially embarrassing pension-law review.

Street's loss was all the more stunning because it appeared to set the
(See **SKIRMISH** on 6-B)

---

# Penna. charges 15 Roofers figures

By Daniel R. Biddle
and Paul Nuschichiano
Special to The Inquirer

Roofer by trade, German by birth, Hans Martin Glueg had come to this country to start his own business and share in the American Dream.

But no one in the old country could have told him about Stephen Traitz Jr.

In late 1984, according to racketeering charges filed yesterday by the state Attorney General's Office against 15 current or former Roofers Union officials, Glueg was working

on a roof in Abington Township when two men stopped by, told him he should see a man named Stephen J. Traitz Jr., the union leader; gave him union business cards, and flashed a badge.

When Glueg declined repeated invitations to meet with Traitz, the union leader and 10 other men served up at the American Legion hall in Willow Grove, where Glueg moonlighted as a doorman.

There, on Jan. 6, 1985, according to an investigator's affidavit filed yesterday in a Montgomery County dis-

trict justice's office, "Traitz grabbed Glueg by the hair and knocked him to the ground, where he was assaulted by the group. ... He was treated at Abington Hospital and released, but he gave up his roofing business as a result."

Glueg's story was among dozens told to authorities during the three-year state and federal investigation of labor violence that resulted in yesterday's criminal charges against Traitz and the others.

Traitz and his codefendants — most of whom already face prison for

federal racketeering convictions — are charged with racketeering, conspiracy and a list of related offenses that include making terroristic threats and theft by extortion. All 15 are scheduled to surrender this morning in Elkins Park.

In essence, the defendants are accused of running their 4,300-member union "through a system of violence and intimidation," Robert M. McKee, the U.S. Labor Department special agent who headed the investigation, said in an interview: "It has actually
(See **CHARGES** on 6-B)

---

## 13 prison workers face hearings

By John Woestendiek
Inquirer Staff Writer

City prison officials said yesterday that after the arrests of eight employees Tuesday, 13 others have been scheduled for disciplinary hearings based on investigators' findings at two prison system work-release centers.

Edmund H. Lyons, acting superintendent of Philadelphia prisons, said the hearings were likely to be the first of many emanating from information passed on by the District Attorney's Office and the Police Department during a continuing 18-month-old investigation of alleged prison corruption.

The employees were non institutions yesterday of their disciplinary hearings, which could lead to suspensions or firings, Lyons said.

Seven correctional officers and a prison cook were arrested Tuesday on assault, bribery and escape charges in an investigation that authorities said could eventually result in the arrests of more than 100 prison employees and administrative functions against scores more.

Of the 13 emplo-- ''... admin-
(See ?? on 6-B)

---

# Putting incinerator ash to good use

### New process could turn it into a safe glass, firms say

By Andrew Maykuth
Inquirer Staff Writer

A South Jersey glass manufacturer and a Mount Laurel incinerator operator have teamed up to devise what they say is a process for transforming incinerator ash into nontoxic glass.

If successful, the experimental process would represent a major step toward safely treating and disposing of millions of tons of ash produced by incinerators. Most of the ash — some of which is considered hazardous waste — is sent to landfills at enormous expense.

In the process, developed by Wheaton Industries Inc. of Millville and Trole Incineration Co. of Mount Laurel, glass and incinerator fly ash are mixed to produce a clear substance, which they call glass.

Officials from the two companies said the process effectively alters the chemical makeup of the toxic heavy metals in incinerator ash, preventing the hazardous substances from leaching out. The chemical change would address the concerns of environmentalists, who say that the heavy metals in buried incinerator ash have leached into underground water supplies.

Joseph E. Trole, president of Trole Incineration, said he was so enthusiastic about the process that he went to such ...... to ... Mayor Goode, saying that the glass process could solve Philadelphia's mounting problem of how to dispose of the ash from its two incinerators.

"We c---ld take their ash and convert it into glass, and that



Payment has been made to the Copyright Clearance Center for this article.

# Police investigating reports of a Junior Black Mafia

**GROUP, from 1-B**

the organization, according to some sources. Others said that was not always the case.

First reports said the group was dealing drugs. Then it was more specific, cocaine. Later it was heroin and cocaine and contract killings for fees from $2,500 to $5,000.

And then there were the rings.

"A few weeks after the first call, we started hearing about these diamond-encrusted initial rings," said Byrd.

The rings, one of which was seized by Philadelphia police, consist of 29 small diamonds that form the initials "JBM." Members wear the rings as insignia and there are signs of their affiliation with the JBM.

It is, police say, one of the curious affectations of the new organization, whose members also have taken on additional status-symbol trappings of successful young urban [professionals].

They wear ...ive clothes.

They frequen...restaurants and trendy clubs.

And they drive high-priced, but not flashy, automobiles.

BMWs and four-wheel-drive vehicles appear to be their favored modes

of transportation. Many of the vehicles have been monogrammed with the initials JBM.

"These are mostly young guys," said Byrd. "And these are signs of their immaturity. Normally, you don't go around flashing things of value without any means of support.

"They're entrepreneurs," added a Police Department investigator. "And they believe in demonstrating the trappings of their success. That's why we're seeing the jewelry and the cars. It's awareness and status in the neighborhoods. They take the position that it's no one being successful if no one knows about it."

Just how successful is still a matter of conjecture.

Several suspected members have been questioned and a few charged with illegal gambling. In a vehicle in black Philadelphia, North, South and Southwest Philadelphia and has apparently formed some type of alliance with the Scarfo organization, and the drug-dealing organization that terrorized several sections of that territory in the late 1960s and early 1970s.

*The ring linked to group*

*Twenty-nine diamonds form initials*

Police said the group is active in the city's Southwest Philadelphia as well as the Mount Airy, West and Southwest Philadelphia and is currently the focus of a major investigation involving a narcotics network that begins with Colombian drug traffickers and includes members of the Scarfo organization.

Police have observed at least one meeting between members of the Scarfo organization and the Junior Black Mafia. That meeting took place in Philadelphia, that is known, to turn out for members of the Scarfo mob.

Byrd said the first reports about the Italian Mafia connection to the Junior Black Mafia were known, that the money was pocketed. The profits were than used to fuel a second purchase and to finance the high-profile lifestyles of the members.

"With each deal, another member would get one of these new cars," he said.

Within the last week, with police cooperation more recently, with some members have melted down their initial rings and removed the JBM monograms that had painted on their cars.

"With all the trappings of the organization, Byrd said, black organization.

For decades most of the drug and illegal gambling trade in the city's black communities has been controlled by organized groups, he said. But, Byrd said, they never have re-

had authorized its officers to stop, search and detain black men without sufficient cause to believe that they had committed a crime.

Such a policy, they contended, violated the rights of those men to be protected from unreasonable police searches.

The lawsuit included affidavits from two black men, Del Wans of Haverford and Jamie Arrington of Philadelphia, who contended that they had been embarrassed and humiliated after they were picked up by police for questioning.

Arrington, an employee of the city Revenue Department, contended that he was surrounded by police and handcuffed while he was getting information at the YMCA at 15th and Arch Streets about using its pool.

Arrington, who said he was interrogated for about an hour and 40 minutes before police released him.

Watts said he was driving in Center City on Sunday night, when he was pulled over by police, questioned and compared to a police sketch as a crowd began to gather, and then finally permitted to leave.

The lawsuit sought an injunction barring the City of Philadelphia, Police Commissioner Kevin M. Tucker and city police officers from detaining black men in Center City "solely because they bear a generalized racial and physical resemblance to a police composite of an unapprehended sex offender."

U.S. District Judge James McGirr Kelly refused to grant an injunction, but said a hearing on the request

Rodovsky said they were satisfied with the resolution of the lawsuit.

"The reason it was so important that we get this writ down is that in the next few weeks, the Police Department of this city had massively violated the rights of black men in this community," said Presser.

In a related development, more than a dozen police officers converged on a Center City office building yesterday and spent hours in a top-to-bottom search after receiving a report that a man fitting the suspect's description had been an employee for the building on the 18th-floor men's washroom, police said.

Officers waited out of the 2d-story room, police said.

The stereo system alone was worth $10,000," a police investigator said of the BMW.

Crime commission investigators said the group has been operating in black Philadelphia. The profits were than used to a known, hang-out for members of the Scarfo mob.

business agent Michael Daly. "As the fire trucks arrived," the affidavit states, "so did Michael Daly. Huba check said that Daly approached him at the scene and said, 'It looks like you have a problem. Things like this happen when you're ... people ...'"

Besides Traitz, Mangini and Daly, the defendants in the state's case include Traitz's sons, Joseph and Stephen, 36; Jack Kinkade, Richard Schoenberger, Robert Medina, Mark Osborn, Edward Hurst and Robert Crosley, all former officials; and current business agents Philip Chianl, Joseph E. Colombo, who charged out for new pension plan last month while disputing that any windfall was intended. Coleman has been at the center of the inquiry since his election last year, when the question of

As an example, Byrd pointed to the extensive law enforcement and one-style missions and arrests begin to crime killings linked to the Scarfo family since the assassination of mob boss Angelo Bruno in 1980. In contrast, he said, there have been no attention paid to drug-related killings in the black community.

Last year alone, Byrd said, citing a statistic provided to him by the Police Department, there were 97 such deaths.

"Black organized crime has been largely ignored," added Fred Martens, executive director of the Pennsylvania Crime Commission. "It's treated the same way people treated the Italians in the 1920s. Nobody cared. It was Italians killing Italians, so it was largely inconsequential.

To date, police say, the Junior Black Mafia has succeeded with more established drug dealers, but investigators said they feared a potential for violence as the new group begins to compete for the same markets.

The emergence of the new group

der a second opinion on the windfall, which was voided last week by City Solicitor Seymour Kurland, who ruled that it amounted to an illegal retroactive pay increase for Council members.

Street, after stalling Burrell's initiative for a week, offered a substitute measure yesterday that would limit the scope of the inquiry and would have shifted it from Burrell's committee to Councils Committee of the Whole.

The Committee of the Whole is chaired by Council President Joseph E. Colombo, who charged out for new pension plan last month while disputing that any windfall was intended. Coleman has been at the center of the inquiry since his election last year, when the question of

to avoid a prorated court suit over the issue by settling the question of whether the bill contains an illegal windfall for elected officials.

Street downplayed his defeat. "You win 'em and you lose 'em," he said with characteristic nonchalance. "Sometimes up, sometimes down."

But Street was at a loss to remember the last time his political fortunes had suffered a worse decline than in recent weeks. At Council's last session, the president faction forced Street out of his seat on the city's most prestigious panel by asking questions about his $55,000 impaid bill to the Philadelphia Gas Works.

"I've lost [other] votes," Street said, stopping for several moments to think. "But I really can't remember when."

comes at a time when the Scarfo family's alleged influence over illicit enterprises has begun to wane. Scarfo, currently on trial along with eight associates for the 1984 murder of a known organized-crime figure, has been sentenced to 14 years in prison in a federal extortion case.

At the time of his murder, Testa was believed to control a major portion of the methamphetamine drug trade in the city and had begun to forge links with black drug dealers to expand into black communities.

One of his associates, he assumed control of the city's mob was Michael Youngblood, whose name is now being linked to the Junior Black Mafia investigation. Byrd said he assumed he was with the demise of Scarfo, no one else would move in to fill that vacuum," said a member of the Police Department's organized-crime intelligence unit.

What remains unclear, he said, is whether the Junior Black Mafia is a prototype of the mob of the 1990s.

"We don't want to create a Mafia mystique with this group like we did with the Italians ..." said Martens. "But we also don't want to ignore what's going on."