UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ANTONNE M. JONES,                                    :
                                                     :    07 Civ. 3648 (KNF)(HBP)
                        Plaintiff,                   :
                                                     :
           - against -                               :
                                                     :    **NOTICE OF MOTION**
ROC-A-FELLA FILMS, INC., LIONS GATE                  :
FILMS, INC., and DAMON DASH,                         :
                                                     :
                        Defendants.                  :
-------------------------------------------------------------x

**PLEASE TAKE NOTICE** that at a date and time to be directed by the Court, in the Courtroom of the Honorable Kevin N. Fox, United States District Court Judge, Southern District of New York, located at 500 Pearl Street, New York, NY 10007, Room 20A, the defendants Roc-A-Fella Films, Inc. ("Roc-A-Fella") and Damon Dash ("Dash," collectively, "Defendants") will and hereby do move this Court, pursuant to Federal Rules of Civil Procedure ("FRCP") § 56, for summary judgment in Defendants' favor.

This Motion is based on this Notice of Motion and the Memorandum of Law filed and served concurrently herewith and upon the papers, records, and pleadings on file herein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Scheduling Order issued by the Court on or about March 17, 2008, if you wish to object to the Motion, the objection shall be in writing and shall conform with the Federal Rules of Civil Procedure, Local Rules of the United States District Courts for the Southern and Eastern District of New York and Individual Rules of Practice of the Honorable Kevin N. Fox, United States Magistrate Judge. Any objection to the Motion shall be filed with this Court and served on all parties by May 13, 2008.

{00026351.DOC; 1}

2

Further, any reply to any opposition to the Motion shall be filed with this Court and served on all parties by May 27, 2008.

Dated: New York, New York
April 15, 2008

                                      COHEN TAUBER SPIEVACK & WAGNER P.C.

                                      By:    /s Stephen Wagner
                                              Stephen Wagner
                                              Ginnine Fried
                                      420 Lexington Avenue, Suite 2400
                                      New York, New York  10170
                                      (212) 586-5800

                                      *Attorneys for Defendants Damon Dash and*
                                      *Roc-A-Fella Films, Inc.*

2

{00026351.DOC; 1}