UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANTONNE M. JONES,

                             Plaintiff,

        - against -

ROC-A-FELLA FILMS, INC., LIONS GATE
FILMS, INC., and DAMON DASH,

                            Defendants.
-----------------------------------------------------------------x

07 Civ. 3648 (KNF)(HBP)

## DECLARATION OF GINNINE FRIED IN SUPPORT OF DEFENDANTS ROC-A-FELLA FILMS, INC. AND DAMON DASH'S MOTION FOR SUMMARY JUDGMENT

I, Ginnine Fried, declare as follows:

1. I am a member of the Bar of this Court and associated with Cohen Tauber Spievack & Wagner P.C., attorney for defendants Roc-A-Fella Films, Inc. ("Roc-A-Fella") and Damon Dash ("Dash," collectively, "Defendants"). I am fully familiar with all the facts and circumstances hereinafter stated. I submit this declaration in support of Defendants' Motion for Summary Judgment.

2. I have reviewed Defendant Lions Gate Films, Inc.'s ("Lions Gate's") Memorandum of Law in Support of Summary Judgment and adopt all the arguments set forth therein.

3. I have reviewed the exhibits attached to the Declaration of Tom J. Ferber, dated April 15, 2008, and adopt all of the exhibits attached thereto.

4. I have reviewed Lions Gate's Local Rule 56.1(a) Statement of Material Facts Not in Dispute, and adopt the facts stated therein.

{00026469.DOC; 1}

5.      Attached hereto as Exhibit A is a true and correct copy of the Complaint, dated April 17, 2007.

6.      Attached hereto as Exhibit B is a true and correct copy of the Answer of Roc-A-Fella Films, Inc. and Damon Dash, dated July 6, 2007.

Executed on April 15, 2008, at New York, New York.

I declare under penalties of perjury that the foregoing is true and correct.

By: _____
    Ginnine Fried

{00026469.DOC; 1}