Tom J. Ferber
Mark A. Tamoshunas
PRYOR CASHMAN LLP
410 Park Avenue, 10th Floor
New York, New York 10022
(212) 421-4100

Attorneys for Defendant Lions Gate Films, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNTONE M. JONES
       Plaintiff,   :
  v.              07 Civ. 3648 (KNF)
               :
ROC-A-FELLA FILMS, INC., LIONS GATE
FILMS, INC., DAMON DASH and   :  **NOTICE OF MOTION**
SHAWN CARTER,
       Defendants. :
------------------------------------------------------------X

  PLEASE TAKE NOTICE, defendant Lions Gate Films, Inc. ("Lions Gate") will move before the Honorable Henry Pitman in Courtroom 18A, in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, pursuant to the Procedures Applicable to Cases Referred to Settlement to Magistrate Judge Pitman, and the Court's inherent power in awarding fees as set forth in United States v. Seltzer, 277 F.3d 36 (2d Cir. 2000), for an Order awarding Lions Gate its attorneys' fees and costs incurred in connection with attending the April 3, 2008 mediation conference to which Plaintiff Antonne M. Jones and his counsel, Mr. Ambrose Wotorson Jr. and Mr. Victor A. Dunlop, failed to appear, for the costs and fees incurred in the preparation of this motion, and for such other and further relief as this Court deems just and proper.

Pursuant to Local Rule 6.1(a) any opposing affidavits and answering memoranda of law shall be served within four business days after service. Any reply affidavits and reply memoranda of law shall be served within one business day after service of the answering papers.

Dated: New York, New York
April 18, 2008

PRYOR CASHMAN LLP

By: _____
Tom J. Ferber (tferber@pryorcashman.com)
Mark A. Tamoshunas (mtamoshunas@pryorcashman.com)
410 Park Avenue
New York, New York 10022
(212) 421-4100
*Attorneys for Defendant Lions Gate Films, Inc.*