# EXHIBIT B

## Tamoshunas, Mark A.

| | |
|---|---|
| **From:** | Tamoshunas, Mark A. |
| **Sent:** | Thursday, February 14, 2008 11:47 AM |
| **To:** | Ambrose Wotorson Jr. (Wotor1@aol.com); Victor A. Dunlop (moreno@sundree.tv); Stuart M. Riback (sriback@sillerwilk.com); alawrence@ctswlaw.com; Stephen Wagner (swagner@ctswlaw.com) |
| **Cc:** | Ferber, Tom J. |
| **Subject:** | Lions Gate/Jones |

Counsel:
    I received a call from Judge Pitman's chambers that the settlement conference has been adjourned to April 3, 2008 at 10 a.m.
Regards,
Mark

1