EXHIBIT C

### Lions Gate Entertainment
EMPLOYEE EXPENSE REPOR (Monthly)

| NAME | DIVISION | DEPT. NO | WEEK(S) ENDED |
|---|---|---|---|
| Jim Gladstone | Legal | 510 | Sat, April 5, 2008 |

| Date | From | TO | VIA | |
|---|---|---|---|---|
| | 4/2/2008 | 4/5/2008 | | Purpose: Mediation Jones v. LG |
| | | | | code: 100-77084-100-510 L100-191 |
| | | | | |

| Expense Items (Receipts Attached) | Acct. No. | SUN | MON | TUES | WED | THUR | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| <Date Field> | | | | | | | | | |
| <Date Field> | | | | | | | | | |
| Lodging | 74030 | | | | 471.86 | 471.86 | | | 943.72 |
| Hotel Phone/ | 78340 | | | | | | | | |
| Hotel Meals | 74040 | | | | 74.12 | 29.80 | | | 103.92 |
| Hotel other/ Internet | 74035 | | | | 14.95 | 14.95 | 14.95 | | 44.85 |
| Air/Train/Bus | 74000 | | | | | | | | |
| Airline Club Membership Fees | 74005 | | | | | | | | |
| Travel Agent Fees | 74015 | | | | | | | | |
| Car Rental | 74010 | | | | | | | | |
| Auto Allow/Mileage | 74050 | | | | | | | | |
| Taxi/Tolls | 74070 | | | | 50.00 | | | 50.00 | 100.00 |
| Parking | 78200 | | | | | | | 61.98 | 61.98 |
| Gasoline | 72040 | | | | | | | | |
| Telephone | 78340 | | | | | | | | |
| Cellular Phone | 78345 | | | | | | | | |
| Meals | 74040 | | | | 12.43 | | | 29.98 | 42.41 |
| Entertainment | 74020 | | | | | | | | |
| Office Supplies | 78310 | | | | | | | | |
| Postage | 78220 | | | | | | | | |
| Business Gifts  -$25 | 74080 | | | | | | | | |
| Business Gifts + $25 | 74085 | | | | | | | | |
| Other (list) | | | | | | | | | |
| Tips  (list) | | | | | | | | | |
| **TOTALS** | | | | | 623.36 | | 14.95 | 141.96 | 1296.88 |

| I certify that all cash expenditures were incurred in behalf of Lions Gate and that I have not been reimbursed for any of these expenditures. | Deduct Advance Received | |
|---|---|---|
| | Deduct Expenses Paid By the Company | |
| | Amount Requested for Reimbursement | 1296.88 |
| | Company Adjustments | |
| Employee                                  Date | Balance Due Employee | |
| Approved By | General Ledger Instructions | |
| | | |
| Date | | |

**Explanation of Business Gifts**

| DATE | DESCRIPTION | PURPOSE | AMOUNT |
|------|-------------|---------|--------|
|      |             |         |        |
|      |             |         |        |
|      |             |         |        |
|      |             |         |        |
|      |             |         |        |

**Explanation of Other Expenses**

| DATE | DESCRIPTION | PURPOSE | AMOUNT |
|------|-------------|---------|--------|
|      |             |         |        |
|      |             |         |        |
|      |             |         |        |
|      |             |         |        |
|      |             |         |        |

**Explanation of Tips**

| DATE | DESCRIPTION | PURPOSE | AMOUNT |
|------|-------------|---------|--------|
|      |             |         |        |
|      |             |         |        |
|      |             |         |        |
|      |             |         |        |
|      |             |         |        |
|      |             |         |        |
|      |             |         |        |

**Detail Explanation of Entertainment and Business Meals**

| DATE | MEAL | NAME, COMPANY, TITLE | PLACE | BUSINESS PURPOSE | AMOUNT |
|------|------|----------------------|-------|------------------|--------|
| 4/2/08 | Brunch | James Gladstone | Chili's to go (LA Airpor | Mediation: LG v. Jones | 12.43 |
| 4/5/08 | Lunch | James Gladstone | Cibo Market (JFK Airp | Mediation: LG v. Jones | 29.98 |
|      |      |                      |       |                  |        |
|      |      |                      |       |                  |        |
|      |      |                      |       |                  |        |
|      |      |                      |       |                  |        |
|      |      |                      |       |                  |        |
|      |      |                      |       |                  |        |
|      |      |                      |       |                  |        |
|      |      |                      |       |                  |        |
|      |      |                      |       |                  |        |

REDACTED

```
          HMSHost
       CHEESE TO GO
   Los Angeles Int'l Airport

5729 Luisa

CHK 4617 APR02'08  6:41AM
----------------------------------

 1 Turkey Wrap        7.99
 1 FIJI WATER 500ml   3.49

   Subtotal          11.48
   Tax                0.95
   Amount         12.43
                   XX/XX
                   12.43
```

```
Cibo Market
JFK Airport
OTG Management
CHECK:       3328
SERVER:    106 NATASHA L.
DATE:      APR05'08  3:55PM
CARD TYPE: Master Card
ACCT #:    XXXXXXXXXX
EXP DATE:  XX/XX
AUTH CODE: 055976
RESEARCH:  809619007745
          BRIAN J GLADSTONE


SUBTOTAL:         29.98


TOTAL _____  _____

X_____
              SIGNATURE


           THANK YOU

     SECOND COPY - CUSTOMER
```

**REDACTED**

```
TheParkingSpot Sepulveda
Los Angeles, CA 90045
310-846-4742
9101 Sepulveda Blvd.

Booth 1 Fe 04/05/08 20:44
Cashier 31
Receipt 017738

Short-Term Parking
30003 - Spot Club
Covered
04/02/08 06:07 -
04/05/08 20:44 -
Period 3d14h38
(Tax)            $71.80

Sub Total        $71.80
Tax 10%           $7.18
                --------
Total            $78.98

                 $78.98

All Amounts in USD.
Deliv. Date=Receipt Date

Thank you for Parking at
TheParkingSpot Sepulveda
```

$50

SuBTRACT #17

---

OFFICIAL
TAXI RECEIPT

Date ....................... 20 ....

FROM .......................................

TO ............ J F K .......................

FARE ............ TOLL ........ TOTAL ........

SIGNATURE ..................... # ...........

REDACTED

Mr Brian/Selene Gladstone

```
3504
413.10
2
1114851    A
1
02-APR-08  17:16
05-APR-08  13:00
MC
```

| Date | Code | Description | Amount |
|---|---|---|---|
| 02-APR-08 | RT3504 | Room Chrg Qualified Disc | 413.10 |
| 02-APR-08 | RT3504 | Room Tax - 8.375% Sales & Use | 34.60 |
| 02-APR-08 | RT3504 | City Tax - 5% | 20.66 |
| 02-APR-08 | RT3504 | Occupancy Tax - $2.00 | 2.00 |
| 02-APR-08 | RT3504 | NYS Javits Ctr Tax | 1.50 |
| 02-APR-08 | 39128 | Refreshment Center | 5.96 |
| 02-APR-08 | 1 | Internet Service In Room | 14.95 |
| 02-APR-08 | 3394690 | Room Service | 68.16 |
| 03-APR-08 | RT3504 | Room Chrg Qualified Disc | 413.10 |
| 03-APR-08 | RT3504 | Room Tax - 8.375% Sales & Use | 34.60 |
| 03-APR-08 | RT3504 | City Tax - 5% | 20.66 |
| 03-APR-08 | RT3504 | Occupancy Tax - $2.00 | 2.00 |
| 03-APR-08 | RT3504 | NYS Javits Ctr Tax | 1.50 |
| 03-APR-08 | 39443 | Refreshment Center | 5.96 |
| 03-APR-08 | 1 | Internet Service In Room | 14.95 |
| 03-APR-08 | 39567 | Refreshment Center | 8.67 |
| 03-APR-08 | 39573 | Refreshment Center | 5.96 |
| 03-APR-08 | 39574 | Refreshment Center | 9.21 |
| 04-APR-08 | RT3504 | Room Chrg Qualified Disc | 413.10 |
| 04-APR-08 | RT3504 | Room Tax - 8.375% Sales & Use | 34.60 |
| 04-APR-08 | RT3504 | City Tax - 5% | 20.66 |
| 04-APR-08 | RT3504 | Occupancy Tax - $2.00 | 2.00 |
| 04-APR-08 | RT3504 | NYS Javits Ctr Tax | 1.50 |
| 04-APR-08 | 39923 | Refreshment Center | 8.67 |
| 04-APR-08 | 1 | Internet Service In Room | 14.95 |
| 05-APR-08 | MC | Mastercard/Euro | 1573.02- |

rization Purposes Only***

```
Autn Date    Code    Authorized
02-APR-08   01553B     1858.95
        ** continued on the next page **
```

*In charge -
Food -
internet -*

Mr Brian/Selene Gladstone      ROOM    DEPART      AGENT
FOLIO  1114851  02-APR-08      3504    05-APR-08   CESAROD0



# REDACTED

```
                                    3504
Mr Brian/Selene Gladstone           413.10
Aaa Preferred Account               2
1402 Wellesley Ave Apt 204          1114851    A
Los Angeles, CA 90025-2572          2
                                    02-APR-08   17:16
                                    05-APR-08   13:00
                                    MC
```

Balance Due                         0.00

EXPENSE REPORT SUMMARY

| Date | Rm & Tax | Fd & Bev | Telephone | Misc. | Other | Total | Payment |
|------|----------|----------|-----------|-------|-------|-------|---------|
| 02-APR-08 | 471.86 | 73.66 | 14.95 | 0.00 | 0.46 | 560.93 | 0.00 |
| 03-APR-08 | 471.86 | 27.50 | 14.95 | 0.00 | 2.30 | 516.61 | 0.00 |
| 04-APR-08 | 471.86 | 8.00 | 14.95 | 0.00 | 0.67 | 495.48 | 0.00 |
| 05-APR-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1573.02- |
| Total | 1415.58 | 109.16 | 44.85 | 0.00 | 3.43 | 1573.02 | 1573.02- |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 2787
Starpoints for this visit A50408505957.

```
Mr Brian/Selene Gladstone       ROOM      DEPART        AGENT
FOLIO  1114851  02-APR-08        3504     05-APR-08      CESARODO
```

REDACTED

-----Original Message-----
From: WORLD TRAVEL MANAGEMENT [mailto:WORLD_TRAVEL_MANAGEMENT@tmr3.com]
Sent: Wednesday, March 05, 2008 5:53 PM
To: Alexandria Richardson
Subject: Travel Itinerary

Travel Itinerary

```
                                      267185 ITINERARY RECEIPT
                                             PAGE NO.
                    1                        PNR: 1P-36D77J


          LIONS GATE ENTERTAINMENT
          2700 COLORADO AVE
          SANTA MONICA CA 90404


          GLADSTONE/BRIAN.J

MELISA            ALEXANDRIA            072998            05MAR08

CO   DATE   CITY-AIRPORT        TIME    FLIGHT NBR/CLASS   ST SERV/AMNT
--   ----   ------------        ----    ----------------   -- ---------
A WE 02APR  AMERICAN AIR                                      CONFIRMED
```

```
-2008   AMERICAN CONFIRMATION - EQZHNV..ELECTRONIC TICKET
        NONREFUNDABLE AIRFARE..CHANGE PENALTY
        CHANGES MUST BE MADE PRIOR TO ORIGINAL FLIGHT.
        NO SHOW FORFEITS THE TICKET.


* ELECTRONIC TICKET *  POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
**REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
  TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**
RESTRICTIONS-NONREF/CHGFEEPLUSFAREDIF//CXL BY FLT TIME OR NOVALUE/
ISSUED BY-WORLD TRAVEL MANAGEMENT WOODLAND HILLS CA


A WE 02APR LV LOS ANGELES       800A   AMERICAN AIR   34N OK
           AR NEW YORK/KENNEDY   415P   BAGS ALLOWED- 2PIECE   0STOP 762
     DEPART TERMINAL 4     ARRIVE TERMINAL 8
           AA CONFO *EQZHNV
                              SEAT    29-C  **RESERVED**
                                      GLADSTONE/BRIAN.J
NOT VALID FOR TRAVEL-BEFORE 02APR/AFTER 02APR

A SA 05APR LV NEW YORK/KENNEDY   500P   AMERICAN AIR   181N OK
           AR LOS ANGELES       819P   BAGS ALLOWED- 2PIECE   0STOP 762
     DEPART TERMINAL 8     ARRIVE TERMINAL 4
           AA CONFO *EQZHNV
                              SEAT    26-B  **RESERVED**
                                      GLADSTONE/BRIAN.J
NOT VALID FOR TRAVEL-BEFORE 05APR/AFTER 05APR

               TICKET NUMBER(S):    E0017189906681
               SERVICE FEE MCO:     8908110905585

                     AIR FARE            282.79
                     TAX                  42.21
                     TOTAL AIR FARE      325.00
                     SERVICE FEE          45.00
                     AMOUNT CHARGED      370.00


FOR EMERGENCY SERVICE AFTER BUSINESS HOURS
PLEASE CALL 1-800-600-0623.YOUR ID CODE IS P-H9Y
***FARE SUBJECT TO CHANGE UNTIL TICKETED***
PLEASE RECONFIRM FLIGHT DEPARTURE TIMES.

FREQUENT FLYER NUMBERS
GLADSTONE/BRIAN.J      AA65W3F16

               THANK YOU FOR YOUR BUSINESS

 (CO)DE: A-AIR  H-HOTEL  C-CAR  T-TOUR  S-SURFACE  V-OTHER TRVL SERVCS
 (ST)ATUS:OK-CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT  SA-STANDBY

K-8-785739-15730931-2-1-US1-FC4F8BED
```

2