Tom J. Ferber
Mark A. Tamoshunas
PRYOR CASHMAN LLP
410 Park Avenue, 10th Floor
New York, New York 10022
(212) 421-4100

Attorneys for Defendant Lions Gate Films, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANNTONE M. JONES
                Plaintiff,   :
      v.                                       07 Civ. 3648 (KNF)
                                            :
ROC-A-FELLA FILMS, INC., LIONS GATE
FILMS, INC., DAMON DASH and         :   **NOTICE**
SHAWN CARTER
                Defendants.   :
-----------------------------------------------------------X

      We represent defendant Lions Gate Films, Inc. in the above-captioned matter. Please be advised that Document 48, the Declaration of Mark A. Tamoshunas in Support of First Motion for Sanctions, should be disregarded, and in its stead should be placed Document 49, the Declaration of Mark A. Tamoshunas in Support of First Motion for Sanctions with attached exhibits A, B and C.

Dated: New York, New York
         April 21, 2008

                                            PRYOR CASHMAN LLP

                                            By: _____
                                            Tom J. Ferber (tferber@pryorcashman.com)
                                            Mark A. Tamoshunas (mtamoshunas@pryorcashman.com)
                                                410 Park Avenue
                                                New York, New York  10022
                                                (212) 421-4100

                                               *Attorneys for Defendant Lions Gate Films, Inc.*