UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

ANTONNE M. JONES,                              :

               Plaintiff,        :

      -against-

                        :

ROC-A-FELLA FILMS, et al.,

                        :

          Defendants.

------------------------------------------------------X

**ORDER**

07 Civ. 3648 (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED. 4/22/08

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Defendants Roc-A-Fella Films, Inc., Damon Dash and Lions Gate Films, Inc. filed

motions for the attorney's fees, incurred in connection with attending the April 3, 2008

settlement conference before the Honorable Henry Pitman, which the plaintiff failed to attend,

and pursuant, inter alia, to the procedures applicable to the settlement conferences over which

Judge Pitman presides. However, the defendants failed to submit memoranda of law with their

respective motions, as required by Local Civil Rules 6.1 and 7.1 of this court. Accordingly, the

defendants' motions for attorney's fees, Docket Entry Nos. 37 and 47, are denied.

Dated: New York, New York
      April 22, 2008

SO ORDERED:

_Kevin Nathaniel Fox_

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE