Victor A. Dunlop (VAD-8571)
DUNLOP & ASSOCIATES, P.C.
55 Washington Street, Suite 451
Brooklyn, New York 11201
718.403.9261 Telephone
614.455.9261 Facsimile

Ambrose W. Wotorson, Jr. (AWW-2412)
LAW OFFICE OF AMBROSE W. WOTORSON
26 Court Street, Suite 1811
Brooklyn, New York 11201
718.797.4861 Telephone
718.797.4863 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| ANTONNE M. JONES, | : | |
| Plaintiff, | : | |
| -against- | : | **07 Civ. 3648 (KNF)(HBP)** <br> **Plaintiff's 56.1 Statement** |
| ROC-A-FELLA FILMS, INC., LIONS GATE FILMS, INC., DAMON DASH and SHAWN CARTER, | : | |
| Defendants. | : | |

-------------------------------------------------------------X

Pursuant to Civil Rule 56.1, Plaintiff through his attorneys, Victor Dunlop, Esq., of Dunlop & Associates, P.C. and Ambrose Wotorson of the Law Offices of Ambrose W. Wotorson, state that there are issues of fact that are in dispute, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

1

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Denied. "Henry" was never in power. (Ferber Exhibit "V").

13. Denied. Wotorson Affirmation, Exhibit "13."

14. Admitted.

15. Denied. Initially, Earnest "Tron" Anderson , who is credited as one of the writers of State Property I, testified that he was a "little bit" a part of JBM from 1988 through 1991. (Wotorson Affirmation, Exhibit "35," page 55). However, he later conceded that he was not a member of JBM. Instead, he explained that he merely knew a cousin of an alleged JBM Captain (Wotorson Affirmation, Exhibit "35," page 360, 361, 362, 364, 365, 368). In fact, Anderson admitted that "a lot" of his State Property screenplay was "made up." 20% of the story allegedly came from an actual federal indictment;[1] 40 % was made up; and another 40 % was based upon stories he had heard on the streets. (Wotorson Affirmation, Exhibit "35," page 366, 367, 368, 369). Anderson further testified that he never read any newspaper articles

---

[1] Anderson testified that the theme of traveling to Florida to get cocaine was based upon a 100 paged federal indictment of Samuel Brown, that he got from Thomas Lawson, allegedly a cellmate of Samuel Brown. Anderson claims that he does not have copies of indictment anymore (Wotorson Affirmation, Exhibit "35," page Pages 80, 81, 82, 84). Samuel Brown has submitted an affidavit stating that he has not had a cellmate since 1996, and that he has never had a cellmate by the name of "Thomas Lawson." Moreover, and record search for "Thomas Lawson," did not show that any Thomas Lawson was incarcerated in the same facility with Brown. We also note that Brown *is not* incarcerated in a federal facility. (Wotorson Affirmation, Exhibits "25," "26," "27," "28").

about the JBM and did not follow any news stories on the JBM organization. (Wotorson Affirmation, Exhibit "35," page 51). Anderson *did not* interview anybody or read any news in connection with writing the screenplay for State Property. (Wotorson Affirmation, Exhibit "35," pages 91, 92).

16. Denied. Initially, Earnest "Tron" Anderson , who is credited as one of the writers of State Property I, testified that he was a "little bit" a part of JBM from 1988 through 1991. (Wotorson Affirmation, Exhibit "35," page 55). However, he later conceded that he was not a member of JBM. Instead, he explained that he merely knew a cousin of an alleged JBM Captain (Wotorson Affirmation, Exhibit "35," page 360, 361, 362, 364, 365, 368). In fact, Anderson admitted that "a lot" of his State Property screenplay was "made up." 20% of the story allegedly came from an actual federal indictment;[2] 40 % was made up; and another 40 % was based upon stories he had heard on the streets. (Wotorson Affirmation, Exhibit "35," page 366, 367, 368, 369). Anderson further testified that he never read any newspaper articles about the JBM and did not follow any news stories on the JBM organization. (Wotorson Affirmation, Exhibit "35," page 51). Anderson *did not* interview anybody or read any news in connection with writing the screenplay for State Property. (Wotorson Affirmation, Exhibit "35," pages 91, 92).

---

[2] Anderson testified that the theme of traveling to Florida to get cocaine was based upon a 100 paged federal indictment of Samuel Brown, that he got from Thomas Lawson, allegedly a cellmate of Samuel Brown. Anderson claims that he does not have copies of indictment anymore (Wotorson Affirmation, Exhibit "35," page Pages 80, 81, 82, 84). Samuel Brown has submitted an affidavit stating that he has not had a cellmate since 1996, and that he has never had a cellmate by the name of "Thomas Lawson." Moreover, and record search for "Thomas Lawson," did not show that any Thomas Lawson was incarcerated in the same facility with Brown. We also note that Brown *is not* incarcerated in a federal facility. (Wotorson Affirmation, Exhibits "25," "26," "27," "28").

17. Denied. Initially, Earnest "Tron" Anderson, who is credited as one of the writers of State Property I, testified that he was a "little bit" a part of JBM from 1988 through 1991. (Wotorson Affirmation, Exhibit "35," page 55). However, he later conceded that he was not a member of JBM. Instead, he explained that he merely knew a cousin of an alleged JBM Captain (Wotorson Affirmation, Exhibit "35," page 360, 361, 362, 364, 365, 368). In fact, Anderson admitted that "a lot" of his State Property screenplay was "made up." 20% of the story allegedly came from an actual federal indictment;[3] 40% was made up; and another 40% was based upon stories he had heard on the streets. (Wotorson Affirmation, Exhibit "35," page 366, 367, 368, 369). Anderson further testified that he never read any newspaper articles about the JBM and did not follow any news stories on the JBM organization. (Wotorson Affirmation, Exhibit "35," page 51). Anderson *did not* interview anybody or read any news in connection with writing the screenplay for State Property. (Wotorson Affirmation, Exhibit "35," pages 91, 92).

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

---

[3] Anderson testified that the theme of traveling to Florida to get cocaine was based upon a 100 paged federal indictment of Samuel Brown that he got from Thomas Lawson, allegedly a cellmate of Samuel Brown. Anderson claims that he does not have copies of indictment anymore (Wotorson Affirmation, Exhibit "35," page Pages 80, 81, 82, and 84). Samuel Brown has submitted an affidavit stating that he has not had a cellmate since 1996, and that he has never had a cellmate by the name of "Thomas Lawson." Moreover, and record search for "Thomas Lawson," did not show that any Thomas Lawson was incarcerated in the same facility with Brown. We also note that Brown *is not* incarcerated in a federal facility. (Wotorson Affirmation, Exhibits "25," "26," "27," "28").

22. Admitted.

23. Admitted.

24. Admitted

25. Denied. Menace II Society did not involve a drug dealer's "rise to power."

26. Denied. Wotorson Affirmation, Exhibit "15"

27. Admitted.

28. Admitted.

29. Admitted.

Dated: Brooklyn, New York
       May 13, 2008

                               Respectfully Submitted,
                               DUNLOP & ASSOCIATES, PC

By:      /s/
Victor A. Dunlop (VAD-8571)
55 Washington Street, Suite 451
Brooklyn, New York 11201
(718) 403-9261 Telephone
(614) 455-9261 Facsimile

LAW OFFICES OF AMBROSE W. WOTORSON

By:      /s/

Ambrose W. Wotorson (AWW-2142)
26 Court Street, Suite 1811
Brooklyn, New York 11201
(718) 797-4861 Telephone
(718) 797-4863 Facsimile