Victor A. Dunlop (moreno@sundree.tv)
DUNLOP & ASSOCIATES, P.C.
55 Washington Street, Suite 451
Brooklyn, New York 11201
718.403.9261 Telephone
614.455.9261 Facsimile

Ambrose W. Wotorson (loaww1650@aol.com)
LAW OFFICE OF AMBROSE W. WOTORSON
26 Court Street, Suite 1811
Brooklyn, New York 11201
718.797.4861 Telephone
718.797.4863 Facsimile

Attorneys for Plaintiff Antonne M. Jones

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTONNE M. JONES,                                     :
                                                      :
                Plaintiff,                            :
                                                      :
                -against-                             :
                                                      :  **07 Civ. 3648 (KNF)**
                                                      :  <u>NOTICE REGARDING THE</u>
                                                      :  <u>FILING OF EXHIBITS IN PAPER</u>
                                                         FORM
                                                      :
ROC-A-FELLA FILMS, INC., LIONS GATE                   :
FILMS, INC., DAMON DASH and                           :
SHAWN CARTER,                                         :
                                                      :
                Defendants.                           :
-------------------------------------------------------------X

      Exhibits numbered 1 through 36, in support of the Affirmation of Victor Dunlop and Ambrose Wotorson in Opposition to Defendants' Motions for Summary Judgment, which was electronically filed on May 13, 2008, and assigned Document Number 56, are being filed in hard copy and will be maintained in the case file in the Clerk's Office.

Dated: Brooklyn, New York
      May 13, 2008

1

        Respectfully Submitted,
        DUNLOP & ASSOCIATES, PC
By:     /s/
        Victor A. Dunlop (VAD-8571)
        55 Washington Street, Suite 451
        Brooklyn, New York 11201
        (718) 403-9261 Telephone
        (614) 455-9261 Facsimile

LAW OFFICES OF AMBROSE W. WOTORSON
By:     /s/

        Ambrose W. Wotorson (AWW-2142)
        26 Court Street, Suite 1811
        Brooklyn, New York 11201
        (718) 797-4861 Telephone
        (718) 797-4863 Facsimile