# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022  Tel: 212-421-4100  Fax: 212-326-0806    www.pryorcashman.com



**MEMO ENDORSED**

Mark A. Tamoshunas
Attorney at Law

Direct Tel: 212-326-0438
Direct Fax: 212-798-6932
mtamoshunas@pryorcashman.com

May 16, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/19/08

<u>Via Facsimile</u>

Hon. Kevin Nathaniel Fox
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 540
New York, NY 10007

Re: <u>Jones v. Roc-A-Fella Films, Inc. et al.</u>, 07 Civ. 3648

Dear Judge Fox:

We represent Lions Gate Films, Inc. ("Lions Gate") and write with a request for an extension of Defendants' deadline to submit reply papers on its motion for summary judgment from May 27 to May 30, 2008. Counsel for Plaintiff and counsel for Defendants Damon Dash and Roc-A-Fella Films, Inc. both consent to this request.

The reason for this request is that Plaintiff did not serve or file the exhibits submitted in opposition to Lions Gate's motion as required by May 13, 2008 and instead filed a notice regarding the filing of exhibits in paper form early in the morning of May 14. As we only received the exhibits late yesterday, and require time to copy and forward the substantial exhibits to our client, we respectfully request three extra days to file our reply papers, particularly since we anticipate difficulties in communicating with our client over Memorial Day weekend and the parties are in the process of requesting a settlement conference with Chief Magistrate Judge Pitman on May 29.

5/19/08
Application granted.
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

727700

**PRYOR CASHMAN LLP**

Hon. Kevin Nathaniel Fox
May 16, 2008
Page 2

      While the briefing schedule for the summary judgment motion had previously been extended because of extensions of the discovery deadlines, Lions Gate had not previously sought an extension of the May 27 deadline. Given the limited nature of the requested extension, we also do not anticipate this affecting any other dates set by the Court.

      Respectfully submitted,

      Mark A. Tamoshunas

cc: Ambrose Wotorson, Esq., counsel for Plaintiff, via fax
    Victor A. Dunlop, Esq., counsel for Plaintiff, via fax
    Stephen Wagner, Esq., counsel for Defendants
        Roc-A-Fella Films, Inc. and Damon Dash, via fax