```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ANTONNE JONES,                          :
                                        :
                  Plaintiff,            :    07 Civ. 3648 (KNF)
                                        :
      -against-                         :    STIPULATION AND
                                        :    ORDER OF DISMISSAL
ROC-A-FELLA FILMS, INC., et al.,        :
                                        :
                  Defendants,           :
                                        :
----------------------------------------X
```

It having been reported to this Court that the above entitled action has been settled,

It is, on this 19th day of June, 2008

ORDERED that the above captioned matter be, and the same hereby is, discontinued with prejudice and without costs provided that within sixty (60) days of the date of this Order, the action may be reinstated for good cause shown.

Dated: New York, New York
       June 18, 2008

CONSENTED TO:

Law Offices of Ambrose Wotorson

By: Ambrose Wotorson, Esq.
Attorney for Plaintiff

Dunlop & Associates, P.C.

By: Victor Antonio Dunlop, Esq.
Attorney for Plaintiff

Cohen Tauber Spievack & Wagner

By: Steve Wagner, Esq.
Attorney for Defendant
Roc-A-Fella Films, Inc. &
Damon Dash

Pryor Cashman, LLP

By: Thomas Ferber, Esq.
Attorney for Defendant
Lions Gate Films, Inc.

Dated: New York, New York
       June 19, 2008

SO ORDERED:

_____
Hon. Kevin Nathaniel Fox
United States Magistrate Judge