Case 1:07-cv-03648-HB-KNF    Document 67    Filed 09/19/2008    Page 1 of 2



FROM :KJMPLLC         FAX NO. :7184039593         Jul. 09 2008 03:43PM P3

Tom J. Ferber
Mark A. Tamoshunas
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
(212) 421-4100
Attorneys for Defendant Lions Gate Films, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ANTONNE M. JONES                        :
                                        :
                    Plaintiff,          :    07 Civ. 3648 (KNF)
                                        :
         -against-                      :    Electronically Filed
                                        :
ROC-A-FELLA FILMS, INC., LIONS GATE     :
FILMS, INC., DAMON DASH and             :
SHAWN CARTER,                           :
                                        :
                    Defendants.         :
----------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the plaintiff to this action, Antonne M. Jones ("Plaintiff"), and the attorneys for defendants Lions Gate Films, Inc., Roc-A-Fella Films, Inc. and Damon Dash (collectively, "Defendants"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as follows:

1. All of Plaintiff's claims as set forth in the Complaint dated April 17, 2007, as well as claims that Plaintiff could have asserted against Defendants by reason of matters alleged therein, are hereby dismissed with prejudice.

10034.00003/742313                         1
PAGE 3/4 * RCVD AT 7/9/2008 4:32:45 PM [Eastern Daylight Time] * SVR:NY21/7 * DNIS:6932 * CSID:7184039593 * DURATION (mm-ss):02-22

FROM :KJMPLLC                FAX NO. :7184039593              Jul. 09 2008 03:43PM  P4

2. Each party shall bear his or its own costs and attorneys' fees, and each party hereby waives any right to move for or otherwise pursue an award of attorneys' fees, costs or sanctions against any other party or his or its attorney.

Dated: June __, 2008

PRYOR CASHMAN LLP

By: _____
Tom J. Ferber (tferber@pryorcashman.com)
Mark A. Tamoshunas
(mtamoshunas@pryorcashman.com)
410 Park Avenue
New York, NY 10022
212-326-0194 Telephone
212-798-6388 Facsimile

Attorneys for Defendant Lions Gate Films, Inc.

DUNLOP & ASSOCIATES, P.C.

By: _____
Victor A. Dunlop (moreno@sundree.tv)
55 Washington Street
Suite 451
Brooklyn, NY 11201
718-403-9261 Telephone
614-455-9261 Facsimile

Attorneys for Plaintiff Antonne M. Jones

COHEN TAUBER SPIEVACK & WAGNER P.C.

By: _____
Stephen Wagner (swagner@ctswlaw.com)
420 Lexington Avenue
Suite 2400
New York, New York 10170
212-381-8734 Telephone
212-586-5095 Facsimile

Attorneys for Defendants Roc-A-Fella Films, Inc. and Damon Dash

LAW OFFICE OF AMBROSE W. WOTORSON

By: _____
Ambrose W. Wotorson
(loaww1650@aol.com)
26 Court Street
Suite 1811
Brooklyn, NY 11201
718-797-4861 Telephone
718-797-4863 Facsimile

Attorneys for Plaintiff Antonne M. Jones

SO ORDERED: 9/19/08

_____
Hon. Kevin Nathaniel Fox
United States Magistrate Judge